AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York ▼

| | |
|---|---|
| SILVON S. SIMMONS,<br><br>*Plaintiff(s)*<br>v.<br>JOSEPH M. FERRIGNO, II, ET AL<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  17-CV-6176<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  JOSEPH M. FERRIGNO, II
Rochester Police Department
Public Safety Building
185 Exchange Street
Rochester, New York  14614


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Charles Francis Burkwit, Esq.
Burkwit Law Firm, PLLC
16 East Main Street
Suite 450
Rochester, New York  14614


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.


Date:    08/28/2018                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York ▼

| | |
|---|---|
| SILVON S. SIMMONS,<br><br>*Plaintiff(s)*<br>v.<br>JOSEPH M. FERRIGNO, II, ET AL<br><br>*Defendant(s)* | Civil Action No.  17-CV-6176 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SAMUEL GIANCURSIO
Rochester Police Department
Public Safety Building
185 Exchange Street
Rochester, New York  14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Francis Burkwit, Esq.
Burkwit Law Firm, PLLC
16 East Main Street
Suite 450
Rochester, New York  14614

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:     08/28/2018                                                            _____
                                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York ▼

| | |
|---|---|
| SILVON S. SIMMONS,<br><br>*Plaintiff(s)*<br>v.<br>JOSEPH M. FERRIGNO, II, ET AL<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  17-CV-6176<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARK WIATER
Rochester Police Department
Public Safety Building
185 Exchange Street
Rochester, New York  14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Charles Francis Burkwit, Esq.
Burkwit Law Firm, PLLC
16 East Main Street
Suite 450
Rochester, New York  14614

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   08/28/2018                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York ▼

| | |
|---|---|
| SILVON S. SIMMONS,<br><br>*Plaintiff(s)*<br>v.<br>JOSEPH M. FERRIGNO, II, ET AL<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 17-CV-6176 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* CHRISTOPHER MUSCATO
Rochester Police Department
Public Safety Building
185 Exchange Street
Rochester, New York 14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Charles Francis Burkwit, Esq.
Burkwit Law Firm, PLLC
16 East Main Street
Suite 450
Rochester, New York 14614

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/28/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York ▼

| | |
|---|---|
| SILVON S. SIMMONS, <br><br> *Plaintiff(s)* <br> v. <br> JOSEPH M. FERRIGNO, II, ET AL <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 17-CV-6176 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ROBERT WETZEL
Rochester Police Department
Public Safety Building
185 Exchange Street
Rochester, New York 14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Charles Francis Burkwit, Esq.
Burkwit Law Firm, PLLC
16 East Main Street
Suite 450
Rochester, New York 14614

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/28/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

SILVON S. SIMMONS,

*Plaintiff(s)*

v.

JOSEPH M. FERRIGNO, II, ET AL

*Defendant(s)*

Civil Action No. 17-CV-6176

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MICHAEL L. CIMINELLI
Rochester Police Department
Public Safety Building
185 Exchange Street
Rochester, New York  14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Francis Burkwit, Esq.
Burkwit Law Firm, PLLC
16 East Main Street
Suite 450
Rochester, New York  14614

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/28/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York ▼

| | |
|---|---|
| SILVON S. SIMMONS,<br><br>*Plaintiff(s)*<br>v.<br>JOSEPH M. FERRIGNO, II, ET AL<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 17-CV-6176 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  JOHN DOES 1-20
Rochester Police Department
Public Safety Building
185 Exchange Street
Rochester, New York  14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Francis Burkwit, Esq.
Burkwit Law Firm, PLLC
16 East Main Street
Suite 450
Rochester, New York  14614

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  08/28/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York ▼

| | |
|---|---|
| SILVON S. SIMMONS,<br><br>*Plaintiff(s)*<br>v.<br>JOSEPH M. FERRIGNO, II, ET AL<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 17-CV-6176<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CITY OF ROCHESTER
30 Church Street
City Hall
Rochester, New York  14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Francis Burkwit, Esq.
Burkwit Law Firm, PLLC
16 East Main Street
Suite 450
Rochester, New York  14614

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   08/28/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York ▼

| | |
|---|---|
| SILVON S. SIMMONS,<br><br>*Plaintiff(s)*<br>v.<br>JOSEPH M. FERRIGNO, II, ET AL<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 17-CV-6176<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SHOTSPOTTER, INC.
7979 Gateway Boulevard
Suite 210
Newark, California  94560

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Charles Francis Burkwit, Esq.
    Burkwit Law Firm, PLLC
    16 East Main Street
    Suite 450
    Rochester, New York  14614

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   08/28/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

SILVON S. SIMMONS,

*Plaintiff(s)*

v.

JOSEPH M. FERRIGNO, II, ET AL

*Defendant(s)*

Civil Action No. 17-CV-6176

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SST, INC.
7979 Gateway Boulevard
Suite 210
Newark, California  94560

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Charles Francis Burkwit, Esq.
Burkwit Law Firm, PLLC
16 East Main Street
Suite 450
Rochester, New York  14614

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

CLERK OF COURT

Date:   08/28/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| SILVON S. SIMMONS,<br><br>*Plaintiff(s)*<br>v.<br>JOSEPH M. FERRIGNO, II, ET AL<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  17-CV-6176<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JOHN DOES 21-30
7979 Gateway Boulevard
Suite 210
Newark, California  94560


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Francis Burkwit, Esq.
Burkwit Law Firm, PLLC
16 East Main Street
Suite 450
Rochester, New York  14614

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  08/28/2018

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Western District of New York ▼

| | |
|---|---|
| SILVON S. SIMMONS, <br><br> *Plaintiff(s)* <br> v. <br> JOSEPH M. FERRIGNO, II, ET AL <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 17-CV-6176 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  PAUL C. GREENE
7979 Gateway Boulevard
Suite 210
Newark, California  94560

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Charles Francis Burkwit, Esq.
    Burkwit Law Firm, PLLC
    16 East Main Street
    Suite 450
    Rochester, New York  14614

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  08/28/2018

*Signature of Clerk or Deputy Clerk*