TIME RECEIVED Case 6:17-cv-06176-FPG-MWP Document 12 Filed 08/31/18 Page 1 of 1
August 31, 2018 at 11:50:57 AM EDT    REMOTE CSID     DURATION    PAGES    STATUS
                                      5854285960      38          1        Received

08-31-'18 11:47 FROM- Law Department        5854285960              T-346  P0001/0001 F-702

## City of Rochester

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

**John Campolieto**
Municipal Attorney

August 31, 2018

**VIA FACSCIMILE**
Hon. Michael A. Telesca
United States District Court Judge
2720 U.S. Courthouse
100 State Street, Rochester, NY 14614
Fax No. (585) 613-4065

Re: *Simmons v. Ferrigno, City of Rochester, et al.*
Case No. 17-cv-6176

Dear Judge Telesca:

The criminal trial for the Plaintiff has been concluded and the Plaintiff availed himself to a 50-h hearing as promised. The Plaintiff served a supplemental Notice of Claim and amended his Complaint, which included additional claims and defendants. The City is conducting a second 50-h hearing noticed for October 2, 2018. I write with the consent of Plaintiff's counsel to request that the Defendants' time to answer or move in this matter be set for November 2, 2018.

In the interest of efficiency the parties ask that the Defendants' answering time be extended to November 2, 2018. A "so ordered" line is included below. Thank you Judge Telesca.

Respectfully Submitted,

/s/ John M. Campolieto

John M. Campolieto
Municipal Attorney

xc: Charles Burkwit, Esq. *(sent via electronic mail)*

**SO ORDERED**:

s/ Michael A. Telesca           Dated: 8/31, 2018
Hon. Michael A. Telesca
United States District Court Judge