UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SILVON S. SIMMONS,

                *Plaintiff,*

-vs-

JOSEPH M. FERRIGNO, II, SAMUEL GIANCURSIO, MARK WIATER, CHRISTOPHER MUSCATO, ROBERT WETZEL, MICHAEL L. CIMINELLI, JOHN DOES 1-20, CITY OF ROCHESTER, SHOTSPOTTER, INC., SST, INC., JOHN DOES 21-30, and PAUL C. GREENE,

                *Defendants.*

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

Civil Action No. 6:17-cv-6176-MAT

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that counsel for the defendants, Shotspotter, Inc., SST, Inc., and Paul C. Greene, that counsel for said defendants accepts service of the Summons and Amended Complaint on behalf of said defendants, waives service of process defenses on behalf of said defendants, and said defendants are granted an extension of time to answer or otherwise respond to Plaintiff's Amended Complaint, dated August 27, 2018, until November 16, 2018.

Dated: October 11, 2018

**BURKWIT LAW FIRM, PLLC**

By:  s/ Charles F. Burkwit
    Charles F. Burkwit, Esq.
    Attorneys for Plaintiff
    16 East Main Street, Suite 450
    Rochester, New York 14614
    Tel: (585) 546-1588
    Email: burkwitesq@aol.com

Dated: October 11, 2018

**BARCLAY DAMON LLP**

By:  s/ Paul A. Sanders
    Paul A. Sanders, Esq.
    Attorneys for Defendant
    100 Chestnut Street, Suite 2000
    Rochester, New York 14604
    Tel: (585) 295-4426
    Email: psanders@barclaydamon.com

SO ORDERED

s/ Michael A. Telesca
MICHAEL A. TELESCA
United States District Judge

17318097.1

DATE 10-12-18