TIME RECEIVED Case 6:17-cv-06176-MAT  Document 19  Filed 11/02/18  Page 1 of 1
November 2, 2018 at 11:52:54 AM EDT    5854285960         DURATION  PAGES   STATUS
                                                          45        1       Failed to receive
ERROR CODE ( 700 )
Error in fax transmission.

11-02-'18 11:49 FROM- Law Department         5854285960              T-397  P0002/0002 F-799



## City of Rochester

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

John M. Campolieto
Municipal Attorney

November 2, 2018

**VIA FACSCIMILE**
Hon. Michael A. Telesca
U.S. District Court Judge
2720 U.S. Courthouse
100 State Street, Room 272
Rochester, New York 14614

Re: *Simmons v. City of Rochester, et al.*
Case No.: 17-cv-6176

Dear Judge Telesca:

The City conducted a second 50-h hearing on October 25, 2018. I write with the consent of Plaintiff's counsel to request, for the final time, that the Defendants' time to answer or move in this matter be set for November 16, 2018.

In the interest of efficiency, the parties ask that the Defendants' answering time be extended to November 16, 2018. A "so ordered" line is included below. Thank you for your consideration.

Respectfully submitted,

/s/ John M. Campolieto

John M. Campolieto
Municipal Attorney

Xc: Charles Burkwit, Esq. (*sent via electronic mail*)

**SO ORDERED:**

_____          Dated: __11/2__, 2018
Hon. Michael A. Telesca
**United States District Court Judge**