UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

SILVON SIMMONS,                                          NOTICE OF PARTIAL
                                                         MOTIOIN TO DISMISS

                    Plaintiff,                           Case No.: 17-cv-6176

          v.

JOSEPH M. FERRIGNO, II, SAMUEL GIANCURSIO,
MARK WIATER, CHRISTOPHER MUSCATO,
ROBERT WETZELL, MICHAEL CIMINELLI, JOHN
DOES 1-20, CITY OF ROCHESTER,
SHOTSPOTTER INC., SST, INC., JOHN DOES 21-30
and PAUL C. GREENE,

                    Defendants.

_____

      Defendants move this Court pursuant to FRCP 12(b)(6) for partial dismissal of

the Complaint in the above entitled action for failure to state a claim and requests that

the Court issue an order dismissing the third, fourth, fifth, sixth, seventh, eighth and

ninth causes of action in Plaintiff's Amended Complaint and granting such other and

further relief as is proper.

      In support of this Motion the Court is referred to the Attorney Declaration of John M.

Campolieto, Esq., with the Amended Complaint attached, and the Memorandum of Law, all

submitted herewith and made part of this Motion.


DATED: November 20, 2018        TIMOTHY R. CURTIN, CORPORATION COUNSEL


                                     /s/John M. Campolieto
                                BY: JOHN M. CAMPOLIETO, ESQ, of Counsel
                                   *Attorneys for Defendants*
                                   City Hall Room 400A, 30 Church Street
                                   Rochester, New York 14614
                                   (585) 428-7410

To:    CHARLES F. BURKWIT, ESQ.
        Burkwit Law Firm, PLLC
        *Attorneys for Plaintiff*
        16 East Main Street, Suite 450
        Rochester, New York 14614