UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

SILVON SIMMONS,

              Plaintiff,

              v.

JOSEPH M. FERRIGNO, II, SAMUEL GIANCURSIO,
MARK WIATER, CHRISTOPHER MUSCATO,
ROBERT WETZELL, MICHAEL CIMINELLI, JOHN
DOES 1-20, CITY OF ROCHESTER,
SHOTSPOTTER INC., SST, INC., JOHN DOES 21-30
and PAUL C. GREENE,

              Defendants.

_____

ATTORNEY DECLARATION
FOR PARTIAL MOTION TO
DISMISS
Case No.: 17-cv-6176

JOHN M. CAMPOLIETO, Esq., declares and says:

1. I am an attorney with the City of Rochester Corporation Counsel's Office, attorneys for Defendants. I am admitted to practice law before the courts of the State of New York and in the United States District Court, Western District of New York.

2. I submit this Declaration in support of Defendants' F.R.C.P. Rule 12(b)(6). 12(e) and 12(f) Motion for Dismissal of Amended Complaint for Failure to State a Claim. The information set forth herein is based upon my personal knowledge, a review of the proceedings in this action, and a review of relevant case law.

3. Annexed hereto as Exhibit A is a copy of the Amended Complaint in this matter, filed on August 27, 2018.

4. This motion seeks the dismissal of the Plaintiff's Third, Fourth, Fifth, Sixth,

Seventh, Eighth and Ninth causes of action.  Additionally, the City Defendants seek

dismissal of the City of Rochester and Former Police Chief Michael Ciminelli from this

action with prejudice.


DATED: November 20, 2018          TIMOTHY R. CURTIN, CORPORATION COUNSEL


                                                    /s/John M. Campolieto
                                  BY: JOHN M. CAMPOLIETO, ESQ, of Counsel
                                       *Attorneys for Defendants*
                                       City Hall Room 400A, 30 Church Street
                                       Rochester, New York 14614
                                       (585) 428-7410



To:    CHARLES F. BURKWIT, ESQ.
       Burkwit Law Firm, PLLC
       *Attorneys for Plaintiff*
       16 East Main Street, Suite 450
       Rochester, New York 14614