UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**SILVON S. SIMMONS,**

               *Plaintiff*,

  -*vs*-

**JOSEPH M. FERRIGNO, II, SAMUEL GIANCURSIO, MARK WIATER, CHRISTOPHER MUSCATO, ROBERT WETZEL, MICHAEL L. CIMINELLI, JOHN DOES 1-20, CITY OF ROCHESTER, SHOTSPOTTER, INC., SST, INC., JOHN DOES 21-30, and PAUL C. GREENE,**

               *Defendants*.

**NOTICE OF MOTION TO APPEAR PRO HAC VICE**

Civil Action No. 6:17-cv-6176-MAT

**PLEASE TAKE NOTICE,** that upon the accompanying declaration of Thomas B. Cronmiller, Esq., sworn to the 26th day of December, 2018, and the Affidavit of Benjamin Max Kleinman, Esq., sworn to the 4th day of December, 2018, with attached exhibits, the undersigned will move before this Court, at the United States District Courthouse, 100 State Street, Rochester, New York, 13261, at such time and date as the Court shall direct, for an order pursuant to Local Civil Rule 83.1 (i) of the United States District Court for the Northern District of New York, granting admission *pro hac vice* of Benjamin Max Kleinman, Esq., to participate in this action on behalf of the Defendant.

**DATED:**    January 9, 2019        **BARCLAY DAMON LLP**

                                                    By:   */s/ Thomas B. Cronmiller*
                                                             Thomas B. Cronmiller, Esq.

                                          *Attorneys for Defendants Shotspotter, Inc., SST, Inc., and Paul C. Greene*
                                          Office and Post Office Address
                                          100 Chestnut Street, Suite 2000

17813319.1

Rochester, New York 14604
Tel: (585) 295-4424
Email: tcronmiller@barclaydamon.com

17813319.1