UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SILVON S. SIMMONS,

            Plaintiff,            **NOTICE OF MOTION**
                                              **TO COMPEL DISCOVERY**
   vs.

                                           **17-CV-6176-FPG-MWP**

JOSEPH M. FERRIGNO, II, SAMUEL
GIANCURSIO, MARK WIATER,
CHRISTOPHER MUSCATO, ROBERT
WETZEL, MICHAEL L. CIMINELLI,
JOHN DOES 1-20, CITY OF ROCHESTER,
SHOTSPOTTER, INC., SST, INC.,
JOHN DOES 21-30 and PAUL C. GREENE,

            Defendants.
_____

      PLEASE TAKE NOTICE that upon the annexed Affidavit of Charles F. Burkwit, duly sworn to the 3rd day of September, 2020, and upon all the pleadings and proceedings heretofore had herein, the undersigned will move this Court before the Honorable Marian W. Payson, at the United States Courthouse, 100 State Street, Rochester, New York at a Motion Term hereof, on the ___ day of _____, 2020 at ____ o'clock in the _____noon of that day or as soon thereafter as counsel may be heard, for an order pursuant to FRCP 37 compelling Defendants Joseph M. Ferrigno, II, Samuel Giancursio, Mark Wiater, Christopher Muscato, Robert Wetzel, Michael L. Ciminelli, John Does 1-20 and City of Rochester to produce complete materials responsive to Plaintiff's First Request For Production of Documents, Electronically Stored Information and

1

Tangible Things, dated January 27, 2020, awarding reasonable expenses incurred and attorney's fees in making this motion pursuant to FRCP 37(a)(5), issuing a Second Amended Scheduling Order extending the Amended Scheduling Order (Document 53) deadlines by 120 days after the return date of this motion pursuant to FRCP 16 (b)(4) and for such other and further relief as the Court may deem just and proper; and

PLEASE TAKE FURTHER NOTICE, that pursuant to Rule 7(a)(1) of the Local Rules of this Court, the Plaintiff intends to file and serve reply papers and therefore, pursuant to Rule 7(b)(2)(B), Defendants are required to serve responding papers, if any, at least seven (7) days prior to the return date of this motion.

Dated: September 3, 2020

                      BURKWIT LAW FIRM, PLLC

                      s/Charles F. Burkwit
                      Charles F. Burkwit, Esq.
                      Attorney for Plaintiff Silvon S. Simmons
                      16 East Main Street, Suite 450
                      Rochester, New York 14614
                      (585) 546-1588
                      burkwitesq@aol.com

TO:   TIMOTHY R. CURTIN
       CORPORATION COUNSEL
       John M. Campolieto, Esq., of counsel
       Attorneys for Defendants Joseph M. Ferrigno, II,
       Samuel Guiancursio, Mark Wiater, Christopher
       Muscato, Robert Wetzel, Michal L. Ciminelli,
       John Does 1-20 and City of Rochester
       City Hall Room 400A, 30 Church Street
       Rochester, New York 14614-7741
       (585) 428-6812
       campolj@cityofrochester.gov

BARCLAY DAMON, LLP
Paul A. Sanders, Esq.
Attorneys for Defendants Shotspotter, Inc.
SST, Inc. and Paul C. Green
2000 Five Star Bank Plaza
100 Chestnut Street
Rochester, New York 14604
(585) 295-4426
PSanders@barclaydamon.com

KILPATRICK TOWNSEND & STOCKTON, LLP
Jordan Trent Jones, Esq., of counsel to Barclay Damon, LLP
1080 Marsh Road
Menolo park, California 94025
(650) 326-2400
jtjones@kilpatricktownsend.com

KILPATRICK TOWNSEND & STOCKTON, LLP
Benjamin M. Kleinman, Esq., of counsel
to Barclay Damon, LLP
Two Embarcadero Center, Suite 1900
San Francisco, California 94111
(415) 576-0200
bkleinman@kilpatricktownsend.com