UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SILVON S. SIMMONS,

                Plaintiff,                **NOTICE OF MOTION TO COMPEL DISCOVERY**

   vs.                                      **17-CV-6176-FPG-MWP**

JOSEPH M. FERRIGNO, II, SAMUEL
GIANCURSIO, MARK WIATER,
CHRISTOPHER MUSCATO, ROBERT
WETZEL, MICHAEL L. CIMINELLI,
JOHN DOES 1-20, CITY OF ROCHESTER,
SHOTSPOTTER, INC., SST, INC.,
JOHN DOES 21-30 and PAUL C. GREENE,

                Defendants.
_____

      PLEASE TAKE NOTICE that upon the annexed Affidavit of Charles F. Burkwit, duly sworn to the 17th day of March, 2021, and the exhibits annexed thereto, and upon all the pleadings and proceedings heretofore had herein, the undersigned will move this Court before the Honorable Marian W. Payson, at the United States Courthouse, 100 State Street, Rochester, New York at a Motion Term hereof, on the \_\_\_ day of _____, 2021 at \_\_\_\_ o'clock in the _____noon of that day or as soon thereafter as counsel may be heard, for an order pursuant to FRCP 37 compelling Defendants Joseph M. Ferrigno, II, Samuel Giancursio, Mark Wiater, Christopher Muscato, Robert Wetzel, Michael L. Ciminelli, John Does 1-20 and City of Rochester to produce complete materials responsive to Plaintiff's First Request For Production of Documents, Electronically Stored Information and Tangible Things, dated January 27,

1

2020, granting a hearing pursuant to FRCP 37(e) to determine whether the City Defendants took reasonable steps to preserve AVLS/Trackstar reports and data and whether it can be retrieved, restored or produced through another source, imposing sanctions against the City Defendants and/or their counsel and awarding reasonable expenses incurred including attorney's fees caused by the continued failure of the City Defendants to comply with this Court's October 13, 2020 Decision & Order and January 13, 2021 Order and Amended Scheduling Order pursuant to FRCP 16(f), 37(b)(2)(A) and (C), issuing an Amended Scheduling Order extending the Amended Scheduling Order (Document 68) deadlines by 60 days pursuant to FRCP 16 (b)(4) and for such other and further relief as the Court may deem just and proper; and

      PLEASE TAKE FURTHER NOTICE, that pursuant to Rule 7(a)(1) of the Local Rules of this Court, the Plaintiff intends to file and serve reply papers and therefore, pursuant to Rule 7(b)(2)(B), Defendants are required to serve responding papers, if any, at least seven (7) days prior to the return date of this motion.

Dated: March 17, 2021

                                              BURKWIT LAW FIRM, PLLC

                                              s/Charles F. Burkwit
                                              Charles F. Burkwit, Esq.
                                              Attorney for Plaintiff Silvon S. Simmons
                                              16 East Main Street, Suite 450
                                              Rochester, New York 14614
                                              (585) 546-1588
                                              burkwitesq@aol.com

TO:     TIMOTHY R. CURTIN
        CORPORATION COUNSEL
        John M. Campolieto, Esq., of counsel
        Attorneys for Defendants Joseph M. Ferrigno, II,
        Samuel Guiancursio, Mark Wiater, Christopher
        Muscato, Robert Wetzel, Michal L. Ciminelli,
        John Does 1-20 and City of Rochester
        City Hall Room 400A, 30 Church Street
        Rochester, New York 14614-7741
        (585) 428-6812
        campolj@cityofrochester.gov

        BARCLAY DAMON, LLP
        Paul A. Sanders, Esq.
        Attorneys for Defendants Shotspotter, Inc.
        SST, Inc. and Paul C. Green
        2000 Five Star Bank Plaza
        100 Chestnut Street
        Rochester, New York 14604
        (585) 295-4426
        PSanders@barclaydamon.com

        KILPATRICK TOWNSEND & STOCKTON, LLP
        Jordan Trent Jones, Esq., of counsel to Barclay Damon, LLP
        1080 Marsh Road
        Menolo Park, California 94025
        (650) 326-2400
        jtjones@kilpatricktownsend.com

        KILPATRICK TOWNSEND & STOCKTON, LLP
        Benjamin M. Kleinman, Esq., of counsel
        to Barclay Damon, LLP
        Two Embarcadero Center, Suite 1900
        San Francisco, California 94111
        (415) 576-0200
        bkleinman@kilpatricktownsend.com