1UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| SILVON SIMMONS, | NOTICE OF MOTIOIN TO FILE AFFIDAVIT WITH ATTACHED EXHIBITS UNDER SEAL |
| Plaintiff, | Case No.: 17-cv-6176FPG |
| v. | |
| JOSEPH M. FERRIGNO, II, SAMUEL GIANCURSIO, MARK WIATER, CHRISTOPHER MUSCATO, ROBERT WETZELL, MICHAEL CIMINELLI, JOHN DOES 1-20, CITY OF ROCHESTER, SHOTSPOTTER INC., SST, INC., JOHN DOES 21-30 and PAUL C. GREENE, | |
| Defendants. | |

_____

Defendants move this Court pursuant to FRCP 5.2 for permission to file the Affidavit of Laszlo Tordai with Exhibits A-E and Exhibit B, to the Responsive Attorney Affirmation, under seal.

In support of this Motion the Court is referred to the Attorney Affirmation of John M. Campolieto, Esq., with attached Exhibit A, all submitted herewith and made part of this Motion.

DATED: September 28, 2021     PATRICK BEATH, DEPUTY, CORPORATION COUNSEL

　　　　　　　　　　　　　　　　　　　　　　　　/s/John M. Campolieto
　　　　　　　　　　　　　　　　　　　BY: JOHN M. CAMPOLIETO, ESQ, of Counsel
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　City Hall Room 400A, 30 Church Street
　　　　　　　　　　　　　　　　　　　Rochester, New York 14614
　　　　　　　　　　　　　　　　　　　(585) 428-7410

To:    CHARLES F. BURKWIT, ESQ.
Burkwit Law Firm, PLLC
*Attorneys for Plaintiff*
16 East Main Street, Suite 450
Rochester, New York 14614

PAUL SANDERS, ESQ.
Barclay Damon, LLP
2000 Five Star Bank Plaza
100 Chestnut Street
Rochester, NY 14607
(585) 295-4426