UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SILVON S. SIMMONS,

                          Plaintiff,

    v.

JOSEPH M. FERRIGNO, II, et al.,

                          Defendants.
_____

ORDER

17-CV-6176G

        By order dated April 15, 2022, this Court granted in part and denied in part a motion filed by Silvon S. Simmons ("Simmons") to compel, for sanctions, for an extension of the scheduling order, and for rulings regarding his expert disclosures. (Docket ## 102, 114). In accordance with that Order, by letter dated April 19, 2022, counsel for the City of Rochester, and its employees Joseph M. Ferrigno, II, Samuel Giancursio, Mark Wiater, Christopher Muscato, Robert Wetzel, and Michael L. Ciminelli (collectively, "City Defendants"), informed the Court that the parties had agreed on a schedule for the depositions of Stefanie Conte, Laszlo Tordai, Michael Ciminelli, and Brandon LaSage and that the plaintiff and City defendants had agreed to an amount for reimbursement of plaintiff's fees and costs in seeking to compel those depositions. Accordingly, it is hereby

        ORDERED, that the depositions of Stefanie Conte, Laszlo Tordai, Michael Ciminelli, and Brandon LaSage shall be conducted pursuant to the following schedule:

        1.    The deposition of Michael Ciminelli will commence on June 7, 2022, at 10:00 a.m.;

        2.    The deposition of Stefanie Conte will commence on June 9, 2022, at 10:00 a.m.;

3. The deposition of Brandon LaSage will commence on June 9, 2022, following the conclusion of Stefanie Conte's deposition; and

4. The deposition of Laszlo Tordai will commence on June 14, 2022, at 10:00 a.m.

**These depositions must be conducted as scheduled and shall not be adjourned absent further Order from the Court.** It is further

ORDERED, that the City Defendants are directed to reimburse plaintiff the agreed-upon amount as reflected in the April 19, 2022 letter on or before **May 2, 2022**.

**IT IS SO ORDERED.**

*s/Marian W. Payson*
MARIAN W. PAYSON
United States Magistrate Judge

Dated: Rochester, New York
April 19, 2022