# BARCLAY DAMON LLP

**Paul A. Sanders**
*Partner*

December 7, 2022

**VIA CM/ECF**
**VIA FAX (585-613-4085)**
Hon. Marian W. Payson
U.S. Magistrate Judge
Western District of New York
100 State St.
Rochester, NY  14614

      Re:    Silvon S. Simmons v. Joseph M. Ferrigno, II, et al.
                WDNY Civil No.:  17-cv-6176-MAT
                Our File No.:  3095688

Dear Judge Payson:

      We represent defendants ShotSpotter, Inc., SST, Inc., and Paul C. Greene ( "ShotSpotter").

      The parties to this action have met and conferred and agreed upon the following dispositive motion briefing schedule:

- Defendants' deadline to file dispositive motions: **December 22, 2022**

- Plaintiff's opposition papers: **February 3, 2023**

- Defendants' reply papers: **February 17, 2023**

All parties consent to this schedule.

      We note that the prior deadline for the defendants to file dispositive motions was December 13, 2022, so the above briefing schedule involves a brief extension of that deadline. We respectfully request that Your Honor So Order this request.

      Thank you for Your Honor's consideration.

                                        Respectfully submitted,

                                        Paul A. Sanders

PAS:np

2000 Five Star Bank Plaza - 100 Chestnut Street - Rochester, New York 14604  barclaydamon.com
PSanders@barclaydamon.com  Direct: (585) 295-4426  Fax: (585) 295-8422

25555899.1

Hon. Marian W. Payson
September 7, 2022
Page 2


cc: Charles F. Burkwit, Esq. (via CM/ECF)
John M. Campolieto, Esq. (via CM/ECF)
Jordan Trent Jones, Esq. (via CM/ECF)
Benjamin M. Kleinman, Esq. (via CM/ECF)

25555899.1