**145**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
SILVON S. SIMMONS,
    Plaintiff
    -vs-
JOSEPH M. FERRIGNO II, SAMUEL
GIANCURSIO, MARK WIATER,
CHRISTOPHER MUSCATO, ROBERT
WETZEL, MICHAEL L. CIMINELLI,
JOHN DOES 1-20, CITY OF ROCHESTER,
SHOTSPOTTER, INC., SST, INC.,
JOHN DOES 21-30 and PAUL C. GREENE,
    Defendants
- - - - - - - - - - - - - - - - - - X
    Civil Action No. 17-CV-6176-MAT-MWP

    Continued Deposition of SILVON S. SIMMONS taken
pursuant to notice via videoconference on Thursday,
December 10, 2020, commencing at 11:10 a.m. Eastern
Standard Time.


Reported by:
COMPUTER REPORTING SERVICE
Donna Frost
16 East Main Street, Suite 7
Rochester, New York 14614    (585) 325-3170

---

**147**

2               INDEX
3  Silvon Simmons
4    Examination by Mr. Campolieto    148 - 295
5
6
7  Reporter certificate    296
8  Witness certificate    297
9  Errata sheet    298
10
11
12        SIMMONS EXHIBITS
13  No. 9 - Photocopy Bates COR003900    226
14  No. 10 - Photocopy Bates COR003861    228
15  No. 11 - Photocopy Bates COR003901    231
16  No. 12 - Photocopy Bates COR003904    233
17  No. 13 - Photocopy Bates COR003911    235
18  No. 14 - Photocopy Bates COR003913    237
19  No. 15 - Photocopy Bates COR003917    238
20  No. 16 - Photocopy Bates COR003935    239
21  No. 17 - Photocopy Bates COR003936    240
22  No. 18 - Photocopy Bates COR003937    244
23
24
25

---

**146**

2  APPEARANCES:
3    BURKWIT LAW FIRM, PLLC
    By:  CHARLES F. BURKWIT, Esq.
4    16 East Main Street, Suite 450
    Rochester, New York 14614
5    Attorneys for Plaintiff
    burkwitesq@aol.com
6
    BARCLAY DAMON, LLP
7    By:  PAUL A. SANDERS, Esq.
    2000 Five Star Bank Plaza
8    100 Chestnut Street
    Rochester, New York 14604
9    Attorneys for Defendants Shotspotter, Inc.,
    SST, Inc. and Paul C. Greene
10    psanders@barclaydamon.com
11    KILPATRICK TOWNSEND & STOCKTON LLP
    By:  JORDAN TRENT JONES, Esq.
12    1080 Marsh Road
    Menolo Park, California 94025
13    Esq. of counsel to Barclay Damon
    jtjones@jtrentjoneslaw.com
14
    KILPATRICK TOWNSEND & STOCKTON, LLP
15    By:  BENJAMIN M. KLEINMAN, Esq.
    Two Embarcadero Center, Suite 1900
16    San Francisco, California 94111
    Esq. of counsel to Barclay Damon
17    bkleinman@kilpatricktownsend.com
18    TIMOTHY R. CURTIN CORPORATION COUNSEL
    By:  JOHN M. CAMPOLIETO, Esq.
19    30 Church Street
    City Hall Room 400A
20    Rochester, New York 14614
    Attorneys for Defendants - Ferrigno, Giancursio,
21    Wiater, Muscato, Wetzel, Ciminelli, et al.
    john.campolieto@cityofrochester.gov
22
23
24
25

---

**148**

1      S. Simmons - Examination by Mr. Campolieto
2        SILVON S. SIMMONS
3  called herein as a witness, having been duly sworn,
4      testified as follows:
5  EXAMINATION BY MR. CAMPOLIETO:
6  Q.    Good morning, Mr. Simmons.  How are you?
7  A.    All right.  Yourself?
8  Q.    Pretty good, thank you.  Do you recall being
9  deposed on November 19th, 2020?
10  A.    Yes, sir.
11  Q.    Do you recall being sworn --
12  A.    Yeah.
13  Q.    -- to tell the truth?
14  A.    Yes.
15  Q.    That will continue today; is that correct?
16  A.    Yes.
17  Q.    I'll try to do this fairly expeditiously, Mr.
18  Simmons.  If you don't -- if I'm not clear with my
19  question, which could be the case, I've been ill
20  recently, just ask me to repeat the question and we'll
21  get it straightened out.
22  A.    All right.
23  Q.    Okay.  I'm going to start with the evening of
24  April 1st, 2016 going into April 2nd, 2016.  Do you
25  recall being shot that night, Mr. Simmons?

149

1      S. Simmons - Examination by Mr. Campolieto
2      **A.   Yes.**
3      Q.   After you were shot do you recall any
4  emergency medical personnel arriving at the scene where
5  you were shot?
6      **A.   Yes.**
7      Q.   So you were conscious at the time that they
8  arrived?
9      **A.   Yes.**
10     Q.   Do you recall them saying anything to you?
11     **A.   Yes.**
12     Q.   What was that?
13     **A.   Somebody from the ambulance staff told me I**
14 **was going to be all right and they didn't like this.**
15 **It was somebody from the ambulance or the police.**
16 **There was a lot of commotion.  I'm pretty sure it was**
17 **the ambulance squad.**
18     Q.   Did you respond in any way to them?
19     **A.   I couldn't at the time.**
20     Q.   Why couldn't you?
21     **A.   I was in terrible shape.  They was trying to**
22 **put stuff all in my face, handcuff me, restrain me to a**
23 **stretcher.**
24     Q.   I'm going to just separate that.  The
25  ambulance personnel weren't trying to handcuff you; is

150

1      S. Simmons - Examination by Mr. Campolieto
2  that correct?
3      **A.   No.  No, not the ambulance.**
4      Q.   Okay.  I'm more concerned at this moment with
5  what the ambulance personnel were doing.  You said they
6  were trying to put things on your face?
7      **A.   So when they showed up in the back yard they**
8  **cut off my clothes, trying to give me some oxygen I**
9  **assume or some sleeping stuff, whatever they was trying**
10 **to do.  Pain medicine, I don't know what they was**
11 **trying to do.  Whatever the mask, they put a mask on my**
12 **face.**
13     Q.   Okay.  So at that point you weren't able to,
14 of course, talk to them or to reply to them; is that
15 correct?
16     **A.   I was talking to them when I got in the**
17 **ambulance.  Me and that mask had a problem.  I had**
18 **excruciating pain shooting through my leg.  So as I'm**
19 **trying to take it off somebody trying to cuff me.  I'm**
20 **moving my head trying to talk, tell them why they can't**
21 **cuff my leg.**
22     Q.   You heard somebody say that you were going to
23 be all right?
24     **A.   Yes.**
25     Q.   Who do you remember saying that?

151

1      S. Simmons - Examination by Mr. Campolieto
2      **A.   I don't know.**
3      Q.   Do you recall any ambulance personnel or
4  medical personnel saying anything else to you?
5      **A.   Not at the moment.**
6      Q.   I'm sorry.  Did you say not at the moment?
7      **A.   Not at the moment, I do not recall.**
8      Q.   Then you eventually were taken to a -- I'm
9  sorry -- strike that.
10     You had mentioned they cut off your clothes.  Did
11 they take off your shoes also?
12     **A.   Yes.**
13     Q.   Where they cut off your clothes is that where
14 you were laying at the time they arrived?
15     **A.   Yes.**
16     Q.   Did they eventually remove you from the back
17 yard?
18     **A.   Yes.**
19     Q.   How long from when the medical personnel
20 arrived were you moved to the ambulance?
21     **A.   I don't know when they arrived.  I can't -- I**
22 **don't know that time limit.  I know I was back there**
23 **forever.  I was shot and back there forever.  They**
24 **could have been there and didn't get in yet.  I don't**
25 **know what happened with them, but by the time I got**

152

1      **S. Simmons - Examination by Mr. Campolieto**
2  **shot and by the time I came was a long time.**
3      Q.   Can you estimate the time from when they were
4  trying to put the mask on you to the time that you were
5  taken to the ambulance?
6      **A.   No.  I can't estimate all that.  I don't know**
7  **no times.  Like after I got shot, whatever happened**
8  **after that I don't know the times.  I can't tell you**
9  **ten o'clock, eleven o'clock, twelve o'clock, I don't**
10 **know.**
11     Q.   Besides putting the mask on you and cutting
12 off your clothes did they give you any other treatment
13 while you were laying on the ground?
14     **A.   Not that I'm aware of.  They --**
15     Q.   Go ahead.
16     **A.   They might have put something over my holes.**
17 **I was leaking real bad.**
18     Q.   Are you referring to bullet wounds?
19     **A.   Yes.**
20     Q.   How were you taken to the ambulance from the
21 ground where you lay?
22     **A.   Stretcher.**
23     Q.   Who put you on the stretcher?  Do you recall
24 who put you on the stretcher?
25     **A.   No, I don't recall.  It was the ambulance**

---

153

S. Simmons - Examination by Mr. Campolieto

1  people put me on the stretcher and there was some
2  police around. I'm pretty sure the ambulance people
3  put me on the stretcher.
4      Q.   They carried you to the ambulance and put you
5  into the ambulance; is that correct?
6      A.   Yes.
7      Q.   You had mentioned that you had had
8  conversation with them - with the ambulance personnel -
9  when you were in the ambulance?
10     A.   Yes.
11     Q.   What was that conversation?
12     A.   I'm not clear on everything. I know when I
13  was trying to tell them to make sure that they swab my
14  hands for gunpowder, I know I was trying to tell them
15  my leg was killing me, and we was going back and forth
16  about my leg. I didn't know at the time that I had
17  sciatic problems. I just knew my leg from the sole of
18  my feet was killing me.
19     Q.   When did you learn that you had sciatic nerve
20  problems?
21     A.   In the hospital.
22     Q.   Is there anything else you recall about your
23  conversations with the ambulance personnel?
24     A.   No, not at the moment.

---

154

S. Simmons - Examination by Mr. Campolieto

1      Q.   So you believe that you may recall something
2  else?
3      A.   Maybe in the future if I start to think about
4  it hard enough.
5      Q.   Can you think about it pretty hard right now?
6      A.   Yeah. I can't recall right now.
7      Q.   Did you know where you were being taken when
8  you were put into the ambulance?
9      A.   To the hospital.
10     Q.   Did you know which hospital?
11     A.   No.
12     Q.   Were there any police officers in the
13  ambulance with you when you were taken to the hospital?
14     A.   I want to say yes.
15     Q.   Do you recall who?
16     A.   No. I didn't know who nobody was.
17     Q.   Did the police officer say anything to you in
18  the ambulance?
19     A.   They could have.
20     Q.   But you don't recall having a conversation
21  with them?
22     A.   It was police there and I asked police also
23  to check for gunpowder residue. It was a million
24  police there that night it seemed like from every step

---

155

S. Simmons - Examination by Mr. Campolieto

1  of the way after I got shot and they showed up until
2  the sheriffs came on the scene later on during the
3  recovery process before I went downtown.
4      Q.   I'm trying to piece this together. The
5  sheriff's office showed up before you went downtown can
6  you explain what you're referring to?
7      A.   After I got arraigned and all that. I was
8  around the police. From the time the officer shot me
9  the police was around until the time after Castro came
10  and said whatever he said and they turned me over from
11  RPD to Monroe County Sheriffs. It was heavy police
12  presence around.
13     Q.   Okay. I'm referring specifically to the time
14  when you were taken into the ambulance.
15     A.   It was police presence the whole night.
16     Q.   Right now we're talking specifically about
17  the ambulance. Okay? And you recall police officers
18  being in the ambulance with you?
19     A.   Yes, if I'm not mistaken.
20     Q.   Do you know what kind of police officers they
21  were, was it sheriff, RPD?
22     A.   It was RPD.
23     Q.   You don't recall the name of the officer that
24  was with you?

---

156

S. Simmons - Examination by Mr. Campolieto

1      A.   No, sir. I was shot. I was shot. All I can
2  recall is praying to God for my life not to die on the
3  way to the hospital.
4      Q.   Do you recall how many officers were in the
5  ambulance with you?
6      A.   No.
7      Q.   But at least one?
8      A.   Yes, if I'm not mistaken.
9      Q.   What kind of treatment did you receive in the
10  ambulance?
11     A.   I don't know.
12     Q.   You don't know?
13     A.   No.
14     Q.   Do you recall being attended to at that time?
15     A.   It was people in the ambulance.
16     Q.   They were attending to you?
17     A.   Yes.
18     Q.   When you got to the hospital what occurred?
19     A.   They kept trying to put a mask on me and
20  sedate me.
21     Q.   So eventually the ambulance came to the
22  hospital and stopped, correct?
23     A.   Repeat that.
24     Q.   Eventually the ambulance arrived at the

---

---

157

S. Simmons - Examination by Mr. Campolieto
1   hospital and parked; is that correct?
2   A.   I don't know.  I don't know what they did in
3   the hospital.  By that time I was on the stretcher.  I
4   know we made it to the hospital and I know we made it
5   inside the hospital.
6   Q.   So you were taken out of the ambulance and
7   brought into the hospital?
8   A.   Yes.
9   Q.   Were there doctors or nurses there to accept
10  you there at the hospital?
11  A.   It was everybody.  It was police, whoever
12  rolled me on the stretcher and whoever received me.
13  Q.   This whole time you were conscious and aware
14  of what was going on?
15  A.   I was going in and out.
16  Q.   Was there a time that you lost
17  consciousnesses or were you in and out the whole time?
18  A.   Numerous times.
19  Q.   What kind of treatment did you receive at the
20  hospital if you can recall or if you have independent
21  knowledge of the treatment you received?
22  A.   I don't know the exact names of whatever
23  medicines that they was giving me.  I have to look that
24  over.
25

---

158

S. Simmons - Examination by Mr. Campolieto
1   Q.   So they were giving you medicines?
2   A.   They was giving me something.  I'm not sure
3   what it was though.
4   Q.   How were you receiving that medicine?
5   A.   I don't know, through face mask, through IVs.
6   Q.   Did you have any conversation with the
7   medical personnel at the hospital when you arrived at
8   the hospital?
9   A.   I said a few things to them before they tried
10  to put me under.
11  Q.   What were those things?
12  A.   I don't recall.
13  Q.   But you do recall having conversation?
14  A.   I do recall talking.
15  Q.   But you don't recall what you said?
16  A.   No.
17  Q.   Do you recall what they said to you?
18  A.   No.
19  Q.   Were you eventually put under?
20  A.   Yes.
21  Q.   By that you were given some kind of
22  anesthesia and you lost consciousness?
23  A.   You asking me?
24  Q.   Yes, I'm asking.  I don't know these answers.
25

---

159

S. Simmons - Examination by Mr. Campolieto
1   A.   Yes, they put me under.
2   Q.   Do you know what happened when you were put
3   under?
4   A.   No.
5   Q.   Did you eventually find out what happened or
6   what kind of procedure was done on you?
7   A.   You mean as far as surgery wise?
8   Q.   That's correct.
9   A.   Yes.
10  Q.   What occurred?
11  A.   They popped my stomach open.  Matter of fact,
12  I woke up during surgery and seen them in my stomach.
13  There's a bunch of doctors in there or a bunch of staff
14  in there.  Somebody came from behind me, pulled my head
15  back and then they put another mask on me.
16  Q.   Okay.  What happened after they put the other
17  mask on you?
18  A.   I woke up sometime later in the future, a
19  couple of days later, a day later, couple of days
20  later.  I'm not sure of the time, but --
21  Q.   So we can assume that you were brought to the
22  hospital, you were given anesthesia, you were going
23  through some kind of surgery, and this is on April 1st,
24  2016; is that correct?
25

---

160

S. Simmons - Examination by Mr. Campolieto
1   A.   Yes.
2   Q.   When you woke up you said a day or two later,
3   do you know if it was the 1st when you woke up or was
4   it the 2nd?
5   A.   The 1st was about over either before or
6   shortly after I arrived at the hospital.  Like it was
7   late in the night.
8   Q.   So when you woke up it would be the 2nd?
9   A.   I don't know what date it was when I woke up,
10  the 2nd or the 3rd.
11  Q.   When you woke up can you describe your
12  condition?
13  A.   I had tubes in my body.  I had two tubes in
14  my mouth, stuff on my fingers, a bunch of stuff
15  monitoring my heart rate, my breathing.  I had a button
16  IV or a pain button that was hooked up to my arm.
17  Q.   When you mentioned that you had two tubes in
18  your mouth I assume you were intubated with the tubes
19  and you couldn't speak; is that correct?
20  A.   They put two tubes in my mouth and then later
21  on after I start writing and stuff they inserted one
22  more tube into my mouth.  They say one was for
23  breathing, one was for throw up, and one was for - I
24  want to say - food.
25

161

S. Simmons - Examination by Mr. Campolieto

1    Q.  You couldn't speak while these tubes were in
2  your mouth --
3    A.  No.
4    Q.  -- is that correct?
5    A.  No.
6    Q.  When you woke up in the hospital were you in
7  a private room or was there somebody in the room with
8  you?
9    A.  It was numerous, like numerous RPD officers
10  in the room with me.
11    Q.  Was there any other patient in the room or
12  was this a private room for just you?
13    A.  It was just me.  It was just one room with
14  nobody else, but me and RPD.
15    Q.  When you woke up no doctors were in the room,
16  no family members?
17    A.  They wouldn't allow nothing.  They didn't
18  allow me numerous requests.  Couldn't see family,
19  couldn't talk to family.  I couldn't make a phone call.
20  I couldn't have nobody else call, nothing.
21    Q.  When you say this --
22    A.  Just police.
23    Q.  When you say this, that you couldn't make any
24  calls or talk to anybody, was that just at that moment

162

S. Simmons - Examination by Mr. Campolieto

1  or did they last your whole stay in the hospital?
2    A.  That lasted half of my stay in the hospital.
3    Q.  Did there come a time after you woke up when
4  a doctor or a nurse came into the room?
5    A.  Yes.
6    Q.  What occurred when they came into the room?
7    A.  They asked -- I was trying to ask questions.
8  They asked some questions and then they left.
9    Q.  Now you were intubated so you couldn't speak;
10  is that right?
11    A.  Correct.
12    Q.  So you couldn't really ask any questions?
13    A.  Yes, I could.
14    Q.  You could?
15    A.  With hand movements I'm asking for get me
16  something to write with, let me get some paper.  I mean
17  I was able to communicate.
18    Q.  And you communicated through hand movements
19  and did you write things out, write questions out?
20    A.  Yes.
21    Q.  But you couldn't speak?
22    A.  I couldn't speak clearly.  I could hum.  I
23  could understand myself.  That's why I asked for
24  something to write with and a piece of paper, but they

163

S. Simmons - Examination by Mr. Campolieto

1  understood.
2    Q.  What did they say to you?
3    A.  When I asked for the paper?
4    Q.  Yes.
5    A.  Just in general health questions.
6    Q.  Did they tell you what surgery had been
7  performed on you?
8    A.  No.
9    Q.  Did you ask what kind of surgery had been
10  performed on you?
11    A.  I mean common sense told me since I just got
12  shot that they had did something with the bullets and
13  it was kind of common sense what happened.  I woke up
14  alive.  I just got shot and I'm in the hospital.
15  So it was like it was not too many questions for me
16  to ask.  Plus I had other things on my mind other than
17  the surgery.  Eventually I did ask them why was they in
18  my stomach and why did I wake up in a surgery.
19    Q.  Was there an explanation given to you?
20    A.  They waved that off and somebody -- one of
21  them said that that happens during surgery.
22    Then -- oh, and it was like different shifts.  I
23  had like different nurses on different days at
24  different times.  So one of them also told me they cut

164

S. Simmons - Examination by Mr. Campolieto

1  my stomach open because they had to check for internal
2  bleeding.
3    Q.  What was your pain level at the time that you
4  woke up?
5    A.  A thousand.
6    Q.  So on a scale of one to ten when you woke up
7  you were at ten?
8    A.  Ten.  Ten.
9    Q.  During this time when you woke up and you
10  were in the room did the RPD say anything to you or ask
11  you any questions?
12    A.  They said some smart stuff to me.  Mainly it
13  was a bunch of they looking at me with the intimidation
14  face like.  It was like they just stared at me.  They
15  was telling me to shut up, stop asking questions,
16  wouldn't let me -- they was totally -- it was no
17  communication whatsoever.
18    Q.  Okay.  The officers that were in the room do
19  you know who they were?
20    A.  No, sir.
21    Q.  Were they Rochester Police Department
22  Officers or were they Monroe County Sheriffs?
23    A.  Yes, sir, they were Rochester.
24    Q.  Did you see any sheriffs in the office with

165

S. Simmons - Examination by Mr. Campolieto
1  you?
2  A.   Not when I woke up.  Like I say, the sheriffs
3  didn't come until after Judge Castro came and read
4  whatever the indictments was, or whatever that was that
5  you all came up with, fabricated to charge me.
7  Q.   So you don't recall what day this was?  It
8  could have been April 2nd or April 3rd, is that what
9  you remember?
10  A.   Let's see, I got shot on Friday -- Saturday,
11  Sunday, or Monday.  I'm not sure of the exact date.
12  I'm not sure of the exact date, but I'm pretty sure the
13  notes, if I look over the police reports the notes will
14  have dates on there.  The notes that you probably got
15  in front of you probably got the dates on there.  So I
16  don't recall the dates.
17  Q.   Do you recall when Judge Castro came to your
18  room?
19  A.   I don't recall what date that was neither.
20  Q.   Do you recall how long it was after you woke
21  up that he came?
22  A.   Couple days.
23  Q.   Prior to Judge Castro coming did you meet
24  with any of your family members or any attorney?
25  A.   No.

166

S. Simmons - Examination by Mr. Campolieto
1
2  Q.   Did you talk to any family members or your
3  attorney prior to Judge Castro coming?
4  A.   No.
5  Q.   Did you talk to any of your doctors during
6  that time period between when you woke up and Judge
7  Castro came?
8  A.   I'm pretty sure I did.
9  Q.   Do you have any recollection of what you said
10  to them or they said to you?
11  A.   Not at this time.
12  Q.   Did you have any procedure, surgical,
13  medical, or otherwise, between the time you woke up and
14  the time Judge Castro came?
15  A.   Repeat that question.
16  Q.   Was there any medical procedures or surgeries
17  that occurred between the time you woke up and the time
18  Judge Castro arrived in your room?
19  A.   Surgery was over with.  The only other
20  procedures that they had left to do after I woke up was
21  pull all them tubes out my throat and pull the catheter
22  out my penis.
23  Q.   Did they do this before Judge Castro arrived
24  in your room?
25  A.   They took the tubes out of my throat.  I

167

S. Simmons - Examination by Mr. Campolieto
1
2  still had the long tubes and I want to say I had the
3  catheter for a little bit before they took it out.
4  Q.   So there was a long tube, not down your
5  throat, but connected to your arm or wrist; is that
6  correct?
7  A.   I'm not following you.
8  Q.   You mentioned that they took the tubes out,
9  but they didn't take the long tubes out.
10  A.   The lung.  The lung tube.
11  Q.   Lung?
12  A.   Yeah.  I had two tubes, one for breathing I
13  guess and one for -- one to pump it up, one for
14  breathing, one to extract blood, something in that
15  area.
16  Q.   But these were not down your throat; is that
17  correct?
18  A.   No.  Those wasn't down my throat.  You said
19  what procedures I had.  So the only procedures I had
20  after I woke up was them pulling the tubes out my mouth
21  and them snatching the tubes out of my ribs and my
22  lungs.
23  Q.   But they took the tubes out of your throat
24  before Judge Castro arrived in your room; is that
25  correct?

168

S. Simmons - Examination by Mr. Campolieto
1
2  A.   Yes.
3  Q.   So you could communicate verbally before
4  Judge Castro arrived in your room?
5  A.   Yes.
6  Q.   Did you communicate verbally before Judge
7  Castro arrived with any RPD members?
8  A.   I tried.
9  Q.   Did they respond to you?
10  A.   All I got was "Shut up.  Stop talking."
11  Q.   Before Judge Castro arrived did anyone else
12  come to your room besides medical personnel and RPD?
13  A.   Not that I recall.
14  Q.   What happened when Judge Castro arrived?
15  A.   Sheriffs came with him.  RPD was there for a
16  minute.  They read something.  He read something and
17  said "Now I'm turning you over to the Monroe County
18  Sheriffs."  RPD and Monroe County Sheriffs had whatever
19  words they had and then they switched chairs and the
20  sheriffs was there.
21  Q.   Your attorney was not present; is that
22  correct?
23  A.   When Castro came?
24  Q.   Yes.
25  A.   I did have an attorney present when Castro

---

169

S. Simmons - Examination by Mr. Campolieto

1   came.
2
3       Q.   You did?
4       A.   Yes.
5       Q.   Who was that attorney?
6       A.   I cannot recall her name at the time.  She
7   just popped up.
8       Q.   Did Judge Castro ask you if you plead -- if
9   you were guilty or not guilty?
10      A.   Not guilty.
11      Q.   He did ask you that question though, correct?
12      A.   I don't recall if he asked me that question
13  right then and there.  I know he read me what was
14  supposedly supposed to be my charges and all of that
15  other stuff.
16      Q.   How long was he in your room?
17      A.   Fifteen minutes, maybe a little more, maybe a
18  little less.
19      Q.   After Judge Castro left what occurred?
20      A.   I'm not sure what you asking me.
21      Q.   What happened after Judge Castro left?
22      A.   I'm still not sure what you're asking me.  I
23  stayed in the room.
24      Q.   Okay.
25      A.   He left.  Sheriffs that came with them, some

---

170

S. Simmons - Examination by Mr. Campolieto

1
2   of them stayed in the room.  RPD, the one lady took the
3   tight cuffs off my wrist.  Sheriffs put -- they put
4   something on my ankle, but it wasn't handcuffs -- It
5   was handcuffs so I couldn't run away.  I couldn't walk
6   anyway, but they put something on me so I couldn't get
7   away from the bed, but I had enough room if I was able
8   to to walk if I needed to walk around the bed.  So they
9   switched over.  The RPD took tight cuffs off.  The
10  sheriff came put something on my right foot and cuffed
11  that to the bed.
12      Q.   Now, you mentioned that RPD had taken their
13  cuffs off.  Were they on your arms or wrists?
14      A.   Yes.
15      Q.   You said that they were tight?
16      A.   Yeah, they was tight.  I had marks and
17  bruises for the next six, eight months.  Like you can
18  see the cuff marks.
19      Q.   Did you tell anybody that they were tight
20  before they took them off?
21      A.   Oh, yeah.  Absolutely.  The cuffs was tight
22  from point one.  I told them numerous, numerous
23  numerous, numerous times.  RPD had it out for me, man.
24      Q.   Who did you tell the cuffs were tight?
25      A.   Whoever the white chick was that was there,

---

171

S. Simmons - Examination by Mr. Campolieto

1
2   whoever the cocky white police officer who was there.
3   These are all police officers.  Whoever was there from
4   the get go when I woke up.  The one RPD dude said, "Oh,
5   let me see," and like clicked it tighter.  They was
6   doing real -- they was -- they already judged me.
7       Q.   Who already judged you?
8       A.   RPD.  I don't know everybody name.  RPD,
9   whoever had on that uniform, whoever was in there
10  watching me between the time of me getting shot and the
11  time I got turned over to the sheriffs.  So whatever
12  officers.
13       I'm pretty sure they keep a log book.  So the
14  officers in the log book was the ones who either
15  tightened my cuffs, told me to shut up, wouldn't answer
16  my questions, balled up my papers, made sure the nurses
17  took the papers when I was trying to communicate.
18  Those officers.
19      Q.   So officers that were in your room had
20  already judged you, is that what you believe?
21      A.   I'm pretty sure.  You know that's what I
22  believe.  Yes, that's what I believe.
23      Q.   Did you have any conversations with the
24  Monroe County Sheriff after the RPD had left your room?
25      A.   Yeah, I talked to them.

---

172

S. Simmons - Examination by Mr. Campolieto

1
2       Q.   What did you say to them and what did they
3   say to you?
4       A.   It was numerous things.  So RPD wouldn't let
5   me look at newspapers.  I couldn't talk on the phone.
6   I couldn't talk to nobody outside.  I couldn't look at
7   TV.  So it was like I was in like solitary confinement
8   and the only people that was around me was RPD.  So by
9   the time the sheriffs got there and some of them --
10  some of them was familiar with whatever the hell that
11  police put out to the media.  So what I don't know
12  because I wasn't able to look at TV or anything else
13  and they updated me on what was supposedly the story
14  outside of my hospital room.
15      Q.   They verbally told you this?
16      A.   They verbally told me.  Some of them showed
17  me, and eventually I was able to look at a TV.
18       Once I got turned over to -- once Castro turned me
19  over to the sheriffs I was able to look at TV.  But by
20  the time I got to look at TV for some reason they made
21  sure that that wasn't in the media no more.
22      Q.   You mean that when you were able to look at
23  the TV there was no reports about your --
24      A.   Yeah.  So what I found out was the story that
25  you all came up with and what was going on in the news.

---

**173**

S. Simmons - Examination by Mr. Campolieto

1  Q.  I'm sorry.  Mr. Simmons, when you say "you
2  all," who do you mean?
3  A.  The police, whoever employ the police, and
4  whoever represent the police when they talk on the
5  camera in front of the cameras.
6  Q.  Are you talking about the police or are you
7  talking about RPD?
8  A.  You represent RPD right now, correct?
9  Q.  I'm an attorney.  So when you say --
10  A.  I'm talking about whoever was behind it,
11  whoever talked to in the police union, city attorneys,
12  the commanders, the chief, whoever it was, that's on
13  y'all force right now or on y'all side, whoever you
14  representing.
15  I was not able to see those stories because I was
16  not able to talk to nobody.  I didn't get a one phone
17  call.  I wasn't even arrested at first.  I couldn't
18  find out no information.  The sheriffs updated me on
19  whatever the story was supposed to be.  So the
20  clippings that I wasn't able to see that wasn't on
21  RNews already or Channel 10, 8 or 13, some of them was
22  friendly enough to pull it up and show me what happened
23  the night I actually got shot from what the chief said
24  to the mayor said, to Mazio.

(line numbers 1-25 shown; above maps lines accordingly)

---

**174**

S. Simmons - Examination by Mr. Campolieto

1  Do you understand me?
2  Q.  Who is Mazio?
3  A.  I don't know who Mazio is.
4  Q.  You just mentioned him.
5  A.  I mean you know who he is.  He's the police
6  union dude.  Ain't he suing y'all too?
7  Q.  Not that I know.
8  You said the sheriff pulled this up for you,
9  meaning pulled it up on a computer or his phone?
10  A.  I don't recall how he did it.  He showed me.
11  However he did it, he showed me.
12  Q.  But it wasn't on the TV?
13  A.  It could have been on the TV or computer or
14  phone.  I don't remember.  I don't recall any computers
15  in the room except for what the doctors was using.
16  Q.  Do you recall the names of the sheriff's
17  officers that were attending to you at the hospital?
18  A.  I don't.
19  Q.  After that did you receive any other
20  treatment at the hospital that you recall?
21  A.  I don't recall.  If you want to call them
22  giving me a walker and letting me take five minutes to
23  walk around the room or the floor where I was at still
24  under supervision, that's it.  Other than that I stayed

---

**175**

S. Simmons - Examination by Mr. Campolieto

1  in that bed, went to the bathroom tried to walk,
2  couldn't walk.  So basically I was just like hopping.
3  That's it.
4  They did a sonogram on my foot and my leg, but that
5  wasn't like a procedure.  They was trying to look at my
6  nerves.  They was trying to look at my nerves or -- I
7  don't know what they was doing, but that's how they
8  came up with the conclusion that my leg wasn't right.
9  Like from my butt cheek -- from the top of my butt
10  cheek all the way to the sole of my feet something was
11  not right.
12  So when RPD was there and I complained about it
13  nothing got done, nothing got done.
14  When the sheriffs came finally they got a nurse to
15  come in there who was curious enough to go with it and
16  I guess she talked to some people called the pain team
17  which was a bunch of doctors and they carted me off to
18  some prenatal area where they did like a sonogram or
19  whatever they do for the babies to see the sex or
20  what's going on inside and they did that on my foot and
21  my leg to try to determine why my leg was killing me.
22  Q.  You had mentioned that when RPD was there you
23  weren't able to get this done; is that correct?
24  A.  Absolutely not.

---

**176**

S. Simmons - Examination by Mr. Campolieto

1  Q.  Do you believe that RPD was --
2  A.  Absolutely.
3  Q.  Let me finish my question.  Do you believe
4  that RPD was telling the doctors not to do
5  procedures --
6  A.  Absolutely.  They was pulling the strings.
7  They was telling the nurses.  Some nurses didn't
8  listen.  There was a nurse named Jessica there and I
9  kept calling her Taylor.  I was joking with her and I
10  kept calling her Taylor Swift and she wouldn't go with
11  the police lead to not give me treatment or to check on
12  me or whatever they was trying to do when they kept
13  trying talk to the doctors outside my room closing the
14  door.
15  Q.  You said that RPD was telling nurses.  Did
16  you hear them tell nurses not to do treatment?
17  A.  I can't say per se I heard them say, "Oh,
18  don't treat him," but the one nurse, I can't remember
19  her name.  I'm pretty sure you can find the transcripts
20  on trial or the hearings that we had.
21  She was like they're main culprit, like whatever
22  they was telling her to do, like at first I asked for
23  water.  At first I couldn't drink water for whatever
24  the reasons.

---

177

S. Simmons - Examination by Mr. Campolieto
1   Like even when the police told me shut up, stop
2   asking questions as I'm trying to ask her questions.
3   She was going with the police too, like didn't the
4   police tell you to shut up?  Like you the nurse.  That
5   ain't got nothing to do -- like police telling me to
6   shut up at the time before I even get the tube out of
7   my throat, I'm writing notes.  I'm not really even
8   talking.  I got to shut up and I'm not even talking.
9   So, yeah, they was definitely -- they definitely had
10  influence inside that hospital.
11      Q.   You mentioned that they had given
12  instructions not to treat you to the nurses.
13      A.   I didn't mention that.  I just said I don't
14  know what they said per se.  But they was -- whatever
15  was going on with the conversations with some of the
16  nurses, some of the nurses talked to them and then they
17  didn't treat me the same no more.  They come in and
18  they treat me like I'm the one that was already
19  convicted.  Like they just knew like they was treating
20  me like I'm like a son of Bin Laden or somebody.  Like
21  it was already like I'm begging for pain medicine.  I
22  need more medicine.  I'm uncomfortable.  This is
23  hurting.  This is stabbing.  This is that and it's
24  like, well, we'll be back in a minute and never come

---

178

S. Simmons - Examination by Mr. Campolieto
1   back and go out and talk to the police and like you can
2   tell they talking to each other and they looking right
3   at me.
4       Like I'm not dumb.  Just because I didn't hear, I
5   can put two and two together.
6       Q.   You believe you were denied pain medicine?
7       A.   I believe I was denied pain medicine, calls,
8   lawyers, everything that they could say no to.  That's
9   what I was denied.
10      You got to look at it.  Y'all expecting me to die.
11  I'm not supposed to be here to tell this story.  That
12  was the hope.  That was the goal.  That was the plan.
13  That's why when I didn't die nothing was on the news no
14  more.
15      Q.   Whose plan was it for you to die?
16      A.   Whoever tried to send me to jail for the rest
17  of my life, whoever tried to kill me in my back yard
18  and whoever tried to make me look like a criminal now
19  because I want some type of justice for being shot and
20  living with bullets and wasting a year and a half of my
21  life, losing family ties.
22      Now I'm like I'm somebody else's society.  Every
23  time you Google Silvon Simmons the first thing that
24  shows up is Silvon Simmons and RPD.  So you know how it

---

179

S. Simmons - Examination by Mr. Campolieto
1   is.  That weighs a lot for people who don't know me,
2   who don't know my heart, that weighs a lot.  So
3   everybody on that side.  That's how I feel.
4       Q.   What side are you talking about?
5       A.   Y'all, the people who question me, the people
6   who keep pointing the finger and trying to put a gun in
7   my hand like we know what these questions is about.  So
8   that's how I feel.
9       Q.   During the time when Castro arrived in your
10  room to the time when you were released from the
11  hospital did your pain level decrease?
12      A.   No.  It was all a rush.  I wasn't even
13  supposed to -- when the nurses found out that I was
14  leaving the hospital they was telling me like you're
15  not even supposed to be leaving yet.  Like I'm not
16  ready to go yet.  It was like a rush getting him out.
17  I couldn't even walk.  They pulled the tubes out and
18  like four hours later -- like four to eight hours later
19  on I'm on the way to Monroe County Jail.
20      Q.   How long between the time that Castro came to
21  your room and you were discharged from the hospital?
22      A.   Days.
23      Q.   Days?  Do you recall the day that you were
24  released from the hospital?

---

180

S. Simmons - Examination by Mr. Campolieto
1       A.   The 11th or the 12th.  I got it written down
2   somewhere.  I could look and double check.  I know the
3   answer by the next time you ask me these questions.
4       Q.   That's fine.  That's not necessary.
5       Did speak to your attorney in the hospital after
6   Castro had read you your charges?  Did you have a
7   chance to meet with your attorney?
8       A.   Yes.
9       Q.   How many times?
10      A.   A attorney came right before Castro came to
11  tell me that Castro was coming so I could get these
12  charges read.  Then after that I was switched to two
13  different attorneys, different from the one who
14  actually came and Castro --
15      Q.   Do you know their names?
16      A.   Which one, the original attorney or Lizabeth
17  Riley and Katie Higgins --
18      Q.   Okay.  That's when --
19      A.   -- actually was in court with us.
20      Q.   The two names that you just mentioned, Liz
21  Riley and Katie Higgins, you said, those were the
22  attorneys you met with after Castro arrived?
23      A.   Yes.
24      Q.   How many times did you meet with them in the

---

181

S. Simmons - Examination by Mr. Campolieto

1  hospital?
2      **A.  I don't recall.**
3      Q.  More than once?
4      **A.  Yes.**
5      Q.  But you believe that you were denied access
6  to them at some point during your stay in the hospital?
7      **A.  Yes.**
8      Q.  That would be after RPD transferred your
9  custody over to the sheriff's office?
10     **A.  So we must have skipped over a whole bunch of**
11 **stuff just now.  So after they took the tube out of my**
12 **throat I did get a chance to talk to two of your**
13 **investigators like two hours later after they snatched**
14 **the tube out of my throat.**
15     Q.  This is before Castro arrived?
16     **A.  This is before Castro arrived.  This is like**
17 **as soon as -- this got to be like the Sunday or the**
18 **Monday after I woke up and they took them tubes out of**
19 **my throat.  Two investigators showed up asap.**
20     Q.  Did you ask for an attorney?
21     **A.  Of course I asked for an attorney.**
22     Q.  Did they get you an attorney?
23     **A.  No.**
24     Q.  So you believe that they spoke to you without

182

S. Simmons - Examination by Mr. Campolieto

1  an attorney present?
2      **A.  It ain't no believe.  They did.**
3      Q.  I'm sorry.  What did you say?
4      **A.  Yes, sir, they did speak to me without an**
5  **attorney.**
6      Q.  And you asked for an attorney?
7      **A.  I asked for an attorney.  I asked for an**
8  **appearance.  I asked for a phone call.  I was denied**
9  **everything.  Everything.**
10     Q.  Do you recall telling those attorneys that
11 you didn't recall if you had a gun on April 1st, 2016?
12     MR. BURKWIT:  I'm going to object as to form
13 on that.
14     THE WITNESS:  I don't recall telling my
15 attorneys anything.
16 BY MR. CAMPOLIETO:
17     Q.  Let me withdraw the question.
18     Do you recall telling the investigators that you
19 don't recall if you had a gun?
20     MR. BURKWIT:  Object to form.
21     THE WITNESS:  Yeah, your investigators was
22 trying to like lead me into a story.
23 BY MR. CAMPOLIETO:
24     Q.  Let me ask you the question.  Do you recall

183

S. Simmons - Examination by Mr. Campolieto

1  telling them that you don't recall if you had a gun on
2  April 1st, 2016?
3      MR. BURKWIT:  Object to form.
4      THE WITNESS:  I don't recall what I told
5  them.  I could have.  I could not have.  I don't recall
6  none of that.  I don't recall that conversation.  I was
7  high off pain medicine.  I was in excruciating pain.  I
8  do know asking for my parents, and a lawyer once they
9  started kicking this gun stuff.
10 BY MR. CAMPOLIETO:
11     Q.  Before Castro arrived did you have a chance
12 to meet with an attorney?
13     **A.  Five minutes before Castro came in my room an**
14 **attorney came in my room.  I did not -- I didn't call**
15 **that attorney.  My parents didn't call that attorney.**
16 **Whatever happened in the process this attorney just**
17 **showed up.**
18     Q.  When you say you believe you were denied
19 access to an attorney that would be before the Monroe
20 County Sheriffs took custody of you, is that what
21 you're saying?
22     **A.  Yeah.  I asked for an attorney numerous times**
23 **during the whole thing, during the whole thing before**
24 **Castro came in and Monroe County Sheriffs showed up I**

184

**S. Simmons - Examination by Mr. Campolieto**

1  **requested an attorney as soon as your officers started**
2  **saying assault charges and jail time.  I was not**
3  **supposed to have assault charges or jail time or be**
4  **handcuffed to that chair at all.  Because I'm the only**
5  **one that got shot.**
6      Q.  Did there come a time when you were
7  discharged from the hospital?
8      **A.  Yes.**
9      Q.  Where were you taken after you were
10 discharged?
11     **A.  I was taken to the Monroe County Jail.**
12     Q.  Who were you taken there by?
13     **A.  Monroe County Sheriffs.**
14     Q.  Did they do a booking?  Did they book you
15 into the jail?
16     **A.  Yes.**
17     Q.  How did you get to the jail prior to being
18 booked?
19     **A.  A Monroe County Sheriff SUV.**
20     Q.  When you arrived at the jail were you
21 immediately sent to the booking process or did you go
22 to the jail hospital or jail medical facility?
23     **A.  I don't recall how all of that went.  I came**
24 **in there and I'm pretty sure they took like some prints**

185

S. Simmons - Examination by Mr. Campolieto

1  or something.  They let me make a phone call and
2  immediately after that phone call they put me like in a
3  suicide watch cell butt naked with like a green vest
4  suit on.  They said they ran out of covers, ran out of
5  mats.  It was crazy.
6      Q.  Who did you make a phone call to?
7      A.  I called my kids mother.  I want to say I
8  tried to call my parents.  After Monroe County Sheriffs
9  came I was able to see my parents and that's about it.
10  I didn't have too many people to call because they
11  don't let you call people like that.  They won't let
12  you make calls.  They only let you get one call.  I
13  think the grace of God they let me have a couple of
14  calls, but that was cut short once everything got
15  spread around while I was there.
16      Q.  Now, you mentioned that you were put into a
17  special mental health cell when you arrived at the
18  Monroe County Jail.  How long did you stay in that
19  cell?
20      A.  I want to say a day and a half.  Overnight
21  and half the next day.
22      Q.  Were you --
23      A.  Maybe it was two days.
24      Q.  Were you treated at all for your condition?

186

S. Simmons - Examination by Mr. Campolieto

1      A.  No.  They wasn't treating me.  The health
2  care system inside the jail sucked.  They had doctors,
3  they didn't have doctors.  It was months they didn't
4  have doctors.  I guess -- no, I was not treated.
5  Because when I got there I was supposed to be getting
6  some medicine and before I left the hospital I asked
7  the doctors about -- I asked the nurses and the doctors
8  about the medicines and the doctor said the script was
9  transferred to Monroe County.  When I got to Monroe
10  County they couldn't find a script for none of my meds.
11  So I didn't get no medicine.  They couldn't find
12  nothing for me.  They didn't want to give me no
13  medicine because some lady said that I wanted to kill
14  myself.  That's why they put me in the suicide room
15  because she said I was depressed.  Because in this type
16  of situation that's how people feel.  She tried to make
17  me believe that I had no hope.
18      Q.  Who was the lady that --
19      A.  You would have to look that up through Monroe
20  County Jail administration staff at the time.
21      Q.  Was it a nurse?
22      A.  I don't know her name.  It was some type of
23  doctor, some type of lady.  I don't know who she was.
24  I just know she was able to walk around the jail free,

187

S. Simmons - Examination by Mr. Campolieto

1  had a tablet, had a badge, like not a police badge, but
2  like a plastic badge.
3      Q.  She was a nurse or doctor?
4      A.  I assume.
5      Q.  Were you eventually able to get your medical
6  script filled at the Monroe County Jail?
7      A.  Eventually, yes.
8      Q.  How long?
9      A.  A couple of days after that I want to say.
10      Q.  Do you recall what the medicine that you were
11  receiving was?
12      A.  Holy shit, they gave me a bunch of medicine
13  that I had no business even taking.  I was supposed to
14  be on like pain killers for the pain.  So it went from
15  whatever they had me on in the hospital to a constant
16  lesser dosage or a lesser medicine and eventually
17  within a couple of weeks I'm on like Tylenol that's not
18  even Tylenol because they can't use real Tylenol and
19  they couldn't use -- I was restricted a lot.
20      I went through a lot of pain because they played a
21  lot of games with the medicine down there.  Because at
22  whoever request that requested to the sheriffs that
23  requested to them.  So the treatment sucked down there.
24  I was in pain the whole time.  I was in a cement cell

188

S. Simmons - Examination by Mr. Campolieto

1  with glass doors so everybody could look at me buck
2  naked with a vest on.  It was humiliating.  The whole
3  Monroe County staff at first was just terrible.
4      Q.  So you believe that the Monroe County staff
5  changed your medicine?
6      A.  I didn't say they changed my medicine did I?
7  I don't recall saying that.  Did I say they changed my
8  medicine?
9      Q.  Yes.  You said you went from your regular
10  medicine at the hospital to a lesser dosage --
11      A.  Oh, yeah.  For that fact, yes.
12      Q.  Which doctor -- did you see a doctor at the
13  Monroe County Jail?
14      A.  I had to see between five doctors because
15  Monroe County Jail cannot keep doctors.  The doctors I
16  was seeing was complaining about the service whatever
17  they had access to and they was trying to do their best
18  to explain why I couldn't get the pain medicine that I
19  needed.
20      One doctor sat and told me we can't get this.  Then
21  he was like, but you don't need it anyway because I
22  don't want to see you hooked on these drugs.  So it's
23  good you get weaned off these drugs.  I'm like I'm
24  dying here and I'm not getting pain -- a lot of the

---

189

S. Simmons - Examination by Mr. Campolieto

1  medicines -- so when I realize I'm taking like eight
2  different medicines I'm asking "What's this medicine,
3  what's this medicine, and this medicine," and they said
4  trazodone, troxodone, some other done.  What does that
5  do?  They giving me like depression medicine, suicidal
6  medicine.  They giving me a cocktail of medicines that
7  I don't even need except for the medicines and the pain
8  medicines that I actually need.
9  Q.   When you got to the jail you were put into
10 the mental health cell you mentioned and you stayed
11 there you said for a day and a half.  After that cell
12 where did you go?
13     A.   They took me from that cell and walked me
14 five feet across from the cell to another cell that's
15 like a regular jail cell, but it's still like a suicide
16 medical cell.  They call it a medical ward.  It's the
17 same as that cell except for this time they found a mat
18 for me.  I'm behind glass with bars and I got a -- I
19 had a toilet in that in the mental health thing too.
20 Q.   Were you by yourself in that cell also?
21 A.   Yes.
22 Q.   How long did you stay in that cell?
23 A.   I want to say two, three months.
24 Q.   Do you recall an incident on May 16th between

---

190

S. Simmons - Examination by Mr. Campolieto

1  you and an individual named Byron Johnson?
2      MR. BURKWIT:  Object as to form.
3      THE WITNESS:  I don't remember everybody
4  name, but refresh my memory.
5  BY MR. CAMPOLIETO:
6  Q.   Do you recall getting into a fight with an
7  individual named Byron Johnson?
8  A.   I got in fights with --
9      MR. BURKWIT:  Object to form.
10     THE WITNESS:  It was going to be fights at
11 the Monroe County Jail with me at the disadvantage that
12 I had.  I remember getting into some fights.
13 BY MR. CAMPOLIETO:
14 Q.   Now, when you were in this medical cell, you
15 said you were in there for three months, were you able
16 to leave the cell at any time during the day?
17 A.   I was able to leave the cell and walk around
18 the area of that cell for an hour which consisted of
19 within that hour I could either take a shower, or I
20 could make a phone call.  And my hour was never an
21 hour.  My hour was always thirty minutes to forty-five
22 minutes with an excuse why it wasn't an hour.
23     Are we ever going to ask about the shooting and why
24 your officer shot me in the back three times?

---

191

S. Simmons - Examination by Mr. Campolieto

1  Q.   No.  I want to ask you on May 18th do you
2  recall being involved in a fight with an individual
3  named Cyrus Phelps --
4  A.   I don't remember no names.
5      MR. BURKWIT:  Object to form.
6      THE WITNESS:  I don't remember nobody name in
7  jail and I don't remember the dates.
8      This is how jail works.  If there's twelve of
9  us in a pit it might not be twelve of us in that same
10 pit at the end of the week.  Some people go upstate.
11 Some people get released.  Some people get moved.
12     The time that I was down there I met like
13 five hundred to a thousand people coming and going.  So
14 I don't remember names.
15 BY MR. CAMPOLIETO:
16 Q.   Okay.  Do you remember being in a fight while
17 you were at the mental health unit?
18     MR. BURKWIT:  Object as to form.
19     THE WITNESS:  No.  I don't remember being in
20 no fight.  It was no way possible to get in a fight
21 while I was in that unit.  I didn't get into a fight
22 until they moved me into like the main frame with no
23 crutches, no wheelchair, no cane, no nothing.  Like
24 they shot me up there.  I still couldn't even walk.  I

---

192

S. Simmons - Examination by Mr. Campolieto

1  went through hell down there.  You know what I'm
2  saying?  I went through hell.
3  BY MR. CAMPOLIETO:
4  Q.   When you were in the mental health unit did
5  you have regular meetings with doctors?
6  A.   No.
7  Q.   How often would you meet with medical
8  personnel?
9  A.   Every time I'm in pain I beg and beg and beg
10 to see the doctor and talk to the doctor.
11     Before I left Strong they guarantee me that I was
12 going to be able to take outside visits from the jail
13 and come and get checked up on and get x-rays and do
14 this, do things to check on my wellbeing.
15     Like those deteriorated.  That never happened.  I
16 left two times, got an x-ray.  The last x-ray -- the
17 last time I did the x-ray I'm supposed to come back
18 because my pelvis is still shattered.  They don't let
19 me go back on the outside visit.  I never go back to
20 that visit.  They never --
21 Q.   Hang on a second.  Let me ask you this, you
22 mentioned you left the jail two times to go back to the
23 hospital; is that correct?
24 A.   Yes.

193

S. Simmons - Examination by Mr. Campolieto
1
2    Q.   Do you recall when those occurred?
3    A.   I don't know the dates, man.  It was early
4  after I got in there.  So one time was while I was
5  still in rec antics - that's what they called it - rec
6  antics.  And one time was after they moved me to the
7  main frame floors.
8    Q.   Okay.
9    A.   But I requested numerous times to see a
10 doctor.  Monroe County didn't have no doctors.  This is
11 what I'm trying to tell you.  Like it was impossible to
12 see a doctor because they didn't have no doctors.  The
13 doctors either quit or the doctors didn't show up or
14 the doctors wasn't doctors.  You had nurses sitting in
15 the doctor room who wasn't qualified to do nothing.
16 They did everything they was supposed to do to get me
17 to the outside treatment they couldn't do because they
18 lose this script, they lose this transaction.  They
19 lose like --
20   Q.   When you were in the mental health unit and
21 you were transferred back to general population - for
22 lack of a better term - how long did you spend in the
23 mental health unit, you said three months?
24   A.   Two to three months.  They moved me fast.
25 So --

194

S. Simmons - Examination by Mr. Campolieto
1
2    Q.   Let me ask you, when you got moved were you
3  moved into a single cell or did you have a roommate?
4    A.   I had a single little cell in the worst part
5  of the jail that they could put me in.
6    Q.   Is that the only cell that you were in during
7  your stay at the jail besides the mental health unit?
8    A.   Yeah, that was it.  I mean like within that
9  little hallway of the unit that I was in the same unit
10 when they let me out of rec antics they called it.
11 They put me two weeks high.  They kept me in there from
12 the day they moved me there to the day I walked out of
13 that jail.
14       I did move cells because I started at the end and I
15 got closer to what they call the TV cell that was
16 closer to the TV so you could see.  That was because as
17 stuff was starting to progress as I was getting --
18 that's because the guards let me get closer to that TV,
19 you know what I'm saying?  But I was in the same place
20 from start to finish.
21   Q.   Now, you mentioned that you didn't get into
22 any fights while you were in the mental health unit,
23 but you did when you were in general population.
24   A.   Yes.
25   Q.   Who did you get in a fight with?

195

S. Simmons - Examination by Mr. Campolieto
1
2    A.   For the fourth time I do not know.  I don't
3  know none of these people names.  I don't know.  I
4  didn't know them before and I still don't know.  I
5  don't know.  I'm not going to know the next time you
6  ask me somebody name.  I just don't know, man.  I don't
7  know.
8    Q.   How many times did you get into a fight?
9    A.   I don't recall.
10   Q.   More than once?
11   A.   Yes.
12   Q.   Were you disciplined for any of those fights?
13   A.   No.
14   Q.   While you were in jail were you disciplined
15 by the Monroe County Jail officers?
16   A.   I was disciplined from the day I walked in
17 there by the Monroe County Jail officers.
18   Q.   Can you explain that?
19   A.   For me not getting the meds that I needed to
20 get, for me not getting phone calls, for me getting --
21 I don't get my whole hour of recreation that I'm
22 supposed to legally get, from me getting told that my
23 visitors didn't come to the visits who actually came to
24 the visits, from me not being able to go to a safer
25 unit, from me not being able to -- they put me in

196

S. Simmons - Examination by Mr. Campolieto
1
2  chains, shackles, cuffs, and I couldn't even walk.
3        Like the whole process was bad because at first
4  when I came in the first group and the first bunch of
5  deputy sheriffs was just straight up, we the blue team,
6  because we the police.  Like they said slick stuff.
7  They let me know that it was going to be hell for me.
8  Do you hear what I'm saying?
9    Q.   I'll paraphrase it I guess.  So what you're
10 saying is you believe that the Monroe County Sheriffs
11 Deputies in the jail were punishing you?
12   A.   Yes, for everything.  I didn't get my
13 commissary.  My parents to tell me that I got money in
14 my commissary thing.  They didn't tell me.  Oh, no,
15 that's just soap.  You can't eat.  I'm not in there --
16 people get sent to rec antics for fights and for other
17 stuff.  Like I wasn't in there for that.  I was in
18 there because that was supposed to be the safest unit
19 for me with my injuries.
20   Q.   Did there come a time when you stopped taking
21 pain medication while you were in the jail?
22   A.   No.  That wasn't pain medication that they
23 was giving me that I stopped taking.  They was giving
24 me mental medication that made me feel like I don't
25 even care about.  They was giving me stuff that don't

197

S. Simmons - Examination by Mr. Campolieto
1  exist in the outside world. They was giving me
2  medicines that they couldn't give me explanations why
3  I'm taking this medicine or what this medicine do, or
4  what this medicine do. They had me on stuff that had
5  nothing to do with what I was going through. Like I'm
6  still feeling the same way. They got me feeling
7  like --
8     Q.   Mr. Simmons. Mr. Simmons, you're not
9  answering the questions I'm asking. Did you stop
10 taking --
11          MR. BURKWIT: John, let him answer.
12          MR. CAMPOLIETO: I'm sorry, Charlie.
13          MR. BURKWIT: Let him answer.
14          THE WITNESS: I stopped taking the medicines
15 that I was not supposed to take. The Lyrica I stopped
16 taking because it was making me gain weight and wasn't
17 doing nothing. I still got the same pain. None of the
18 pain medicine work. All this nerve medicine they came
19 up with, I took two type of nerve medicines and none of
20 it worked. None of it worked. I'm still in pain to
21 this day. None of it worked. Even when I was in the
22 hospital I got like nerve pain, dog. I got real pain.
23 Even when I was in the hospital and they giving me
24 Vicodin or whatever they giving me, I still got a

198

S. Simmons - Examination by Mr. Campolieto
1  different pain. That was good for like the flesh wound
2  pain. I got inside pain. I got a different pain.
3  BY MR. CAMPOLIETO:
4     Q.   I think you said during the last deposition
5  we had that you didn't see a doctor after you were
6  released from jail?
7          MR. BURKWIT: Object as to form.
8          THE WITNESS: What was the point? I had
9  medicine that I was taking at Strong that just saved my
10 life after your guys shot me and none of that pain
11 medicine worked. The whole time I'm hitting this
12 button in the hospital none of that pain medicine even
13 worked. Like I was in pain the whole time -- even in
14 the most comfort that they tried to comfort me in I was
15 still in pain.
16 BY MR. CAMPOLIETO:
17    Q.   But what I'm asking --
18    A.   Listen, when I went to jail I was not allowed
19 physical therapy. I wasn't allowed help from the
20 start. It was just like you in here we -- since you
21 didn't die when we shot you, you didn't die in the
22 hospital, die in jail. Like that's how they was
23 treating me.
24    Q.   Mr. Simmons, after you were released from

199

S. Simmons - Examination by Mr. Campolieto
1  jail in 2018 you didn't see a doctor?
2     A.   No, I did not.
3     Q.   Is it true -- have you seen a doctor yet?
4     A.   I did see a doctor for a consultation. I do
5  got a doctor that recommend I see these people and see
6  these people and see these people.
7     Q.   Okay. After you were released from jail why
8  didn't you see a doctor for your pain?
9     A.   Because you just shot away -- because your
10 officers shot me and threw me in jail. I lost ten
11 years of my life. Like I've got to come back. I lived
12 this type of lifestyle. I went to jail now I'm living
13 a bottom lifestyle. How else am I -- what was I
14 supposed to do?
15    I got kids. How I'm supposed to feed my kids? How
16 am I supposed to move around -- I lost a lot of ties.
17 There's a lot of stuff I got to start running, doing,
18 to get my life back to regular.
19    I can't even move around down here because the gang
20 that shot me is riding up and down the street. RPD is
21 all over Rochester.
22    Like I wish you was in my shoes so you could feel
23 how I feel so you wouldn't be asking me these questions
24 that -- it's like you trying to bother me. You're not

200

S. Simmons - Examination by Mr. Campolieto
1  asking me nothing that got to do with nothing.
2    Like I got a agenda of life that I want to live,
3  man. I got a bunch of stuff --
4     Q.   Mr. Simmons --
5     A.   -- suffered the whole time. I --
6     Q.   -- what life did you want to live that you
7  can't live right now?
8     A.   A regular life. I don't want to be looking
9  over my shoulders all the time. I don't want to be in
10 fear in that when one of his home boys -- one of
11 Ferrigno home boys, Giancursio, whoever else was in
12 this police thing or on the scene or feel some type of
13 way that whoever was in the crowd that threatened me
14 after the judge reversed my charges. I don't want to
15 see them. I still got to live with that paranoia that
16 they still out to get me and they told me they are out
17 to get me. Watch my back. You lucky. It ain't going
18 to go like that next time. You should have finished
19 him off when you had the chance.
20    The intimidation, they intimidate regular people
21 that they didn't shoot. Like I can't even move around
22 in the street. I can't --
23    Q.   Why can't you move around in the street?
24    A.   You got a whole law degree, man, and I just

201

S. Simmons - Examination by Mr. Campolieto

1  explained it to you, man.  Because you got police.
2  Nobody got fired or disciplined or nothing.  The same
3  people that went with the lies and the stories is still
4  out driving these cars, pulling people over waiting to
5  catch Silvon Simmons.
6      Q.   Mr. Simmons, when you were released from jail
7  after the legal proceedings where did you move to?
8      A.   Like we said in the last depositions, Greece.
9  691 North Greece Road.
10     Q.   How long did you stay at that address?
11     A.   Five to six months.
12     Q.   After that where did you move to?
13     A.   I moved to my own apartment.  So when I got
14  out of jail I needed to see my kids.  I'm living with
15  somebody else.  My kids can't -- I moved to my own
16  apartment.
17     Q.   What's the address?
18     A.   Hayward Avenue -- 316 Hayward Avenue.
19     Q.   That's where you still live today, right?
20     A.   Sure.  Yes.
21     Q.   How soon after you were released from jail
22  did you go back to work?
23     A.   I wanted to go the next day as soon as I got
24  out of jail, man, but I was so scared to come to the

202

S. Simmons - Examination by Mr. Campolieto

1  city and my family was so scared for me to be in the
2  city because they just knew that RPD was going to see
3  me and light me up.  They just knew that they was going
4  to plant something on me.  They just knew -- my whole
5  life style is paranoid from me to my family to my
6  friends.
7      Q.   Mr. Simmons, how soon did you go back to
8  work?
9      A.   A month, a month and a half.
10     Q.   Okay.  You said you were scared RPD was going
11  to plant something on you.  Did they plant anything on
12  you after you were released from jail?
13     A.   Not this time.  They did the first time.
14  That's why me and you are here right now and you
15  questioning me.  That's why I did a year and a half in
16  jail.
17     Q.   Now, how did your return to work come about,
18  did you have a meeting with your supervisor or the
19  owners of the company?
20     A.   A phone call.  I called.  "You got a spot for
21  me?"
22     Q.   What did they say?
23     A.   I'm a hard worker, of course.  I never did
24  them wrong.  I mean I don't burn bridges.  I never

203

S. Simmons - Examination by Mr. Campolieto

1  burnt the bridge.  There was no reason for them to
2  say -- no.  They know me.  They know my heart.  Do you
3  see what I'm saying?  You don't know me or nothing
4  about me or my heart.
5      Q.   Did they tell you what you would be doing
6  when you returned to work?
7      A.   I don't recall all that.  All I know is I
8  would have did mostly anything except for hopping in
9  and out of that truck and lifting heavy, heavy
10  equipment.  If I had to sweep floors in order to get
11  where I needed to get and in order to get the
12  relationship back with my kids or wash dishes that's
13  what I would have did.
14         What do these questions got to do with why your man
15  shot me in my back?
16     Q.   When you took the job back were you making --
17  did you make more money than you did before you went to
18  jail?
19     A.   I came back at the same rate like I explained
20  the last time.
21     Q.   I don't think that that's what we discussed,
22  but you came back at the same rate?
23     A.   Came back at the same rate I left off on.
24     Q.   Have you gained an increase in salary since

204

S. Simmons - Examination by Mr. Campolieto

1  that time?
2      A.   Yes.
3      Q.   Now, you mentioned that you got your
4  apartment after spending a few months at a relative's
5  house in Greece; is that correct?
6      A.   Yes.
7      Q.   The apartment is in the city of Rochester; is
8  that correct?
9      A.   Yes.
10     Q.   So even though you were scared to return to
11  the city of Rochester you did return to the city of
12  Rochester?
13     A.   You're damn right I did.  And the reason why
14  I did is because my apartment, I can jump out of my
15  window and be at work.  My apartment is connected to my
16  job.  So I got cameras watching me go in, go out,
17  seeing me get harassed, not harassed.  It's a safe
18  situation.  I can go through the back door and be in my
19  job.
20         That was the best situation for me.  I got out of
21  their hair.  I got my life back.  I got my own sense of
22  being a man back.  I got my own sense of balls back and
23  I'm safe.  I know I'm safe here.  I know my co-workers
24  ain't going to let y'all do nothing funny to me while

205

1   S. Simmons - Examination by Mr. Campolieto
2   I'm here.  If it would have been anywhere else but here
3   I'd probably still be in Greece where my family think
4   it's safe at.
5   Q.   But you do feel safe at your work and you
6   feel confident that you can get to work?
7   A.   Yes.  I don't want to walk outside to get
8   there.  I can just get to work.
9   Q.   You mentioned cameras.  What cameras are you
10  referring to?
11  A.   I don't know, whoever got cameras outside in
12  the neighboring businesses and inside the businesses.
13  Q.   You're confident and happy with those cameras
14  being there?
15  A.   Yes.
16  Q.   How did you get the apartment, did anybody
17  assist you in getting the apartment?
18  A.   No, sir, man.  I went to work.  I earned my
19  money.  I bust my ass to save -- I'm sorry.  I bust my
20  butt to save my money and I got the apartment.
21  Q.   What I'm asking you is not about money.  I'm
22  asking you --
23  A.   You said "How did you get the apartment."
24  Q.   I'm talking --
25  A.   I can't get the apartment for free.  I have

206

1   S. Simmons - Examination by Mr. Campolieto
2   to pay for it.
3   Q.   Mr. Simmons, I'm not asking about how you
4   paid for the apartment.  I'm asking about how did you
5   procure it.  Did you find it in the want ads, did you
6   find it on the internet?  How did you get the
7   apartment?
8   A.   Well, the apartment is literally like right
9   next door to my job.  If this my job, this is my
10  apartment.  This chair right here, if I'm sitting at my
11  job, if I'm at ABR Wholesalers right now the apartment
12  is right here.
13  Q.   Okay.  How did you get it?  How did you find
14  it?
15  A.   Because it's right next door to my job.
16  Q.   Did you see a For Rent sign?
17  A.   No.  I inquired through the owner of the
18  apartment.
19  Q.   How did you find out that the owner was
20  renting an apartment?
21  A.   I got the information and I asked him.
22  Q.   Where did you get the information from?
23  A.   I don't recall how I got the information,
24  man.  I don't --
25  Q.   But you got information about the apartment

207

1   S. Simmons - Examination by Mr. Campolieto
2   being for rent?
3   A.   Yes.
4   Q.   But you don't know how you got it?
5   A.   I don't recall right now.  No, I don't recall
6   right now.
7   MR. BURKWIT:  Can we move on to something
8   else, John?
9   THE WITNESS:  Can we take a break?  I got to
10  use the bathroom.
11  MR. CAMPOLIETO:  Sure.
12  THE WITNESS:  Mind if I go use the bathroom,
13  please?
14  MR. CAMPOLIETO:  Take a ten minute break.
15  THE WITNESS:  Thank you.  Twelve thirty-six?
16  MR. CAMPOLIETO:  Yes.
17  (Recess taken.)
18  BY MR. CAMPOLIETO:
19  Q.   Mr. Simmons, since moving into your apartment
20  on Hayward were you able to do the upkeep of the
21  apartment by yourself?
22  A.   I don't understand that question.
23  Q.   Were you able to keep up with the chores of
24  having an apartment by yourself?
25  A.   Yes, I guess.

208

1   S. Simmons - Examination by Mr. Campolieto
2   Q.   Did you have to have anybody help you with
3   your chores?
4   A.   What you mean, washing the dishes and taking
5   out the garbage?
6   Q.   Yes, that kind of thing.
7   A.   I got a whole right side.  I'm not paralyzed.
8   My arm ain't paralyzed.  My leg ain't paralyzed.
9   Q.   So the answer is, no, you don't need help
10  with the chores or the upkeep of your apartment?
11  A.   No.  No.
12  Q.   At your current job and your current position
13  -- strike that.
14  What is your current position at work?  What's the
15  name of what you do?
16  A.   I'm an inside salesman.
17  Q.   Are you able to complete that job and the
18  tasks associated with that job without any assistance
19  or special accommodation?
20  A.   Everybody help everybody here because this is
21  the type of company it is.  Some things I'm going to
22  need help with.  Some things they going to need help
23  with.
24  Q.   What kinds of things do you need help with
25  with your job?

209

S. Simmons - Examination by Mr. Campolieto

1
2      A.   I don't know how to answer that right now.
3      Q.   Does your medical condition affect your job
4  in any way?
5      A.   Nothing is wrong with my brain.  I can think.
6  So my brain work.  So I'm inside sales.  I talk on the
7  phone.  I sell things.  I explain how things that I
8  sell work.  I explain how things that I sell work and
9  go together.
10     Q.   Okay.  Does your medical condition affect
11  your performance at your job?
12     A.   No.
13     Q.   I just wanted to go back to the house in
14  Greece that you moved into after jail.  Who owns that
15  house?
16     A.   Sharon Morelle Dilbert and Arthur Dilbert.
17     Q.   Did you receive any assistance from them
18  after you were released from jail?
19     A.   Of course, I -- yes.  I lived there.
20     Q.   You lived there.  Did you pay rent?
21     A.   When I started working I did contribute.  I
22  used their shower.  I slept in one of their rooms.
23  Yeah, I'm a grown man.  I wasn't just a dead beat
24  there.  I was never a dead beat.  I was never a
25  criminal.  I was never none of the stuff that you may

210

S. Simmons - Examination by Mr. Campolieto

1
2  think I was.  So I did try to pay my weight while I was
3  there for the short time that I was there.
4      Q.   Did they give you any assistance with daily
5  living while you were there such as helping you with
6  your medical condition or anything of that nature?
7      A.   I don't know how to answer that.  I'm not
8  understanding your question.
9      Q.   Did they help you with your daily chores,
10  cleaning, anything like that?
11     A.   No.  I could sweep.  I could mop.  I could
12  wash my own clothes.
13     Q.   When you were released from jail into the
14  apartment in Greece were you on any medication?
15     A.   No.  And it was a house in Greece.  They got
16  a whole house.  It wasn't an apartment.
17     Q.   So there was no medication that you were on
18  after you were released from the Monroe County Jail?
19     A.   No.
20     Q.   Do you take any medication or prescription
21  medication currently?
22     A.   No.
23     Q.   Have you taken any since you were released
24  from the Monroe County Jail?
25     A.   I mean I got to take Tylenol every once in a

211

S. Simmons - Examination by Mr. Campolieto

1
2  blue.  That don't help neither.  I'm not about to take
3  no real drugs because I don't need numb drugs.  I don't
4  need drugs that's about to numb my brain and have me
5  not thinking clearly.
6      Q.   You had mentioned before that you hadn't seen
7  a doctor after you were released from the Monroe County
8  Jail.  However, we received documentation that your
9  attorney that you went to see a doctor at the
10  Integrative Pain and Wellness Center in Buffalo; is
11  that correct?
12     A.   I told you that in the last deposition.
13     Q.   Did you receive any prescription medicine
14  from that doctor?
15     A.   No.
16     Q.   Has there been any other doctor that you've
17  seen since going to that pain and wellness facility?
18     A.   Not as of yet.
19     Q.   Do you have something planned?
20     A.   Maybe.
21     Q.   What does that mean?
22     A.   That mean maybe.  Just what the answer is,
23  maybe.
24     Q.   Maybe that you have a doctor that you plan to
25  go to see?

212

S. Simmons - Examination by Mr. Campolieto

1
2      A.   I got to find a primary care doctor that I
3  can trust and that can actually help me.  So, yes, I
4  plan on going to see a doctor, but right now I got a
5  thousand options because I'm in like a network.  So
6  I've got to choose a doctor out of my network.  I got
7  health insurance so whatever I do I need to have it go
8  with my health insurance.
9      Q.   Have you had health insurance -- how long
10  have you had health insurance?
11     A.   I'm not sure.
12     Q.   Did you have health insurance before you went
13  to jail?
14     A.   Yes.
15     Q.   Who did you have health insurance with?
16     A.   Hang on a second.
17     Q.   I don't need --
18     A.   I don't know how to answer that unless I
19  check my health insurance card.  I'm not sure.  Do you
20  want the answer?
21     Q.   I want the answer of did you get health
22  insurance through your job.
23     A.   Oh, yes.
24     Q.   Then you regained health insurance through
25  your job after you were rehired; is that correct?

213

S. Simmons - Examination by Mr. Campolieto
1
2    **A.   Yes.**
3    Q.   Okay.  As of now you have no future
4    treatments planned, but you are looking for a doctor,
5    is that what you --
6    **A.   Yes.  I got recommendations I should see this**
7    **person, that person, and that person.  It's a matter of**
8    **me actually going to see that person or if I can see a**
9    **better person that's close.**
10   Q.   Who did you get the recommendations from?
11   **A.   The doctor that you just named that I go and**
12   **see.**
13   Q.   So he gave you a few names of other doctors
14   that he believes you should go see; is that correct?
15   **A.   Yes.**
16   Q.   Is there anybody in your family or people
17   that you may have hired to do things for you that you
18   can't do due to your medical condition?
19   **A.   No.**
20   Q.   This is outside of the question I had
21   regarding the upkeep of your apartment, but is there
22   anything you can't do that you need somebody to help
23   you do in your life?
24   **A.   I can't pick up my kids no more.**
25   Q.   Okay.  Let's stop there.  Why can't you pick

214

S. Simmons - Examination by Mr. Campolieto
1
2    up your kids?
3    **A.   I used to be strong.  I'm not as strong as I**
4    **was.  I mean just ask yourself if you was to get shot**
5    **three times like me do you still think you would be a**
6    **hundred percent?**
7    Q.   It's not about me, Mr. Simmons.
8    **A.   All right.  I'm not a hundred percent right**
9    **now.  So I can't do a hundred percent of the stuff I**
10   **was capable of doing before your officers shot me three**
11   **times, got a bullet in my pelvis and got me stuck in my**
12   **shirt.  I can't --**
13   Q.   Mr. Simmons, again --
14   **A.   I don't know what I can't do until I try to**
15   **do it and I realize I can't do it.  I can't run.  I**
16   **can't play basketball.  I can't play football.  I can't**
17   **play tag with my kids, regular stuff.**
18   **If you notice I keep having to move different ways**
19   **in this chair.  I can't sit down too long.  Like**
20   **certain stuff start going numb.  It's all type of stuff**
21   **that I got problems with.  I can't pick up a like a big**
22   **box that got to press against my body because I got a**
23   **lump hanging out my body with a forty-five bullet**
24   **that's sticking out that's catching the inside of my**
25   **skin.  What you think I can't do?  I got hit with a**

215

S. Simmons - Examination by Mr. Campolieto
1
2    **forty-five three times.  I can't do a lot of stuff.**
3    Q.   Now, when you say you can't run, did you run
4    before you were shot?
5    **A.   Yes.  Yes.  I used to play sports.  I used to**
6    **ice skate.  I used to swim.  I used to do everything**
7    **that a regular person used to do with no problems**
8    **because they have bullets their body.  I was able to do**
9    **a whole bunch of stuff.  I can climb trees.  I can help**
10   **people move from one house to the next and move**
11   **couches.  I can do regular stuff.  I can work on my own**
12   **vehicles.  I can change gas tanks.  It's certain stuff**
13   **that I just can't do.**
14   Q.   What is that certain stuff?
15   **A.   I just told you, mad examples of the stuff I**
16   **can't do, man.  It's just a lot of stuff I can't do.  I**
17   **can't name everything that I can't do because some**
18   **things I don't know I can't do yet until I try to do**
19   **them.**
20   Q.   So you don't work on vehicles anymore?
21   **A.   I can't do every job that needs to be done on**
22   **the vehicle.  Things that I used to could do, like for**
23   **example, I just said gas tanks, I can't do that.**
24   **Transmissions, I can't do that.  Like certain stuff**
25   **that requires you to do certain things I can't do.**

216

S. Simmons - Examination by Mr. Campolieto
1
2    **Certain ways of being under a truck or moving my arm**
3    **like I just can't do it.**
4    Q.   But as far as work goes you don't need any
5    assistance at work --
6    **A.   This is what I do at work right here.  You**
7    **call on the phone.  I get you on the phone.  I sell you**
8    **stuff and I type.  You come sign some paperwork.  I get**
9    **you what you need.  It's over.**
10   Q.   Have you received any promotions at work
11   since you came back?
12   **A.   I'm still a regular employee.  I wasn't**
13   **promoted.  I'm a regular employee.  I just switched**
14   **apartments.**
15   Q.   I understand you switched apartments.  You're
16   now a salesman, but have you been promoted to any
17   higher level sales since you came back?
18   **A.   No, sir.**
19   Q.   Now, I know that you haven't been to a doctor
20   since you were released from prison, but all of your
21   information that you've had since you met with doctors
22   at the hospital at jail and now you've met with this
23   pain and wellness center, has anybody diagnosed you
24   with any permanent medical issues that you recall?
25   **A.   One of them told me I had a permanent medical**

217

S. Simmons - Examination by Mr. Campolieto
1  issue. A Monroe County jail doctors that came in --
2  the five doctors that came and went told me that I had
3  permanent medical issues, but they would not send me
4  outside at the time that I needed them to while I was
5  going through the most pain in my life to try to check
6  on those medical issues. Because according to them I
7  was a prisoner.
8  Q. What did they tell you were the permanent
9  medical issues?
10  A. They had me walk and I guess somehow the way
11  I walk is going to be a chronic situation and because I
12  got the pelvis in my leg -- because I got the bullet in
13  my pelvis, my leg and my lower half is going to
14  continue to sometimes it goes numb and that's just
15  going to be a chronic problem that I'm going to have to
16  learn how to deal with.
17  They also told me that the Lyrica and the
18  gabapentin that they was giving me took six days to
19  work and it may not work because it's a trial medicine
20  that got approval. So none of that medicine worked.
21  It's supposed to be nerve medicine and it does not work
22  for me.
23  Q. What do you do differently since -- I mean
24  I'm talking in general terms and my question is in

218

S. Simmons - Examination by Mr. Campolieto
1  general terms. What do you do differently in your life
2  after the injury, the shooting?
3  A. Stay in the house as much as I can. If I do
4  leave I've got to have people with me just for witness
5  protection purposes. So when something don't go wrong
6  because I'm pretty sure they're going to try to make it
7  go wrong or they going to feel like they've got to pay
8  me back or whatever the hell they feel. Because I
9  heard them blatantly make threats. Channel 8 heard
10  them. D&C heard them. It's just like they already
11  said that they're waiting for me. They already said
12  they're looking for me.
13  Q. You keep saying "they." Do you have any
14  specific names of people that have threatened you?
15  A. Everybody from the chief of police all the
16  way down to Ferrigno who already shot me. He already
17  shot me. So we know his threats is clear. We know he
18  telling the truth. He can't wait to see me.
19  Q. The chief of police threatened you?
20  A. He didn't have to. He was standing right
21  next to Ferrigno while Ferrigno was making the threats
22  to me. So he didn't tell his man to stop. That's how
23  the gang is ran. That's how the gang is ran. He
24  condoned it. He didn't tell him to be quiet not one

219

S. Simmons - Examination by Mr. Campolieto
1  time. He let him say all of the gangster stuff. That
2  is gangster what he said and he's a police officer. He
3  let him talk to me like a stone cold outlaw and didn't
4  tell him stop. This ain't the time. Please don't. He
5  didn't say nothing.
6  Q. What are you referring to, Mr. Simmons?
7  A. In the courtroom after --
8  Q. In the courtroom. Okay.
9  A. In the courtroom after the judge left the
10  courtroom it was still over a hundred officers in that
11  courtroom.
12  Q. But --
13  A. Ten of them --
14  Q. But the chief of police is who I'm asking
15  about. Did he threaten you specifically?
16  A. Yes, he did threaten me.
17  Q. What did he say?
18  A. That's the point. He didn't say nothing.
19  The guy that just shot me just threatened me again in
20  court. I'm lucky. Watch your back next time. That's
21  a threat.
22  Q. I'm asking you about the chief of police.
23  MR. BURKWIT: John, let him explain what
24  happened. Let him explain what happened. Okay?

220

S. Simmons - Examination by Mr. Campolieto
1  BY MR. CAMPOLIETO:
2  Q. I need an explanation about the chief of
3  police. That's all I'm asking about.
4  A. I just told you. You not listening. This is
5  what I'm telling you. If you shoot me and now we in
6  court and I'm your boss and you just say, again, "You
7  lucky. Watch your back. Don't let me see you next
8  time. We should have finished you," and I'm right
9  here, and I don't stop you from doing that I must agree
10  with you. That is a threat. The head of the force who
11  don't do no discipline let his man threaten me right
12  then and there and didn't say nothing and looked at me
13  as if he felt the same way. That's a threat. You
14  didn't stop the threats.
15  Q. But he didn't say anything to you
16  specifically, correct?
17  A. He looked at me while his man was saying the
18  threats as if he felt that same way. He didn't
19  discipline his man. Like he condoned him shooting me.
20  His man told me watch out next time. So it's meaning
21  that it's coming back around the corner for me. They
22  still feel like they got to get me and the chief of
23  police didn't stop him, didn't tell him to be quiet or
24  nothing and that is recorded. That is a fact that I'm

221

1      S. Simmons - Examination by Mr. Campolieto
2    telling you.  That is a true fact.  We got them in
3    court.
4      Q.    Mr. Simmons, do you have any doctor
5    restrictions on your employment?
6      A.    Repeat that.
7      Q.    Do you have any medical restrictions on your
8    employment or anything to do for your employment?
9      A.    For unemployment?
10     Q.    For your employment, your job.  Do you have
11   any medical restrictions?
12     A.    I haven't seen a doctor for him to give me a
13   medical restriction.  But the people I work for know
14   that I can't do the same thing that I used to do.
15     Q.    You don't do that for your sales job do you?
16     A.    Yeah.  I don't drive a truck.  I don't do new
17   home construction deliveries.  I don't deliver the job
18   sites.  I don't put stuff in people basement, garage,
19   no.  I'm a hundred percent in house.
20     Q.    Prior to the shooting did you have any
21   previous injury to your pelvis, your stomach, or your
22   legs?
23     A.    No, sir.
24     Q.    Do you have any medical bills that are
25   unpaid, Mr. Simmons?

222

1      S. Simmons - Examination by Mr. Campolieto
2      A.    I don't know.
3      Q.    I'm sorry?
4      A.    I do not know.
5      Q.    Why do you not know?
6      A.    That's my answer.  I don't know.  I don't
7    know.  If I knew I would have answered you.  That's why
8    I said I don't know.  I can't tell you what I don't
9    know.
10     Q.    Did you receive any medical bills from your
11   time in the hospital?
12     A.    I don't know.  I didn't get -- when I was in
13   jail I didn't get a medical bill and I haven't seen one
14   since I got out.
15     Q.    After you were released from jail did you
16   incur any bills or medical expenses?
17     A.    Not that I know of.
18     Q.    We previously talked about a couple
19   incidences back in the prior deposition, one on August
20   13th, 2013 and one on July 3rd, 2015.  Both of these
21   instances later involved you being issued an order of
22   protection -- not you being issued an order of
23   protection, but you being named in an order of
24   protection.
25          MR. BURKWIT:  Object as to form.

223

1      S. Simmons - Examination by Mr. Campolieto
2    BY MR. CAMPOLIETO:
3      Q.    Do you recall these orders of protections
4    against you and I'm just going to mention the names
5    that I believe the orders of protection were ordered
6    against you.  Joshua Yeomas, do you recall being issued
7    a restraining order against contact with Joshua Yeomas?
8          MR. BURKWIT:  Object as to form.
9    BY MR. CAMPOLIETO:
10     Q.    You can answer, Mr. Simmons.  Do you recall?
11     A.    Yes.  I'm sorry about that.  Yes.
12     Q.    Do you recall being issued a restraining
13   order against contact with Ashley Carey?
14          MR. BURKWIT:  Object as to form.
15          THE WITNESS:  Yes.
16   BY MR. CAMPOLIETO:
17     Q.    Is there anybody else that you recall being
18   restrained from having contact with regarding those two
19   incidents?
20     A.    I can't recall right now, man.
21     Q.    Okay.  I'm going to put up on the screen -- I
22   know we left off at the last deposition with a picture.
23   I'm going to try to put that up there right now.  Just
24   give me a second to get the pictures organized.  I'm
25   sorry.  I'm just looking for the previous exhibits.

224

1      S. Simmons - Examination by Mr. Campolieto
2    Just hang tight for two seconds.
3    You guys can see that, right?
4          MR. BURKWIT:  Yes.
5          THE WITNESS:  Yes.
6    BY MR. CAMPOLIETO:
7      Q.    Okay.  Mr. Simmons, can you take a look at
8    this photograph that's been marked as Exhibit 8?  It's
9    Bates stamped COR003892.
10     A.    Okay.
11     Q.    Do you recall seeing this photograph at the
12   last deposition?
13     A.    Yes.
14     Q.    What does the photograph represent if you
15   could tell us?
16     A.    A car in a driveway with a police line in
17   front of it.
18     Q.    Okay.  Do you recall whose car that is?
19     A.    Yes.
20     Q.    Do you recall what night, does this represent
21   April 1st, 2016 how the car was parked when you
22   returned to 9 Immel Street after going to the store?
23     A.    According to these pictures, yes.
24     Q.    Do you believe that that car was moved after
25   you and Mr. Parker returned to the house at 9 Immel

225

S. Simmons - Examination by Mr. Campolieto

1      S. Simmons - Examination by Mr. Campolieto
2  Street?
3     **A.  Yes, that is what I believe.**
4     Q.  How do you believe that the car was moved?
5  In what direction was it moved if you could tell us?
6     **A.  I believe it was -- this is what I believe.**
7  **I believe it was moved backwards further into the back**
8  **of the driveway.**
9     Q.  So you believe that it was -- when you
10  returned home it was actually farther up the driveway
11  towards the road?
12     **A.  I would think it was a little bit farther --**
13  **I mean that's just me looking at this picture.  I would**
14  **think that in order for him to get out of his car and**
15  **run in his house that he didn't have to jump in the**
16  **bushes and through the window.**
17     Q.  Okay.  So if you look at the white arrow that
18  I'm using by the driver side you believe that it
19  wouldn't have been parked there because the bushes are
20  there and he would have had to have got out into the
21  bushes.  Mr. Parker is who we're referring to.
22     **A.  That's just what I believe.  That's my**
23  **belief.  Y'all, are going to set it up however y'all**
24  **are going to set it up for everything not to go with**
25  **the way I think.**

226

1     **S. Simmons - Examination by Mr. Campolieto**
2     Q.  Again, when you say "y'all" you're talking
3  about the Rochester Police Department?
4     **A.  And the person who questioned me which is**
5  **you.**
6     Q.  You believe I moved the car or set up the
7  car?
8     **A.  I don't believe you moved the car.**
9     Q.  Okay.  So when you say "y'all" you're talking
10  about Rochester Police Department?
11     **A.  Well, you asked me a question.  So you part**
12  **of y'all ain't you?  You're representing Rochester**
13  **Police Department, right?**
14     Q.  In a sense.  I'm not going to argue at this
15  point, but let's take a look at another picture.
16     MR. CAMPOLIETO:  Would you mark this, please,
17  Simmons 9.
18  (Simmons Exhibit No. 9 - Photocopy Bates COR003900 -
19  marked for identification.)
20  BY MR. CAMPOLIETO:
21     Q.  Mr. Simmons, do you see the photograph which
22  is marked Simmons Exhibit 9?
23     **A.  Yes.**
24     Q.  Can you tell me what that photograph
25  represents?

227

1      S. Simmons - Examination by Mr. Campolieto
2     **A.  A car in a driveway.**
3     Q.  Do you recognize the car?
4     **A.  Yes.**
5     Q.  Is that the car that you and Detron Parker
6  were driving to the store?
7     **A.  Yes.**
8     Q.  Is this the reverse angle of the previous
9  exhibit that we just looked at?  So you're looking at
10  the car from the back instead of the front?
11     **A.  Yes.**
12     Q.  Do you see the bushes next to the driver
13  side, those are the bushes you believe that the car is
14  closer to than it was when you pulled into the
15  driveway?
16     **A.  Yes, that's my belief.**
17     Q.  Okay.  Do you see the car in the street?
18     **A.  No.**
19     Q.  But you believe that this car, the impala,
20  that we're looking at was closer to the street when you
21  backed into the driveway?
22     **A.  It was either closer to the street or more to**
23  **the right.  That's just my belief.  I'm just wondering**
24  **how I got shot, he hopped out, got trapped in the**
25  **bushes before he went into the house and nobody said**

228

1     **S. Simmons - Examination by Mr. Campolieto**
2  **nothing to him.  Because the driver that he thought I**
3  **was in the back.  So that don't make sense to me.**
4     Q.  So you were in the passenger seat here; is
5  that correct?  You were in the passenger seat of this
6  impala?
7     **A.  Yes.**
8     Q.  When the car backed into the driveway there,
9  the impala, you got out of the car?
10     **A.  Yes.**
11     Q.  So you would have exited the car right here
12  where the arrow is on the right-hand side?
13     **A.  I would have exited out that passenger door.**
14     Q.  Prior to getting out of the car did you see
15  any police car in the street?
16     **A.  I did not see a police car.**
17     Q.  You don't see the police car in this
18  photograph here that's in front of the impala?
19     **A.  I cannot see a police car in front of the**
20  **impala in this picture.**
21     Q.  Okay.
22     MR. CAMPOLIETO:  Would you mark this, please.
23  (Simmons Exhibit No. 10 - Photocopy Bates COR003861 -
24  marked for identification.)
25  BY MR. CAMPOLIETO:

229

1        S. Simmons - Examination by Mr. Campolieto
2        Q.   Take a look at the photograph that's marked
3    COR003861.
4        A.   Okay.
5        Q.   Do you see that picture?
6        A.   I see it.
7        Q.   Do you see the driveway there?
8        A.   I see it.
9        Q.   Do you know whose driveway that is?
10       A.   Detron's.
11       Q.   Okay.  This would be the view of the street
12   in front of the gray impala that you used to get to the
13   store; is that correct?
14           MR. BURKWIT:  Object as to form.
15           THE WITNESS:  Okay.
16   BY MR. CAMPOLIETO:
17       Q.   When you got out of the impala you did not
18   see this police car there?
19           MR. BURKWIT:  Object as to form.
20           THE WITNESS:  Couldn't see the police car.
21   The spotlight that he had on ain't even on right now.
22           The point of that spotlight is for to blind
23   you.  If you ever got pulled over before they put the
24   spotlight in your mirror, in your rearview mirror.
25   That's the point of the spotlight.  The point of the

230

1        S. Simmons - Examination by Mr. Campolieto
2    spotlight is to blind.
3    BY MR. CAMPOLIETO:
4        Q.   When you got out of the car -- go back to
5    Exhibit 8.  When you got out of the car you were on the
6    right-hand side here; is that correct?
7        A.   Yes.
8        Q.   What did you do when you got out of the car?
9        A.   I got chased and shot.
10       Q.   What did you do?
11       A.   Took the bullets and dove over my fence as I
12   ran down the driveway.
13       Q.   When you got out of the car you saw the
14   spotlight; is that correct?
15       A.   Yes.
16       Q.   And did you turn and --
17       A.   Also seen a gun in the spotlight.
18       Q.   You saw the police officer holding a weapon?
19       A.   I seen a weapon from the spotlight.
20       Q.   You saw the police officer holding a weapon?
21       A.   Maybe you can't hear me.
22           MR. BURKWIT:  Object as to form.
23           THE WITNESS:  I seen a gun through the
24   spotlight because he jumped in front of the spotlight
25   and the only thing you could see is a gun and the gun

231

1        S. Simmons - Examination by Mr. Campolieto
2    getting closer.  So I ran from the gun.
3    BY MR. CAMPOLIETO:
4        Q.   So even though you were, the picture
5    demonstrates, ten to twenty feet from the street, you
6    didn't see the police car --
7           MR. BURKWIT:  Object as to form.
8    BY MR. CAMPOLIETO:
9        Q.   -- police officer --
10       A.   No, I did not.
11       Q.   All you saw was the gun?
12       A.   Yes.
13       Q.   So all you saw was the gun?
14       A.   Spotlight and a gun.
15       Q.   What did you do when you saw the gun?
16       A.   Went the opposite way of the gun.
17       Q.   So you went backwards to the back yards of
18   the houses that are shown here; is that correct?
19       A.   Yes.
20           MR. CAMPOLIETO:  We'll mark this Simmons
21   Exhibit 11 Bates stamped COR003901.
22   (Simmons Exhibit No. 11 - Photocopy Bates COR003901 -
23   marked for identification.)
24   BY MR. CAMPOLIETO:
25       Q.   Mr. Simmons, could you take a look at Simmons

232

1        S. Simmons - Examination by Mr. Campolieto
2    Exhibit 11?  This is a different angle of the impala
3    that you returned to the house at 9 Immel Street when
4    Detron Parker drove you to the store.  If you look at
5    the arrow do you know what that arrow is pointing to?
6        A.   It look like a hole.
7        Q.   Do you know how that hole came to be in that
8    car?
9        A.   You would probably have to ask the owner of
10   that car.
11       Q.   Do you know?
12       A.   I don't know.
13       Q.   Is it a bullet hole?
14       A.   I just said I don't know.  But you got the
15   information for the owner of that car so ask the owner
16   of that car how that hole got there.
17       Q.   I'm actually asking you because it's your
18   deposition.
19       A.   I told you twice I don't know and you still
20   asking me the same question over.  I don't know.  I
21   ain't going to know the next time you ask me because I
22   don't know.  That's not my car.  I don't know.
23       Q.   Okay.
24           MR. CAMPOLIETO:  We're going to make this
25   Simmons Exhibit 12.  This is Bates stamped COR003904.

233

S. Simmons - Examination by Mr. Campolieto
1
2    (Simmons Exhibit No. 12 - Photocopy Bates COR003904 -
3    marked for identification.)
4    BY MR. CAMPOLIETO:
5        Q.   Do you see this photograph, Mr. Simmons?
6        A.   Yes, sir.
7        Q.   What does it depict?
8        A.   A garbage can, a car, and a recycling bin.
9        Q.   I'm pointing to the right-hand side of
10   photograph.  What address is this house?
11       A.   It's a part of Tron or his neighbor house.
12       Q.   So that's Detron Parker's house?
13       A.   I don't know who that porch is connected to.
14   He live in a double house.  I wouldn't know.  I
15   wouldn't know.
16       Q.   Whether it's double or not this is the house,
17   that structure, is where he lives?
18       A.   Yes.
19       Q.   And this structure here is 7 Immel Street; is
20   that correct?
21       A.   Yes.
22       Q.   And you live on the other side of 7 Immel
23   Street at 5 Immel Street?
24       A.   No.  No.  No.
25       Q.   You lived?

234

S. Simmons - Examination by Mr. Campolieto
1
2        A.   I lived there, but it ain't like a half and
3    half.  You go to my house I go downstairs.  You go
4    through 7 go downstairs --
5        Q.   Hello?  Excuse me, Mr. Simmons, are you
6    there?
7        A.   Can anybody else hear me?
8            MR. JONES:  There's something choppy with the
9    communication.
10           THE WITNESS:  Can you hear me now?
11   BY MR. CAMPOLIETO:
12       Q.   Yes.
13       A.   All right.  So it's not like a -- it ain't
14   like a side by side.  It's a up and down.  It got two
15   doors on two different sides, but it's a up and down.
16       Q.   But in any event you lived in this structure
17   here?
18       A.   Yes.
19       Q.   When you got out of the car, the impala that
20   we were just referring to, and saw the gun, you ran --
21   and correct me if I'm wrong, you ran towards the back
22   of this house on the left-hand side of the photograph?
23       A.   Yes.
24       Q.   You followed this area here all the way back?
25       A.   Yes.

235

S. Simmons - Examination by Mr. Campolieto
1
2        Q.   Was this -- do you recall this toy vehicle
3    and the garbage can being there?
4        A.   I do not recall.
5        Q.   What did Detron Parker do when you ran back
6    towards the back of the house?
7        A.   He ran in his house.
8        Q.   Did you see him run in his house?
9        A.   I seen him start running.
10           MR. CAMPOLIETO:  Donna, for Exhibit 13 Bates
11   stamped COR003911.
12   (Simmons Exhibit No. 13 - Photocopy Bates COR003911 -
13   marked for identification.)
14   BY MR. CAMPOLIETO:
15       Q.   Mr. Simmons, can you tell us what this
16   picture depicts or shows?
17       A.   The entrance to my back yard.
18       Q.   So you were running on the side of this
19   structure here where the arrow is pointing, the gray
20   structure?
21       A.   Yes.
22       Q.   Where were you running to?
23       A.   The same structure that you just pointed at.
24       Q.   Where would the entrance to your house be
25   that I'm pointing to?

236

S. Simmons - Examination by Mr. Campolieto
1
2        A.   Right on the other side of that gate that I
3    put up for my dog.
4        Q.   So this gate was here that night just like
5    that?
6        A.   Yes.
7        Q.   This Silver sheet of metal what is this?
8        A.   That's plywood.  That's a plywood shack.
9        Q.   So this is an actual shed or shack?
10       A.   Yes.
11       Q.   Where did you run to that night, did you run
12   over this gate or did you run this way or did you run
13   even further up?
14       A.   My plans was to run that way and go in my
15   house.  I got shot before that and the force of the
16   bullets pushed me further in the back yard.
17       Q.   Okay.
18       A.   So instead of me turning, going into my
19   house, closing the door, I got shot and that's what got
20   me further into that back yard.  I got shot.  And
21   instead of me turning it pushed me.  The velocity of
22   the bullets pushed me.
23       Q.   When you were shot and first hit do you
24   recall where you were in this picture?
25       A.   I was right before this opening.  So if you

237

S. Simmons - Examination by Mr. Campolieto

1   move that arrow to the left, move that arrow to the
2   left, keep going off the screen, into the driveway when
3   I got shot. Go further. Go further. I'm way further
4   in the driveway when I got shot.
5       Q.   I'm going to go back. So if we go back to --
6       A.   That's just about where I got shot at.
7       Q.   Hang on.
8       A.   I'm trying to tell you where I got shot at.
9       Q.   I know. I've got to --
10      A.   I'm telling you. I was there. I was there
11  that night.
12      Q.   Hang on one second. All right. Mr. Simmons,
13  we're going to look at this photograph here.
14          MR. CAMPOLIETO:  Would you mark this Simmons
15  Exhibit 14 COR003913.
16  (Simmons Exhibit No. 14 - Photocopy Bates COR003913 -
17  marked for identification.)
18  BY MR. CAMPOLIETO:
19      Q.   Does this picture depict an area where you
20  were shot? Yes.
21      A.   Yes. That is the area.
22      Q.   Okay. Where this toy vehicle is where in
23  relation to that toy vehicle were you first hit?
24      A.   Around that arrow.

238

S. Simmons - Examination by Mr. Campolieto

1       Q.   So this cement slab here on the ground in
2   Exhibit 14?
3       A.   Yeah. I could have hopped over that car.
4       Q.   I'm sorry?
5       A.   I said I could have jumped over that car, but
6   that's the area where that first bullet hit me at.
7       Q.   So you were propelled forward, if you're
8   looking at the picture, towards where you would be
9   looking at the picture, right? You were propelled
10  forward here?
11      A.   Yes. I got propelled forward three times
12  before I dove over that fence.
13          MR. CAMPOLIETO:  Let's mark this Simmons
14  Exhibit 15.
15  (Simmons Exhibit No. 15 - Photocopy Bates COR003917 -
16  marked for identification.)
17  BY MR. CAMPOLIETO:
18      Q.   This Exhibit 15, this photograph Bates
19  stamped COR003917, this is the fence you're referring
20  to?
21      A.   Yes.
22      Q.   The fence shown in Exhibit 15 here?
23      A.   That's the fence I dove over.
24      Q.   You dove over this fence?

239

S. Simmons - Examination by Mr. Campolieto

1       A.   I dove over that fence.
2           MR. CAMPOLIETO:  Would you mark this Simmons
3   Exhibit No. 16 Bates stamped COR003935, please.
4   (Simmons Exhibit No. 16 - Photocopy Bates COR003935 -
5   marked for identification.)
6   BY MR. CAMPOLIETO:
7       Q.   This photograph doesn't show the fence that
8   you dove over does it?
9       A.   It does not.
10      Q.   Does it show the area where you landed?
11      A.   It does not.
12      Q.   Does it show the area where your clothes are
13  on the ground?
14      A.   At that moment.
15      Q.   What do you mean "at that moment"?
16      A.   I wasn't always there. They dragged me into
17  the back yard. I was never supposed to be there. So
18  when I dove over the fence I tried to get to my house.
19  My leg, I thought I was paralyzed. So I tried to crawl
20  to the house.
21          As I'm crawling to the house I was in front of the
22  shed before I started playing dead. When I got to the
23  shed I was able to see a piece of Ferrigno. That's why
24  I played dead. He was hiding around the side of the

240

S. Simmons - Examination by Mr. Campolieto

1   house. Ferrigno was never in that back yard period
2   until after I got shot.
3       Q.   Okay. Let me get a different picture here.
4           MR. CAMPOLIETO:  Would you mark this Simmons
5   Exhibit 17, please.
6   (Simmons Exhibit No. 17 - Photocopy Bates COR003936 -
7   marked for identification.)
8   BY MR. CAMPOLIETO:
9       Q.   This is Exhibit 17, Bates stamped 3936. Do
10  you recognize this photograph, Mr. Simmons?
11      A.   My back yard.
12      Q.   Okay. Does it show the area where your
13  clothes were?
14      A.   The ambulance cut my clothes off. I don't
15  know who put those clothes there, the police, or the
16  ambulance. When I was laying on the ground my clothes
17  was on. So I don't know who put them clothes there or
18  that's not depicted as he was sitting right here, boom.
19  That's where his clothes at. We're going to leave his
20  clothes where he's at. Everything in my back yard is
21  fabricated.
22      Q.   Does it show the area where you landed after
23  you leaped over the fence?
24      A.   Yes.

241

S. Simmons - Examination by Mr. Campolieto

1  Q.  Would it be by the shed here?
2  A.  Yes.
3  Q.  Okay.  When you leaped over the fence --
4  A.  When I dove -- I couldn't leap over the
5  fence.  That's why I dove over the fence.
6  Q.  Okay.  So you dove over the fence, not
7  leaped?
8  A.  I got shot in both of my legs and my back.  I
9  only could dive over the fence.
10  Q.  So you were shot three times when you dove
11  over the fence?
12  A.  Yes, sir.
13  Q.  And you landed here?
14  A.  Yes, sir.
15  Q.  The clothes here indicate that this is where
16  your clothes were cut off by the medical personnel.
17  A.  Okay.
18  Q.  You don't believe that you were ever landed
19  here after you dove over the fence or fell here?  You
20  believe you were moved?
21  A.  I'm sorry.  I don't believe.  I know for a
22  fact that that's not where I was at.  Like I don't
23  believe.  I know for a fact that's not where I was at.
24  I know for a fact I got drug further into that back

242

S. Simmons - Examination by Mr. Campolieto

1  yard.
2  Q.  Okay.  Who dragged you into this area here
3  further back into the back yard?
4  A.  They dragged me a little further back in
5  there.  That's just where the ambulance cut my clothes
6  off at.
7  Q.  Who dragged you there?
8  A.  That's where they put my clothes after
9  they -- Ferrigno and Sam Giancursio.
10  Q.  They both dragged you there at the same time?
11  A.  Yes.
12  Q.  What did they used to drag you there your arms
13  or your legs?
14  A.  My body.
15  Q.  Your body?  Did they pick you up off the
16  ground from here?
17  A.  No.  They drug me.  They drug me like a piece
18  of meat just like they drug a deer, Just like you would
19  drag a deer that's how they drug me.  When I'm
20  landed -- I hopped over the fence.  I dove over the
21  fence and I landed and I'm trying to get up and attempt
22  to run.  I could not run because I got shot in my
23  sciatic nerve which made me feel like I was paralyzed.
24  That's how I ended up back up on the ground trying to

243

S. Simmons - Examination by Mr. Campolieto

1  crawl.
2  When I started to crawl towards my back door I'm
3  not supposed to be -- none of my stuff is supposed to
4  be no where in this picture.  I'm supposed to be
5  further by this porch by that back door with the shed
6  kind of blocking me.  That's where I played dead at
7  because I couldn't get to my -- I couldn't get out
8  there in front of my door.  I could see my door.  Like
9  I'm right there.  If I could hop up and wasn't shot in
10  my leg I could have jumped in my house.
11  Q.  You played dead here; is that correct?
12  A.  No, I did not play dead here.  You're not
13  listening.  Take that arrow and go towards my back
14  door.  You can't see me from around that, around my
15  back door.  I would have been by my door.  I wouldn't
16  have been no where in this picture.  I would have been
17  by my back door.  Go to my back door.
18  Q.  Hang on one second, Mr. Simmons.  When you
19  dove over the fence you landed here and then did you
20  crawl towards your door?
21  A.  I'm sorry.  Do that again.  I looked away.
22  Q.  When you dove over the fence and landed here
23  did you crawl towards your back door?
24  A.  I tried to get up and run to my back door.  I

244

S. Simmons - Examination by Mr. Campolieto

1  got up.  As I'm getting up to run my leg is not
2  working.  Like nothing is working.  I feel like I'm
3  paralyzed.  That's how I hit the ground.  I started
4  crawling and crawling and crawling like they crawl in
5  boot camp under the wires.  I'm trying to crawl.
6  MR. BURKWIT:  Hey, John, I was going to
7  suggest why don't you scroll through the pictures and
8  have Silvon tell you where to stop.  If you want to
9  have him show you a good picture of where he was when
10  he landed or -- you know what I mean?
11  THE WITNESS:  -- trying to avoid --
12  BY MR. CAMPOLIETO:
13  Q.  Hang on a second, Mr. Simmons.  When you dove
14  over the fence you landed here; is that right?
15  A.  I landed in that area.
16  Q.  I'm going to do what your attorney suggested.
17  Just hang on.
18  MR. CAMPOLIETO:  Would you mark this, please.
19  (Simmons Exhibit No. 18 - Photocopy Bates COR003937 -
20  marked for identification.)
21  BY MR. CAMPOLIETO:
22  Q.  Does this photograph show you a better
23  picture --
24  A.  Yes.  Yes.

245

S. Simmons - Examination by Mr. Campolieto

1
2   Q.   Hang on.  Let me ask you a question.
3       When you dove over the fence, Mr. Simmons, look at
4   the arrow that I'm pointing to by the shed here.  You
5   landed in this area?
6   A.   Yes.
7   Q.   And you crawled toward your --
8   A.   Let's back up.  Let's back up.
9   Q.   No.
10  A.   How am I supposed to tell you what happened?
11  Q.   I want to ask the question, Mr. Simmons.  You
12  landed here and did you move in this direction towards
13  your house?
14  A.   I could talk now?
15  Q.   You can answer that question.
16  A.   No, I did not.
17  Q.   What did you do?
18  A.   I went towards the back door.  It's a -- if
19  you move -- if we're looking at the shed it's a door
20  behind that shed right there that's connected to my
21  house.  It's a whole sidewalk.  And you just said what
22  does that depict in the last picture.  I said this the
23  fence that I put up for my dog.  It's a whole door over
24  there.  It's a whole entire door over there.  That's
25  the same door that we let the dog out.  That's the same

246

S. Simmons - Examination by Mr. Campolieto

1
2   door that on the way to the basement that you all tore
3   up when y'all was searching my house y'all seen that
4   big door.
5   Q.   Mr. Simmons, okay.  So you landed here and
6   you moved towards the back of the shed?
7   A.   Yes.  And I stayed behind the cover of that
8   shed.  I stayed behind the cover of that shed.  I was
9   no where way over there.  I played the shed because I
10  knew that this guy still had his gun and he's still
11  over there somewhere.  That's the only reason why I
12  didn't keep crawling to my house.  Because as soon as
13  he saw me he was going to shoot me.  He just shot at me
14  four times and hit me three times.  I was never over
15  there.  I was never out in the open so I can get shot
16  again.  I only dove over a fence because I just got
17  shot three times.
18  Q.   So you believe Simmons and his partner --
19  A.   No --
20  Q.   Hang on.  Let me ask the question, Mr.
21  Simmons.  You believe Officer Ferrigno and his partner
22  dragged you from behind the shed to the area where your
23  clothes are depicted in the photograph in Exhibit 18?
24  A.   I'm going to tell you again, man, and I pray
25  that since you so smart you listen to me closely, man.

247

S. Simmons - Examination by Mr. Campolieto

1
2   When I was up there, if you move that arrow to the
3   left, move it down a tiny bit towards the base of that
4   cement on that house, down, down.  Please move it down.
5   Move it down.  Right there.  Keep it right there.
6   Right there where that arrow is at it got to be a whole
7   four-foot space, a whole piece of sidewalk right there
8   and my door is right here.
9       So if I'm behind the shed my door is facing this
10  way.  I can walk, open this door and go in my house,
11  either go in my kitchen or go in my basement to my
12  washer and dryer.  This is the thing, I'm using that
13  shed as cover.  I just got shot.  I'm not getting
14  shot -- I'm trying my best to not get shot again.
15      The only reason why I didn't try to make a crawl
16  for it to the door, my ass is in the house and this
17  idiot, I mean this lunatic, this police officer, who
18  just shot me is still on the side of the house.  If you
19  take a picture looking from that arrow towards Detron
20  house it's a whole area.  He's hiding on the side of
21  the house outside of the cover waiting to actually
22  shoot me if I can get to my back door in that open
23  space.  So I played dead.  I can hear him.  I played
24  dead.  I do not want to get shot again.  Do you
25  understand that?

248

S. Simmons - Examination by Mr. Campolieto

1
2   Q.   I do.  So when you landed over the fence you
3   landed here and crawled back to --
4   A.   I landed there.  I tried to get up.  I can't
5   walk.  I get to the front of the shed, try to crawl in
6   my house.
7   Q.   Okay.
8       MR. BURKWIT:  John, can I just clarify for
9   the record what Mr. Simmons just described?  But it
10  appears that deposition exhibit -- go down, John.
11  That one's fine.  Go up a little bit.  No.  Down, down,
12  down, I apologize.  That picture right there, John.
13  That's 3937.  So from what I heard, Silvon, you dove
14  over the fence --
15      MR. CAMPOLIETO:  No, I don't need you to
16  explain it.
17      MR. BURKWIT:  I think we need to clarify for
18  the record.
19      THE WITNESS:  Everybody understands except
20  for John.
21      MR. BURKWIT:  I want to --
22      MR. CAMPOLIETO:  I don't need you to explain
23  it, Charlie.
24      MR. BURKWIT:  That's fine.  If you don't want
25  to clarify the record let's leave it muddied up.

249

```
 1        S. Simmons - Examination by Mr. Campolieto
 2            MR. CAMPOLIETO:  Okay.
 3            MR. BURKWIT:  That's fine.  I'm just trying
 4    to give clarification that's all.  If you don't want it
 5    we don't need it.
 6            MR. CAMPOLIETO:  Actually, Charlie, I don't
 7    think I have any further questions.  I'm all done.
 8            MR. BURKWIT:  Jordan?
 9            MR. JONES:  Yes.  You said you wanted to be
10    done by two thirty.  I'm probably going to be done about two
11    hours with Mr. Simmons, but it might be helpful to
12    check how much time has been used with him, but my
13    suggestion would be that we not continue today and just
14    do a shorter two-hour third session of just Shotspotter
15    only because I'm not going to be done by two thirty.
16            MR. BURKWIT:  I'd rather get Mr. Simmons done
17    today.
18            THE WITNESS:  I'd rather get done today too
19    if you don't mind.
20            MR. BURKWIT:  Silvon, please.  For the
21    record, I mean if you go two hours that means Mr.
22    Simmons will have gone eight hours in a deposition.  I
23    would rather have this be done and over today, Jordan,
24    if you can limit it to two hours and have him done I'd
25    rather continue and get him over with.
```

250

```
 1        S. Simmons - Examination by Mr. Jones
 2            MR. JONES:  Okay.  Well, let's take a
 3    ten-minute break and then we'll start.
 4            MR. BURKWIT:  Okay.
 5    (Recess taken.)
 6    EXAMINATION BY MR. JONES:
 7       Q.   Hi, Mr. Simmons.  My name is Jordan Jones.  I
 8    represent Shotspotter and Paul Greene and I'm going to
 9    ask you questions that are I think specific to my
10    clients and we'll try not to go over what you've
11    already discussed with Mr. Campolieto unless it's
12    somehow relevant.
13            Can you tell me how you first heard about
14    Shotspotter, please?
15       A.   Shotspotter been around for years.  So when
16    it -- I probably heard about it through the news when
17    it first came on the scene in Rochester.
18       Q.   So you'd heard about it prior to the shooting
19    we've been discussing?
20       A.   Yes.
21       Q.   Okay.  What did you hear about it or know
22    about it prior to the events we've been talking about?
23       A.   I knew if it was some shots fired the police
24    should come to that exact location asap.
25       Q.   Okay.  Anything else you recall that you knew
```

251

```
 1    before the events we've been discussing about
 2    Shotspotter?
 3       A.   I thought Shotspotter was just a thing that
 4    the police did.  I didn't know that they had to go back
 5    and forth for weeks and days and months to try to
 6    figure out simple stuff.  I thought it was a straight
 7    if you bop, bop, bop, it show up on the police radar on
 8    the map or something and then they supposed to show up.
 9            I know numerous times people in the neighborhood
10    doing fireworks and the police come through asking if
11    there's been any gunshots and if they don't see nobody
12    hurt or whatnot they roll off, tell everybody to be
13    careful.
14       Q.   Okay.  Then prior -- any other impressions or
15    thoughts that you had about Shotspotter prior to the
16    events we've been talking about?  I'm just trying to
17    separate --
18       A.   I never had a problem with Shotspotter or I
19    never was involved because of Shotspotter.  I wouldn't
20    have never known nothing about Shotspotter until this
21    episode as far as in how y'all say y'all actually work.
22            Because the way they explained it on the news when
23    the system got here is that y'all detect, that it's a
24    gun detection system that alert the police to a
```

252

```
 1        S. Simmons - Examination by Mr. Jones
 2    location.  The police come to that location within
 3    minutes saving all this time, whatever.
 4            I never knew that they had -- I never knew that
 5    everything that happened in my situation, I never knew
 6    that that was a part of -- I never knew the police had
 7    to call Shotspotter and tell them the caliber of guns
 8    and the location of shots and how many shots,
 9    Shotspotter was supposed to figure out all that by
10    themselves within so many minutes of when the police
11    arrive.
12       Q.   Right.  I understand that.  And we'll get
13    into that.  I'm just trying to understand what you knew
14    about the company or the system, your experiences with
15    it prior to its involvement with your situation.
16       A.   I never had --
17       Q.   I'm sorry.  Anything else you recall?
18       A.   Yeah, I never had a need to worry about
19    Shotspotter before I got shot.
20       Q.   Okay.  Then can you tell me in your own words
21    how you first became aware of Shotspotter in connection
22    with the shooting events that we've been talking about
23    that involved you?
24       A.   So I didn't know the background, the stuff,
25    until my discovery.  So I do recall asking my lawyers
```

253

1      S. Simmons - Examination by Mr. Jones
2  to check Shotspotter because Shotspotter should have
3  picked up some shots.  So I was really hoping that that
4  night y'all was supposed to help me because y'all was
5  supposed to have everything right then and there
6  without going back and forth to prove my innocence and
7  that didn't happen.  That turned into a whole fiasco.
8  But I was kind of dependent on Shotspotter to prove my
9  innocence.
10     Q.  Okay.  What do you mean by that?  Can you
11 elaborate on what you mean by you were relying on
12 Shotspotter to help prove your innocence?
13     A.  After I learned that I was supposed to have
14 been involved in the shooting where I was supposed to
15 have actually shot a gun at a police officer, I was not
16 trying to hear that.  Like I know I didn't do that.  So
17 I thought that if they can get in contact -- I thought
18 that if we could get in contact with y'all and get
19 whatever, that it would prove what exactly actually
20 happened and that is not what happened.
21     So how it worked and how it been working in the
22 neighborhood, because, like I say, the police came to
23 different locations and get to different locations and
24 get praised for getting to locations because of
25 Shotspotter, and that all happened within a matter of

254

1      S. Simmons - Examination by Mr. Jones
2  five minutes.
3      I never would have thought that they would have had
4  to do all of that.  I thought that Shotspotter was so
5  reliable that it actually did what y'all say it do and
6  that was not the case.
7      Q.  When you say that is not the case, what -- so
8  I know that you've learned a little bit more about the
9  company -- a lot more about the company through the
10 case and maybe listening to some of the deposition
11 testimony, et cetera.  So I'm trying to understand in
12 connection with -- leaving aside what you've later
13 found out as we've gone through litigation can you tell
14 me how Shotspotter came up or was involved in the
15 criminal trial that you were acquitted of that arose
16 out of the shooting event?  Can you give me your
17 understanding of what you recall about how Shotspotter
18 was involved or related to that?
19     A.  I'm sorry.  Could you repeat that?
20     Q.  Sure.  So at some point -- if I understand
21 you correctly at some point was Shotspotter or an
22 employee from Shotspotter involved in your criminal
23 trial?
24     A.  Yes.
25     Q.  Okay.  Can you explain to me what you recall

255

1      S. Simmons - Examination by Mr. Jones
2  about that, please?
3      A.  About Paul Greene that was in the criminal
4  trial?  He's from Shotspotter.
5      Q.  He is, correct.
6      A.  So you're asking me as I'm going through this
7  criminal trial and hearing Paul Greene speak what did I
8  learn about Shotspotter?
9      Q.  Well, in general I'm asking what do you
10 recall about Mr. Greene or the Shotspotter system and
11 how it was described during your criminal trial?
12     A.  During my criminal trial when Paul Greene
13 started explaining we had already did our own little
14 investigation.  During the trial as I'm listening to
15 Paul Greene on the both sides as the DA is questioning
16 him and then as we are questioning him I learned that
17 Shotspotter isn't at all what they say it is.
18     I learned that in previous years of living in the
19 inner city and hearing gunshots and seeing police swarm
20 locations and come for fireworks and everything else
21 within a matter of seconds, Shotspotter did not work
22 like that for me that night with this police involved
23 shooting.
24     Shotspotter that night everything was manual.  Like
25 it didn't pick up what it was supposed to pick up.

256

1      S. Simmons - Examination by Mr. Jones
2  Then it had to add stuff.  Then Paul Greene had to try
3  to explain why they had to add it and why they had to
4  do this, and then the fifth, and they could never
5  answer any of our questions.  Then the stuff that we
6  asked the judge for him to bring he never brung none of
7  it.
8      I just felt as if, man, I hear the shots in the
9  neighborhood.  I see the police show up in a matter of
10 seconds, but in my situation that's not what happened.
11     And then like I looked at the news like from the
12 Genesee shooting and as we getting into trial and I'm
13 paying attention to how the Shotspotter didn't even
14 work that night because the echoes was somewhere else
15 that got picked up that wasn't no where on Genesee
16 Street.  I'm like damn, Shotspotter, I felt like y'all
17 was a fraud company.  Like it was a fraud company.  But
18 it's been situations where I know I've been in the
19 neighborhood and heard gunshots and I seen the police
20 show up in that area minutes later, and it wasn't -- I
21 don't know how far into it go, but I never ever once
22 heard that they had to get on the phone with
23 Shotspotter and tell Shotspotter what type of caliber
24 and what type of -- the exact location, and that was
25 supposed to automatically computerize itself and that's

257

S. Simmons - Examination by Mr. Jones
1  how it work, but in this situation that is not how it
2  worked whatsoever.  It went totally -- like it went
3  wrong.
4      I did music production and I know how audio and
5  catches and everything that y'all talk about.  I know
6  how that work and for this situation I just feel as if
7  during the trial I just felt like I could see it.  I
8  could see Shotspotter going with everything RPD said.
9  Because usually RPD ain't got to correct itself three,
10  four times.
11      Shotspotter who do all this countrywide and outside
12  of the country, and if it's a military system and they
13  do it on military bases I would think that y'all
14  wouldn't be like so immature at your professionality.
15      So for them to have to call Shotspotter numerous
16  times and email them and get this person and then
17  switch to this person so they could override this
18  person, it just look like -- well, it don't look it.
19  This is what it is.  It went with the conspiracy of the
20  police try to do the cover up for shooting me and
21  that's why I'm pissed with Shotspotter right now.
22      Because nobody from Shotspotter know me, but y'all
23  know that you receive money from RPD and all type of
24  police things.  So I don't pay y'all nothing.  So when

258

S. Simmons - Examination by Mr. Jones
1  I looked into y'all for closure in to prove my
2  innocence I'm hearing Paul Greene speak I see Paul
3  Greene and Shotspotter listen to the police that night,
4  the next day, and for another couple of weeks and now
5  the Shotspotter story, and between the police and I'm
6  looking at it between the police interrogating me and
7  coming up with their story to try to go against
8  everything that I say to try to make it look good, I
9  notice that they still had to tell Shotspotter who is
10  supposed to detect this themselves who been doing this
11  for years, and try to pinpoint locations, y'all had to
12  like manually go through different people, people, and
13  people, and that's not y'all your thing.  Y'all don't
14  normally do that.  Because if y'all had to do this in
15  every situation y'all wouldn't be a successful multi
16  million dollar company.
17      For this situation I noticed that because the
18  police was involved it was able to go back, and then it
19  was able to go back again, and was able to go back
20  again, and for the amount of money that y'all get paid
21  I would think that in a police shooting I would have
22  thought Shotspotter be like holy shit, it's a police
23  shooting.  Let's save from this moment to this moment
24  we got a police officer that's in danger and we don't

259

S. Simmons - Examination by Mr. Jones
1  want them to be a liar.  I figured that y'all would at
2  least have the honesty that -- this is me talking.  I
3  thought that y'all would have had the honesty to have
4  been like this is what we heard that night and that's
5  not what happened.  It got corrected.  It went from
6  three -- it went from helicopter to three, to four, to
7  five, but it didn't do that until after the police had
8  to let y'all know what type of calibers that they said
9  was involved, the locations that they said was
10  involved, and for a multi million dollar company who
11  get paid multi million dollars to run that company, I
12  know y'all got high end state of the art equipment.
13      So me knowing that, like so I work with programs
14  like Pro Tools, Cakewalk, and all this other stuff, the
15  better the program the more you can do.  And I noticed
16  that like even if y'all say we only clipped it from
17  here to here, I know that's not right.  Like I know in
18  my heart that's not right.  I know it's a lot of money
19  and I ain't got the money to contend with y'all, but I
20  know that the police ain't supposed to call y'all and
21  tell y'all that.  Y'all supposed to know that.  That's
22  what your system is supposed to do.  So then --
23   Q.   I'm sorry.  Go ahead.
24   A.   -- for them to call, and another thing that

260

S. Simmons - Examination by Mr. Jones
1  pissed me off, when I'm listening to Paul Greene and he
2  trying to do the shots I noticed that Paul Greene kind
3  of took advantage of the jurors.  Like Shotspotter took
4  advantage of the jurors.  RPD took advantage of the
5  jurors.  Because when they said it was a nine caliber
6  and it was a forty-five caliber and when y'all made the
7  recordings y'all couldn't find none of these shots.
8  Y'all trying to go back and then you find one.  Y'all
9  found one, and, okay, we found that.  Okay.  It was
10  helicopter noise.  Okay.  RPD got a call and now all of
11  a sudden it's a police involved shooting so now we got
12  three bullets.
13      Then after they say there's four shell casings
14  here.  There's got to be another one.  Then they y'all
15  called you again and you just agreed it was four shots.
16  We found another shot that's so much of a second right
17  then and there.
18      It's impossible to me how y'all couldn't have
19  listened to the couple of seconds, and y'all listened
20  to the clip and y'all heard them shots in the first
21  place.  So it don't take a genius to go back and know a
22  gunshot.  So y'all had to go back and you still didn't
23  get the gunshot that they wanted so y'all had to go
24  back and get another one.  Then when they said a nine

261

S. Simmons - Examination by Mr. Jones

1  and then said a forty-five, for people who don't know
2  guns or who don't know audio, all they thought what
3  bothered me it was that Paul Greene tried to explain it
4  and he was using nine millimeter forty-five.  The
5  police is using like nine millimeter forty-five.
6       To the average Joe if you say forty-five they think
7  a big number.  If you say nine they think a little
8  number.  What kills me is when they say we found that
9  one last shot and one last shot was supposed to come
10 from a nine, the noise level is down on there and that
11 tricks the jurors to say, oh, since it was a lower
12 caliber it had to have a lower sound.  But if you call
13 any gunsmith or any gun expert or any police arms
14 examiner they both use a nine and a forty-five and the
15 common sense will tell you because they shoot all day
16 every day, if you look at the shell casings of what's
17 supposed to be in the shell casings they look like they
18 got the same amount of gun powder and everything else.
19 So they should have sounded about the same.
20      What pissed me off is that that kind of tricked the
21 jury and the jury was undecided and that's why they
22 wanted to keep listening to Shotspotter because they
23 stuck on, oh, this low noise and oh, this high noise.
24 And it's just like Shotspotter didn't do what it has

262

S. Simmons - Examination by Mr. Jones

1  been paid and known to do for almost a decade and that
2  like --
3      Q.   Can I -- let me break some of that down.
4  Because I want to ask some specific questions.  I
5  understand and I wanted to hear where you're coming
6  from and I think you may understand now better about
7  the system and that it's not a perfect system.  But let
8  me ask you a couple questions.
9      When Mr. Greene testified did he testify and say
10 that you had shot a gun at the police?  Did he ever say
11 that?
12     A.   He did not say that.  When I was talking I'm
13 saying the way he explained it --
14     Q.   I understand, but I want to --
15     A.   He never -- no.  He never excused me of
16 nothing --
17     Q.   Okay.
18     A.   -- that I recall.
19     Q.   Okay.  Do you recall him saying or making any
20 accusations about how many shots that Police Officer
21 Ferrigno made?
22     A.   He did say that once he got the call he went
23 back and he upgraded it or y'all upgraded it from three
24 to four.  So, yes, he did imply that.

263

S. Simmons - Examination by Mr. Jones

1      Q.   I'm asking a different question.  I
2  understand you may think he implied that.  Did he ever
3  say that he could tell which of those sounds came from
4  Mr. Ferrigno's gun?
5      A.   No, sir.
6      Q.   He never said at that trial that you had shot
7  a gun, right?
8      A.   No, sir.
9      Q.   Okay.  Have you ever met anyone from
10 Shotspotter prior to this litigation?
11     A.   No, sir.
12     Q.   Have you ever spoken other than what you saw
13 of Mr. Greene, and I think some of the depositions you
14 may have attended in this case of Shotspotter
15 witnesses, have you had any communications with any
16 Shotspotter employees?
17     A.   No, sir.
18     Q.   Okay.  Now earlier you said that you believed
19 Shotspotter conspired with the Rochester Police
20 Department; is that right?
21     A.   Absolutely.
22     Q.   Okay.  Has anyone told you they conspired
23 with the Rochester Police Department or is that just
24 your belief?

264

S. Simmons - Examination by Mr. Jones

1      A.   The proof is in the pudding, man.  Like y'all
2  gave out a statement and then somebody else called
3  y'all.  This is what you do for a living.  Y'all spot
4  shots in neighborhoods and pinpoint stuff.  Somebody
5  who don't do that had to call you and tell y'all to
6  change y'all way of doing y'all things to upgrade the
7  system to another bullet or another shot.  And then
8  when y'all did it they had to call and try to correct
9  y'all again.  Y'all did it.  Y'all complied.  Y'all
10 complied three times with the Rochester Police
11 Department.  Y'all had a recording even on squelch mode
12 that I never heard of in my life and nobody else from
13 Shotspotter don't seem to be able to answer that and
14 y'all still changed it to what the police told you.
15     Q.   I understand your allegations.  I
16 understand -- because we can go back and forth and
17 that, but I'm not here to argue with you about that.
18     Has anyone told you that any employees of
19 Shotspotter conspired with the Rochester Police
20 Department in connection with your case?
21     A.   Of course not.
22     Q.   Okay.  Has anyone told you that Shotspotter
23 fabricated evidence in connection with your case?
24     A.   No -- well, the people that I'm around told

265

S. Simmons - Examination by Mr. Jones

1  me this, but nobody from Shotspotter told me this.
2  Q.   Who has told you that Shotspotter fabricated
3  evidence in connection with your case?
4  A.   Myself, everybody who look at the case and
5  see that RPD had to tell Shotspotter how to do their
6  job and how to change sounds on their job.  Paul Greene
7  even said that y'all can do certain things and audio
8  and RPD got the same way to do those certain things
9  that y'all can do.  So he said that y'all can add,
10  change, or remove audio.  He admitted that.
11  Q.   Again, I'm asking a different question.  Who
12  has told you that Shotspotter --
13  A.   That Shotspotter --
14  Q.   Who has told you that either Shotspotter or
15  Mr. Greene fabricated evidence in connection with your
16  case?
17  A.   Just the people who support me that don't
18  work at Shotspotter.
19  Q.   Okay.  Who are they?
20  A.   Friends, family, relatives, people who came
21  to court.  Everybody that --
22  Q.   So you're making very serious allegations
23  against my client.  So I'm trying to understand the
24  basis of those allegations.  So you've now said that
25

266

S. Simmons - Examination by Mr. Jones

1  several people told you that Shotspotter fabricated
2  evidence.  Who are those people?
3  A.   Several people in my circle.
4  Q.   Can you give me their names, please?
5  A.   My mom, my dad, my brothers, my sisters, my
6  co-workers.  I mean the list will go on.  The rooters,
7  the list will go on and on and on.  I mean I'd be here
8  for two hours just naming names.
9  Q.   Okay.  So I understand that you're saying the
10  list is too long for you to list right now?
11  A.   Yes.  I think that's a good answer.  Just
12  people in my circle.
13  Q.   Have any expert witnesses told you that
14  Shotspotter fabricated evidence in connection with your
15  case, any experts in gunshots, any experts in
16  acoustics, any experts in forensics, any experts have
17  ever told you that they believe Shotspotter fabricated
18  evidence in connection with your case?
19  A.   At this time no one and no experts at this
20  time.
21  Q.   Are you aware of any communications between
22  Shotspotter, Mr. Greene, or any other Shotspotter
23  employees, and the Rochester Police Department where
24  there has been a discussion of something of the effect
25

267

S. Simmons - Examination by Mr. Jones

1  of "Let's fabricate evidence.  Let's make up evidence
2  against Mr. Simmons."  Have you come across any
3  communications or heard of any communications to that
4  effect?
5  A.   Well, I could say, yeah.  I mean they didn't
6  come out and literally -- they not going to come out
7  and say "Let's fabricate evidence against Silvon
8  Simmons," but they have.  Because they had to call
9  y'all three times and tell you you need another shot.
10  You need another shot.  That was between RPD and
11  Shotspotter.  With them emails that was between
12  Shotspotter employees and Shotspotter employees.
13  For some reason somebody just couldn't get it right
14  there and at the end of the day it took days and weeks
15  for y'all system to line up with the police story.  So
16  I mean that in itself is whoever at RPD talked to
17  whoever at Shotspotter.
18  Q.   So let me ask you this, you've made
19  references to emails and the communications between RPD
20  and Shotspotter.  How did you become aware of those
21  communications?
22  A.   Via discovery through criminal trial, via
23  discovery through what we going through now.
24  Q.   Okay.  Have you been made aware of any
25

268

S. Simmons - Examination by Mr. Jones

1  communications between Shotspotter and RPD on the
2  Rochester Police Department other than those that
3  you've been privy to or come to learn through the
4  discovery of the criminal trial or the discovery in
5  this trial?
6  A.   Are you asking me before my situation have I
7  ever heard of Shotspotter doing this or after my
8  situation have I ever heard of Shotspotter doing this?
9  Q.   No.  No.  What I'm saying is, you made
10  reference to the back and forth communication between
11  Shotspotter and Rochester Police Department, which I'm
12  aware of, obviously, because counsel and having read
13  the documentation, and all I'm saying is your
14  understanding or your awareness of the communication
15  between Rochester Police Department and Shotspotter,
16  that understanding came from what you learned either
17  during the criminal trial or during this litigation; is
18  that correct?
19  A.   Yes, sir.
20  Q.   Okay.  So what I'm asking you is beyond what
21  you learned through the criminal trial and this
22  litigation are you aware of any other communications
23  between Shotspotter and the Rochester Police Department
24  that you learned about through any other means other
25

269

S. Simmons - Examination by Mr. Jones

1    than the two cases?
2        A.   See that's a wide question.  Because also as
3    we was trying to learn about Shotspotter and we was
4    looking into the Genesee shootings we learned that
5    Shotspotter didn't work neither and sent the police to
6    a whole totally different location.  And then later on
7    the news and then trial with that situation y'all made
8    it seem as if the sensors in that neighborhood still
9    picked up them gunshots which it did not.
10       Q.   Okay.  I'm asking about in connection with
11   your case, not that other shooting.
12       A.   With my case I only learned what I learned
13   that we know that I learned.
14       Q.   So the information you have you only learned
15   through either the criminal trial or this litigation?
16       A.   Yes.
17       Q.   Okay.
18       A.   As far as dealing with Silvon Simmons.  I
19   done read other reports about Shotspotter and open and
20   other places that's on the web that done let
21   Shotspotter go or fired Shotspotter or denied their
22   service or didn't rekindle their contracts.  But as far
23   as Silvon Simmons, no.
24       Q.   Right.  No, that's what I'm interested in.

270

S. Simmons - Examination by Mr. Jones

1    Because obviously Shotspotter is in lots of locations
2    may be involved in other incidents, other shootings.
3    Obviously the Rochester Police Department gets involved
4    in other incidents, other shootings.  I'm just
5    interested in the one we're here to talk about today
6    which involves you.
7        A.   No, sir.  Only criminal and civil is where
8    I'm --
9        Q.   Okay.  So what do you recall happened in
10   connection with your criminal trial?  What do you
11   recall happening in terms of the judge and the judge's
12   statements in connection with the Shotspotter system or
13   the testimony of Mr. Greene?
14       A.   You would have to clarify that a little bit
15   better for me.
16       Q.   Yes.  You were acquitted in the criminal
17   trial; is that correct?
18       A.   Yes.
19       Q.   And at some point do you recall whether or
20   not the judge made any comments about the admissibility
21   of the Shotspotter evidence?
22       A.   Yes.
23       Q.   What do you recall about that?
24       A.   He didn't like that situation neither and he

271

S. Simmons - Examination by Mr. Jones

1    felt as if scientifically Shotspotter is a joke.
2        Q.   Okay.  Is it correct that the judge did not
3    make a finding or make any comments that suggest that
4    Shotspotter or Mr. Greene had fabricated evidence?
5        A.   He did not.
6        Q.   Okay.  Have you -- so you earlier talked
7    about the calibers of the gun and sounds.  Are you
8    saying that Mr. Greene testified about the shots and
9    which caliber of gun was used for each shot; is that
10   your recollection?
11       A.   That's not what I'm saying.  So the jurors --
12   what I'm explaining is the jurors is there from day one
13   to day end.  So it was other witnesses as far as RPD
14   and blah, blah, blah, but before Mr. Greene got a
15   chance to get up there and talk and like the
16   Shotspotter noise and Mr. Greene is all the same people
17   that's all Shotspotter evidence.  Do you know what I'm
18   saying?
19       The recording is Shotspotter evidence.  Mr. Greene
20   coming out here and representing Shotspotter is all a
21   part of Shotspotter evidence.
22       The police already shouted out there these caliber
23   guns.  The DA already showed pictures of Ferrigno gun
24   and walked around the courtroom with the gun that RPD

272

S. Simmons - Examination by Mr. Jones

1    had planted in my back yard, or supposedly said that I
2    was supposed to have.  So the jurors already had the
3    idea of a big number forty-five and a little number
4    nine.  So with those sounds and with that little tiny
5    sound, even though the police when he got up there and
6    lie he said something very important.  He said four to
7    ten feet away meaning we was from here to that TV and
8    for those two weapons to be that close and for that
9    system to not pick up something that probably sounds so
10   similar, it kind of like tricked the jurors.  Like it
11   tricked the jurors in that and that's what confused
12   them.  And that's another reason why I feel that the
13   judge don't think that that's scientifically legit.
14       Q.   So let me be clear though.  Mr. Greene, when
15   he testified he did not offer testimony about this
16   particular shot was a nine caliber versus a forty-five
17   caliber did he?
18       A.   No, sir.
19       Q.   As to the five shots and the five sounds in
20   the audio clip he talked about, he didn't say or offer
21   testimony saying that you fired any of those shots,
22   right?
23       A.   No, sir.
24       Q.   He didn't offer testimony saying he thought

273

S. Simmons - Examination by Mr. Jones

1
2  that he knew or understood what the caliber of the guns
3  were for any of those shots, right?
4       A.   I can't recall him specifically saying it,
5  but he did admit that RPD did call y'all and tell y'all
6  the calibers of the gun.
7       Q.   I understand that, but I'm asking a different
8  question.  I understand what RPD might have said about
9  the different calibers of the guns.  I'm saying when
10  Mr. Greene testified he didn't offer testimony that a
11  particular caliber of gun was used for any of those
12  particular sounds; is that correct?
13       A.   He did not, but he didn't have to.  Because
14  the DA and the evidence that was on paper that we was
15  shown from Shotspotter it showed that they told
16  Shotspotter the caliber of those guns.  So he had
17  knowledge of the calibers of those guns.  That's where
18  the trickery came in that.
19       Q.   You have to listen to my question and I
20  understand in that you think it was trickery.
21       I just want to be clear.  Mr. Greene did not offer
22  testimony suggesting what the caliber of guns were of
23  those sounds; is that correct?
24       A.   He did not.
25       Q.   Okay.  Who is Darryl Kathy?  Do you know who

274

S. Simmons - Examination by Mr. Jones

1
2  Darryl Kathy is?  Is that name familiar to you?
3       A.   That's my cousin.
4       Q.   Has your cousin ever said anything to you
5  about Shotspotter in connection with your case?
6       A.   He has not.  Because I was not given the
7  opportunity to -- I mean he don't know -- I doubt -- he
8  may.  I don't know who he know, but I doubt he know the
9  Shotspotter system as you would know it working at
10  Shotspotter, but he do know audio left and right up and
11  down, inside and out.  He got ways that he could find
12  things out if anything was added, took away.  He know
13  how to take away sound, add sound.  He know all about
14  that.
15       Q.   Okay.  Has he done an analysis of the audio
16  clips that were used in connection with your trial?
17       A.   I don't have that information or the -- so
18  like, you know you y'all was talking about the catch
19  stuff and all that?  So the catch also got an audio
20  file that got sounds.  We don't got access to that.
21  Y'all do and y'all say you lost all that.
22       Q.   I'm not sure I understand what you said.  You
23  said catch.  Did you mean cache?
24       A.   Cache.
25       Q.   You're talking about cache memory?

275

S. Simmons - Examination by Mr. Jones

1
2       A.   Yeah, whatever y'all was talking about when
3  we was going back and forth.  That's just like you know
4  how a rapper need his masters in order for him to get
5  paid a hundred percent of the money because they can go
6  back to the masters, move things around, mix it and
7  everything else.
8       That spool was the master.  Y'all don't got the
9  master.  You only got the duplicated replica of that
10  master and that's the problem you're having.  Y'all got
11  to keep those masters.  Y'all didn't keep them so RPD
12  had to call y'all and explain to y'all what happened.
13  After that y'all got rid of the masters.  That's why we
14  can't find nothing.
15       Q.   I'm asking a different question.  In terms of
16  the audio files that you have been given in connection
17  with this case did Darryl analyze those to see if he
18  could determine whether there was any fabrication
19  connected with those files?
20       A.   He did not.  I don't -- maybe I do got access
21  to them from the recordings, but the information he
22  would need to show that we don't have and apparently
23  y'all don't have that information neither.  So unless
24  y'all going to bring like a motherboard or the hard
25  drive that y'all had that night working to pick up them

276

S. Simmons - Examination by Mr. Jones

1
2  sounds, nobody -- it's just going to be a big run
3  around until somebody could get into the actual hard
4  drive and find what y'all say can't be found.
5       Q.   Yes, I understand the memory and the spool
6  and all that.  I'm asking about the audio files that do
7  exist.  Are you aware of any analysis of the audio
8  files that do exist that have been -- any analysis of
9  those files that has suggested fabrication that's
10  evident from those files?
11       A.   That question ain't going to be able to get
12  answered.  Because in order to do that, this is what
13  I'm saying to you.  You can put something on a CD and
14  play it.  We don't care about that.  Anybody can make
15  that in their back yard and put that on and say this is
16  what it was.
17       In order for us to know what actually happened we
18  would need like the hard drive.  We would need to go
19  back and look at what's not there and we don't got
20  access to that.  Like y'all not going to give us that.
21  We don't have access to the stuff you need to really
22  check that unless y'all turn that over.
23       Q.   Mr. Simmons, we've given you what we have.
24  Your attorney has what we have, and if he doesn't he'll
25  ask for it and we'll deal with it.  I'm asking a

277

S. Simmons - Examination by Mr. Jones
1  different question which I think the answer is no, but
2  I just want to be clear.
3      A.  So the CD that we had that we listened to
4  that was in court, no.  The answer to that is no.  But
5  this is what I'm saying, that CD that y'all brung to
6  court we can't get nothing from that.  Because y'all
7  made that CD and recorded it and that was that.  We
8  can't go in there and see track for track, speaker for
9  speaker.
10      I don't need to be a Shotspotter employee to know
11  that in order for y'all to record audio y'all need a
12  program that is going to turn those pulses into sound
13  into waves.  Like you need a whole system, like
14  sequences.  Like you need certain things that do that.
15  You provided a CD with already recorded audio and said
16  this is what it was.
17      Then when we asked for more information or where
18  was the original spool, then we get the runaround.  We
19  dizzy from running in circles right now because you're
20  not giving us what we're asking and I believe y'all
21  know what we're asking because y'all a multi million
22  dollar company.
23      I believe that people that work in your sound room
24  to listen or whoever make sure that equipment is going

278

S. Simmons - Examination by Mr. Jones
1  good, I believe that they got degrees in audio
2  technician or audio technician.  I believe that they
3  got the degrees and they know what to do to go in the
4  system and find this.  We're not getting that.  No
5  matter how much we ask, how many motions, how many
6  judicial subpoenas.  Paul Greene didn't bring none of
7  that.  You're not giving us none of that.
8      Q.  Mr. Simmons, as I said, your counsel can come
9  to me at any time and ask me for discovery and we'll
10  give it to him.  So I'm not here to argue about that.
11      A.  So you just want me to say yes and no and
12  don't elaborate on my answers.  So to say no to that
13  answer -- don't say why we can't prove what I'm trying
14  to say.
15      Q.  Mr. Simmons, I'm politely letting you speak
16  and elaborate, but I do want to get a precise answer
17  which is, are you aware of any analysis of the audio
18  files that you've been given through discovery that
19  suggest that those particular files are evidence of
20  fabrication?
21      A.  No.
22      Q.  Okay.  Again, I appreciate the back and forth
23  and about why it may not be possible.  I understand
24  that.  I just wanted to get an answer to that.

279

S. Simmons - Examination by Mr. Jones
1      So it seems to me are you aware -- do you have
2  reason to believe that we have evidence that we have
3  not provided to you or your counsel during discovery?
4      A.  You ask me do I believe that?
5      Q.  Yes.
6      A.  I absolutely do believe that.
7      Q.  What do you believe we haven't given to your
8  counsel?
9      A.  The spool that disappeared.  I don't
10  understand how you and RPD got the same spool from two
11  different locations and two different systems that they
12  can go in and y'all got the same exact, you got the
13  same exact thing.  RPD didn't save it.  You didn't save
14  it.  All type of stuff like the circle got me believing
15  this.  The circle not getting down to nothing got me
16  believing this.
17      Q.  What spool are you referring to that
18  Rochester Police Department has?  I'm not aware of
19  anything like that.  What are you talking about?
20      A.  Paul Greene came and he testified and said
21  whatever y'all got RPD got the same access to.  They
22  said RPD can go in to their computer and they can do
23  different stuff and the same thing that you can do.
24  That's according to Paul Greene words.  It shocked me

280

S. Simmons - Examination by Mr. Jones
1  that how come they don't got this information and how
2  come the people who supplied them with this system
3  don't got this information?
4      How come in my situation where I almost died and go
5  to jail for the rest of my life.  How come what y'all
6  do for a living, what y'all best at doing, how come
7  y'all can't provide this information.  Y'all know what
8  we ask.  Y'all asking me questions, but you know what
9  we ask.
10      Q.  Mr. Simmons, you've listened to testimony.
11  You understand that the memory on these audio sensors
12  only has a limited amount of memory, right?
13      A.  I understand that by what you telling me.
14      Q.  Okay.  You understand that if this audio is
15  not captured in a certain time since it's continuously
16  recording, then information will get overwritten.  Do
17  you understand that?
18      A.  I do understand that.  What I don't
19  understand is that y'all got notified -- Shotspotter
20  was notified well before seventy-two hours.
21  Shotspotter was notified within nine, ten, eleven,
22  twelve -- within four hours y'all was notified and
23  y'all was supposed to -- I mean y'all don't know me.
24  Y'all don't care about me.  I get that.  And y'all care

281

S. Simmons - Examination by Mr. Jones
1   about your clients requests and that's why y'all
2   changed it per client request.  When y'all see a
3   officer involved shooting and my life is still winging
4   in the air and I'm not dead yet, I mean I know they
5   probably was thinking I was going to die.  I just would
6   have felt that y'all would have saved a police involved
7   shooting especially when they calling you numerous
8   times trying to tell you to find stuff and find stuff
9   and find stuff.
10      I wouldn't expect a professional multi million
11  dollar company to just be like okay, we're going to
12  click this, record this out and let that override so
13  they can never find it again for the rest of their
14  life.  Case closed and just let it go like that.
15      I'm not taking a smack on the ass and just walking
16  away.
17      Q.   You think Shotspotter has something against
18  you personally?
19      A.   And that's just the thing, I didn't think
20  that, but I also feel in my heart that if I'm paying
21  you a million dollars I just think you're going to have
22  a little bit more loyalty to me because you deal with
23  police departments.  I don't know if you're all pro
24  police or what.  I don't know.  You didn't hear my side

282

S. Simmons - Examination by Mr. Jones
1   of the story.  You only heard what they was telling you
2   and trying to get right now.  But y'all do know that
3   they had to call you three different times and tell you
4   your system ain't work right tonight.  Change it.  So I
5   can't get over that.  And to me that is conspiring.
6   That is manipulating.  That is everything.
7       Q.   Right, but I understand your feelings on
8   this.  Let me ask a couple more questions.  You don't
9   blame Shotspotter for the shooting do you?
10      A.   No.  No.  Shotspotter, you didn't shoot me.
11  No, I don't blame Shotspotter for the shooting.  Y'all
12  wasn't -- I don't feel y'all was a hundred percent
13  honest.  Like when I got shot I heard the officer tell
14  his man he thought I was dead.  I had to be dead.  And
15  because I was playing dead I had to be dead.  So that
16  went with the theory.
17      Q.   Okay.
18      A.   So I wasn't -- let me finish.  I'm sorry.
19  I'm so so sorry.
20      Q.   That's okay.
21      A.   When I wasn't dead it seemed like I was
22  laying in the back yard for forever and I got all this
23  blood coming out of me.  I got to die soon because it's
24  leaking out.  And because I didn't die, when I woke up

283

S. Simmons - Examination by Mr. Jones
1   in the hospital I still wasn't dead, but RPD is still
2   communicating with Shotspotter.  Like why couldn't it
3   have been like any other Shotspotter episode where,
4   boom, boom, boom, police show up, Shotspotter did its
5   thing.  It wasn't like that.  This is the most
6   important episode of a police shooting is one of the
7   most disastrous things that you can do and if you got
8   this recorded you were supposed to have this is what it
9   was.  It wasn't supposed to be changed numerous times
10  and numerous times and y'all had to go find this and go
11  find -- I just can't believe that.  Because if you
12  paying me a hundred thousand dollars I'm going to make
13  sure that everything is exact.  So when you getting
14  paid multi million -- when you're a multi million
15  dollar company you getting paid multi million dollar --
16  you're signing multi million dollar contracts, in this
17  situation when they alert you four hours later and even
18  if it was on squelch mode, if it don't go over and it's
19  on squelch mode, well, how did you come up with the
20  first recording.
21      Okay.  So now since you know, why did you change
22  it?  Okay.  Since you changed it and they still wasn't
23  satisfied you had to change it again.  They still
24  wasn't satisfied you had to change it again.  This is

284

S. Simmons - Examination by Mr. Jones
1   how I feel.  That's how I feel.
2       Q.   I understand.  I understand.  Your treatment
3   when you were in jail, you're not blaming Shotspotter,
4   they weren't involved in how you were treated, correct?
5       A.   They had nothing to do, but it --
6       Q.   Mr. Simmons, I'm trying to make sure I --
7       A.   No.  Okay.  No.  My treatment in jail had
8   nothing to do with Shotspotter.
9       Q.   Okay.  Has anyone from Shotspotter ever
10  personally threatened you the way you described that
11  Mr. Ferrigno or Officer Ferrigno had allegedly done to
12  you, anything like that from Mr. Greene?
13      A.   No, sir.  Absolutely not.
14      Q.   Okay.  The back and forth you described about
15  between Shotspotter and the police department about the
16  sounds and the communications, why would the Rochester
17  Police Department and Shotspotter share all those
18  communications with you if they were in fact conspiring
19  against you?  Why do you feel that way?  Because
20  wouldn't it be more likely that they wouldn't tell you
21  any of that if they really were trying to get at you
22  personally and conspiring?
23          MR. BURKWIT:  Object to this question.
24          THE WITNESS:  This is the thing.

285

1     S. Simmons - Examination by Mr. Jones
2   Rochestarians know that we got the Shotspotter system
3   in Rochester.  So if I went and asked my attorneys,
4   "check Shotspotter," somebody else would have been like
5   well Shotspotter should have picked that up.  That's
6   the first thing everybody says.  Shotspotter should
7   have picked that up.  Shotspotter should have picked it
8   up with so much faith.  But what we didn't know is that
9   the communications was going to go back and forth, back
10  and forth, back and forth, back and forth, and y'all
11  was going to have to change and change and change to
12  finally y'all change it to this story.  I got
13  interrogated and before I got interrogated we didn't
14  hear about a Shotspotter story.  I got interrogated.
15  They gave me the lawyer.  Now I'm in jail.  Now as
16  we -- I still didn't hear about the Shotspotter stuff
17  until months after I was already in jail.  Y'all
18  already did what y'all did and I didn't hear about this
19  until months I was in jail.
20         I'm looking at this like, man, that's crazy.
21  Like I didn't know how the contract worked with the
22  Rochester Police and Shotspotter.  I thought like that
23  was just something that the mayor had for her city and
24  I thought it was a different thing.  I didn't know that
25  they can call you and have y'all change stuff.  I never

286

1      S. Simmons - Examination by Mr. Jones
2   knew that.  I thought that, if anything, y'all alert
3   them and tell them where to go, where the shots at, how
4   many shots it was.  I didn't know they had to call
5   y'all multi million dollar system that y'all record all
6   this audio on for seventy-two hours and tell y'all we
7   got so many shell casings.  I need you to go back point
8   one seconds because we pay you multi million dollars
9   and you got to go back point one seconds this time and
10  point three seconds this time.  I didn't know that part
11  of the aspect.  I didn't know that y'all was so
12  unprofessional.  I didn't know that.  I didn't know
13  they had to tell y'all how to do your job and I didn't
14  know that it could be changed like that.  I thought
15  once Shotspotter recorded it that was the recording.
16  So if the police said, okay, it was so many shots.
17  Once they hear the Shotspotter stuff that was the
18  shots.  I didn't know they had to go back -- I didn't
19  know y'all had to go back and recalibrate y'all system
20  to go with this story and then it was good with the
21  four shots, but then you get another call so y'all had
22  to go back.  So y'all had ample opportunity to find
23  them shots and y'all never found them shots and the
24  police had to keep calling y'all to find the shots.
25  BY MR. JONES:

287

1      S. Simmons - Examination by Mr. Jones
2   Q.   Now, I appreciate that.  I guess what I'm
3   trying to understand is -- well, let me ask you this,
4   are there any communications that you're aware of that
5   happened between Shotspotter and the Rochester Police
6   Department that were not provided to you in connection
7   with the criminal trial or this litigation?
8   A.   You said do I believe, do I believe that?
9   Q.   Are you aware of any, yes.
10  A.   I'm not aware of it.  No, I am not aware of
11  that.
12  Q.   Okay.  In all the communications that you
13  have been aware of, are you aware of anything where
14  Rochester Police Department says, "Please make up a
15  shot"?  Not try to find and figure out whether there
16  was an additional shot.  Where they say, "Can you
17  please make up a fake shot," anything like that?
18  A.   I mean they not going to say that, make up a
19  fake shot.  If they do that they going to do that on
20  their personal cell phones.  They not going to have a
21  footprint of the communication of doing that.  But --
22  Q.   Who do you believe --
23  A.   -- they --
24  Q.   I'm sorry.  Go ahead.  I didn't mean to
25  interrupt you.

288

1      S. Simmons - Examination by Mr. Jones
2   A.   When they sent all these emails they had to
3   keep sending emails and then in one of the emails they
4   saying "We need one more shot."  I mean if that
5   ain't -- I mean I'm not dumb.  You not dumb.  I mean we
6   all not dumb in this room on this zoom call.  That's
7   like a thing.  If I call you -- if I text you on the
8   phone and say we ain't got enough roasts for Christmas,
9   we need one more roast.  I want you to find one more
10  roast.  I don't care if you go to Tops, Aldis, Big
11  Lots.  I don't care where you go to get it.  We need
12  one more roast.  And that's just exactly what happened.
13  Q.   Mr. Simmons --
14  A.   They need one more --
15  Q.   I'm sorry.  I didn't mean to interrupt you.
16  Go ahead.
17  A.   I'm good.
18  Q.   Who is it you believe fabricated evidence at
19  Shotspotter?  You've sat through depositions.  You've
20  been privy to the communications.  You saw Mr. Greene
21  testify.  So with all that back and forth and stuff
22  that you've been given to, who is it that you believe
23  fabricated evidence in connection with your case at
24  Shotspotter?
25  A.   I don't understand that question.  Like

289

S. Simmons - Examination by Mr. Jones

1  who -- like I wouldn't understand that question.
2  **Q.   Mr. Simmons, you're accusing my client of**
3  **intentionally fabricating evidence.  That's your**
4  **allegation, right?**
5  **A.   Yes.**
6       MR. BURKWIT:  Jordan, for the record --
7  BY MR. JONES:
8  **Q.   And who is it at Shotspotter that you believe**
9  **fabricated evidence in connection with your case?**
10  **A.   I'm going to go with who actually did the**
11  **fabrication of evidence?**
12  **Q.   That's what I'm asking you, yes.**
13      MR. BURKWIT:  It's outlined in our pleadings,
14  Jordan.
15      MR. JONES:  Actually, it's not and I'm asking
16  your client a question and he's been free to talk as
17  much as he wants with all these allegations and his
18  belief and I appreciate that.
19      I just want to understand from his
20  perspective who does he think fabricated this evidence.
21      THE WITNESS:  And I can answer this?
22      MR. BURKWIT:  Tell him what you know, Silvon.
23      THE WITNESS:  I don't know too much because I
24  wasn't there, but from my common sense since it's audio

290

S. Simmons - Examination by Mr. Jones

1  it had to be somebody a audio engineer.  It had to be
2  numerous audio engineers because this a big thing.
3  Like I say, y'all probably got the best of the best
4  because y'all a multi million dollar company.  So there
5  had to be some audio engineers that was involved in
6  engineering this.  It had to be somebody who could give
7  approval to let that audio engineer do it.  Like we
8  don't see the communications through the backgrounds
9  that y'all talk about.  We only see what y'all give us.
10  But something got to happen.  Somebody is monitoring
11  this and this is going through some type of audio
12  program and all type of -- it got to be like a audio
13  engineer.
14  BY MR. JONES:
15  **Q.   So I understand what you just said.  Do you**
16  **believe that Mr. Greene fabricated the evidence?**
17  **A.   I believe that he -- honestly speaking, I**
18  **believe that that's the best -- I believe like I heard**
19  **him talk.  I believe that everything that came out of**
20  **his mouth was very, very, not true.  And I believe that**
21  **he got a skill to represent y'all to try to make it**
22  **look like y'all is a hundred percent legit and a**
23  **hundred percent like got nothing to do with nothing.**
24  **And he know how to explain it because that's what he**

291

S. Simmons - Examination by Mr. Jones

1  **do.  But he reminded me of like a motivational speaker.**
2  **Like he could tell you all good things, but that's**
3  **not -- what he tell you for his life ain't going to**
4  **happen for your life.**
5  **Q.   Mr. Simmons, I'm asking you a very precise**
6  **question.  Do you think that Mr. Greene fabricated**
7  **evidence in your case?**
8  **A.   Yes.**
9  **Q.   Do you think he's the one who modified or**
10  **fabricated the audio files?  Is that what you're**
11  **saying?**
12  **A.   I think he either had a yay or a nay say.  I**
13  **believe that he got briefed on the situation so he**
14  **could come and know how to testify on a criminal trial**
15  **to try to get Shotspotter from under the fire.  Yes, I**
16  **do believe.  I'm sorry to tell you I believe -- I**
17  **believe you were a part of it.  I ain't got nothing**
18  **against you.**
19  **Q.   Excuse me?**
20  **A.   I believe --**
21  **Q.   Excuse me, Mr. Simmons?**
22  **A.   Because you are --**
23  **Q.   Mr. Simmons --**
24  **A.   -- their lawyer.  I believe they --**

292

S. Simmons - Examination by Mr. Jones

1  **Q.   Mr. Simmons, I'm counsel for Shotspotter.**
2  **A.   Right.**
3  **Q.   I had no knowledge of any of this until you**
4  **sued my client.  So, please, don't accuse me of**
5  **anything.  I'm not accusing you of anything.  I'm**
6  **asking you questions.**
7  **A.   I'm not accusing you.  I'm just telling you**
8  **my honest opinion, my honest opinion because they had**
9  **to brief you because you needed to represent them,**
10  **right or wrong.  That's how I feel.  I don't got**
11  **nothing against -- listen, I got family that was RPD,**
12  **Buffalo PD, Memphis PD.  I got a certain respect for**
13  **the police.  So it ain't like -- so this whole picture**
14  **got me painted as a bad guy now.  You know what I'm**
15  **saying?  So it's like in little Rochester it's like me**
16  **shooting at the police because of the police said this**
17  **and because they can call Shotspotter and have this CD**
18  **come and make these sounds.  In my town it's like**
19  **somebody going after the president of the United States**
20  **and because the situation of who is the players in this**
21  **situation it's like if nobody know me and just know my**
22  **name, just me being involved in this situation period**
23  **is a not cool thing.**
24  **Q.   So are you aware of anyone from Shotspotter**

293

```
 1          S. Simmons - Examination by Mr. Jones
 2   who's ever said that Mr. Simmons fired a first shot at
 3   Officer Ferrigno?  Has anyone from Shotspotter ever
 4   said that?
 5      A.   Nobody from Shotspotter ever said that.  They
 6   never blatantly came out and said that.
 7      Q.   Okay.  Let's take a five-minute break.  I
 8   think I'm close to done.  I want to look at my notes,
 9   but I appreciate your time and your patience with me.
10   So if we can take a little break.
11      A.   Five minutes.
12      Q.   Thank you.
13          MR. JONES:  Off the record.
14   (Recess taken.)
15   BY MR. JONES:
16      Q.   Mr. Simmons, I don't have any further
17   questions.  I want to thank you for your time and
18   patience with me.
19      A.   Can I say one more thing?
20      Q.   Sure.
21      A.   Maybe I did come at you a little rough.  Now
22   that I think about it I understand you are only counsel
23   and they pay you to represent them and that's your
24   client.  I get that.
25          My thing is, as far as who I think actually
```

294

```
 1          S. Simmons - Examination by Mr. Jones
 2   conspired I think the CEO, whoever was in these
 3   depositions, especially Paul Greene because he came to
 4   testify at RPD.  I think -- I mean I blame them because
 5   after me getting shot three times by the Rochester
 6   Police Department I also went to jail and I had to
 7   fight for my life to get out of jail.  And because of
 8   the Shotspotter evidence or because of whatever
 9   Shotspotter provided, and the way they had to provide
10   it, that really messed my life up, man.  My whole life
11   is like really messed up right now.
12          I mean I don't expect y'all to care or whatever,
13   but that's who I'm really upset with.  Because had they
14   not did all of that and would have just said this is
15   the evidence and just had everything to go with it,
16   maybe I wouldn't have went to jail for a year and a
17   half.
18          The shooting he already shot me before Shotspotter
19   got involved.  But Shotspotter did get involved and the
20   communications and the emails and everybody who knew
21   about it who had something to do with changing it from
22   three to four to five, from helicopter, I honestly
23   believe that my life could have been just a little bit
24   better had Shotspotter not got involved with the police
25   requests.
```

295

```
 1          S. Simmons - Examination by Mr. Jones
 2      So because the police requested them to do this and
 3   then do it again and then do it again, had they not did
 4   it like that I wouldn't have been in jail for a year
 5   and a half fighting for my life.  I almost lost my life
 6   in the shooting.  Then I almost lost my freedom which
 7   is the rest of my life, my kids and my family and the
 8   rest of my life because of some audio that they got
 9   Shotspotter to provide and they had a Paul Greene come
10   testify to it.
11      Y'all had -- they had the emails where they asked
12   permission because they couldn't find it and they had
13   to go ahead.  So had it not been for all of that -- I
14   don't blame you, as counsel, as being a part of a
15   conspiracy.  Do you know what I'm saying?  Because you
16   get paid to represent them.  So I'm going to take it
17   back that I think that you are a part of the conspiracy
18   here.
19      Q.   I appreciate that.  And want to thank you for
20   your time again.
21      A.   All right, man.
22          MR. JONES:  Take care of yourself.
23
24
25          *          *          *
```

296

```
 1          S. Simmons - Examination by Mr. Jones
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

297

```
1
2              REPORTER CERTIFICATE
3
4       I, Donna Frost do hereby certify that I did report
5   in stenotype machine shorthand the proceedings held in
6   the above-entitled matter;
7       Further, that the foregoing transcript is a true
8   and accurate transcription of my said stenographic
9   notes taken at the time and place hereinbefore set
10  forth.
11
12  Dated December 29, 2020
13  At Rochester, New York
14
15               S/Donna Frost
16          _____
17               Donna Frost
18
19
20
21
22
23
24
25
```

299

```
1
2   In the Matter of:
3   - - - - - - - - - - - - - - - - - - X
4   SILVON S. SIMMONS,
          Plaintiff
5       -vs-
    JOSEPH M. FERRIGNO II, SAMUEL
6   GIANCURSIO, MARK WIATER,
    CHRISTOPHER MUSCATO, ROBERT
7   WETZEL, MICHAEL L. CIMINELLI,
    JOHN DOES 1-20, CITY OF ROCHESTER,
8   SHOTSPOTTER, INC., SST, INC.,
    JOHN DOES 21-30 and PAUL C. GREENE,
9       Defendants
    - - - - - - - - - - - - - - - - - - X
10
11  Errata sheet for the continued deposition of SILVON
12  SIMMONS taken on Thursday, December 10, 2020.
13  PAGE     LINE              REMARKS
14  _____   _____      _____
15  _____   _____      _____
16  _____   _____      _____
17  _____   _____      _____
18  _____   _____      _____
19  _____   _____      _____
20  _____   _____      _____
21  _____   _____      _____
22  _____   _____      _____
23  _____   _____      _____
24  _____   _____      _____
25  _____   _____      _____
```

298

```
1
2              WITNESS CERTIFICATE
3   UNITED STATES DISTRICT COURT  )
4   WESTERN DISTRICT OF NEW YORK  )
5
6       I, SILVON SIMMONS, do hereby certify that I have
7   read the transcript of my testimony as taken under oath
8   on December 10, 2020 and that said transcript is a
9   true, complete and correct record of what was asked,
10  answered and said during said deposition, and that the
11  answers on record therein, and as may be modified in
12  conformity with the attached errata sheet, are true and
13  correct.
14
15
16
17          _____
18
19
20  Subscribed and sworn to before me
21  this _____ day of _____, 2020
22  Notary Public
23
24
25
```

**A**

a.m 145:15
able 150:13 162:18 170:7
  172:12,17,19,22 173:16
  173:17,21 175:24 185:10
  186:25 187:6 190:16,18
  192:13 195:24,25 207:20
  207:23 208:17 215:8
  239:24 258:19,20,20
  264:14 276:11
above-entitled 297:6
ABR 206:11
absolutely 170:21 175:25
  176:3,7 263:22 279:7
  284:14
accept 157:10
access 181:6 183:20 188:18
  274:20 275:20 276:20,21
  279:22
accommodation 208:19
accurate 297:8
accusations 262:21
accuse 292:5
accusing 289:3 292:6,8
acoustics 266:17
acquitted 254:15 270:17
Action 145:11
actual 236:9 276:3
add 256:2,3 265:10 274:13
added 274:12
additional 287:16
address 201:11,18 233:10
administration 186:21
admissibility 270:21
admit 273:5
admitted 265:11
ads 206:5
advantage 260:4,5,5
agenda 200:3
agree 220:10
agreed 260:16
ahead 152:15 259:24 287:24
  288:16 295:13
ain't 174:7 177:6 182:3
  200:18 204:25 208:8,8
  219:5 226:12 229:21
  232:21 234:2,13 257:10
  259:20,21 276:11 282:5
  288:5,8 291:4,18 292:14
air 281:5
al 146:21
Aldis 288:10
alert 251:25 283:18 286:2
alive 163:15
allegation 289:5
allegations 264:16 265:23
  265:25 289:18
allegedly 284:12
allow 161:18,19
allowed 198:19,20
ambulance 149:13,15,17,25
  150:3,5,17 151:3,20 152:5
  152:20,25 153:3,5,6,9,10
  153:24 154:9,14,19
  155:15,18,19 156:6,11,16
  156:22,25 157:7 240:15
  240:17 242:6
amount 258:21 261:19
  280:13
ample 286:22
analysis 274:15 276:7,8
  278:18

analyze 275:17
anesthesia 158:23 159:23
angle 227:8 232:2
ankle 170:4
answer 171:15 180:4 197:12
  197:14 208:9 209:2 210:7
  211:22 212:18,20,21
  222:6 223:10 245:15
  256:5 264:14 266:12
  277:2,5 278:14,17,25
  289:22
answered 222:7 276:12
  298:10
answering 197:10
answers 158:25 278:13
  298:11
antics 193:5,6 194:10
  196:16
anybody 161:25 170:19
  205:16 208:2 213:16
  216:23 223:17 234:7
  276:14
anymore 215:20
anyway 170:6 188:22
apartment 201:14,17 204:5
  204:8,15,16 205:16,17,20
  205:23,25 206:4,7,8,10,11
  206:18,20,25 207:19,21
  207:24 208:10 210:14,16
  213:21
apartments 216:14,15
apologize 248:12
apparently 275:22
appearance 182:9
APPEARANCES 146:2
appears 248:10
appreciate 278:23 287:2
  289:19 293:9 295:19
approval 217:21 290:8
April 148:24,24 159:24
  165:8,8 182:12 183:3
  224:21
area 167:15 175:19 190:19
  234:24 237:20,22 238:7
  239:11,13 240:13,23
  242:3 244:16 245:5
  246:22 247:20 256:20
argue 226:14 264:18 278:11
arm 160:17 167:5 208:8
  216:2
arms 170:13 242:13 261:14
arose 254:15
arraigned 155:8
arrested 173:18
arrive 252:11
arrived 149:8 151:14,20,21
  156:25 158:8 160:7
  166:18,23 167:24 168:4,7
  168:11,14 179:10 180:23
  181:16,17 183:12 184:21
  185:18
arriving 149:4
arrow 225:17 228:12 232:5
  232:5 235:19 237:2,2,25
  243:14 245:4 247:2,6,19
art 259:13
Arthur 209:16
asap 181:20 250:24
Ashley 223:13
aside 254:12
asked 154:23 162:8,9,24
  163:4 169:12 176:23
  181:22 182:7,8,8,9 183:23

186:7,8 206:21 226:11
  256:6 277:18 285:3
  295:11 298:9
asking 158:24,25 162:16
  164:16 169:20,22 177:3
  183:9 189:3 197:10
  198:18 199:24 200:2
  205:21,22 206:3,4 219:15
  219:23 220:4 232:17,20
  251:11 252:25 255:6,9
  263:2 265:12 268:7,21
  269:11 273:7 275:15
  276:6,25 277:21,22 280:9
  289:13,16 291:6 292:7
aspect 286:11
ass 205:19 281:16
assault 184:3,4
assist 205:17
assistance 208:18 209:17
  210:4 216:5
associated 208:18
assume 150:9 159:22 160:19
  187:5
attached 298:12
attempt 242:22
attended 156:15 263:15
attending 156:17 174:18
attention 256:13
attorney 165:24 166:3
  168:21,25 169:5 173:10
  180:6,8,11,17 181:21,22
  181:23 182:2,6,7,8 183:13
  183:15,16,16,17,20,23
  184:2 211:9 244:17
  276:24
attorneys 146:5,9,20 173:12
  180:14,23 182:11,16
  285:3
audio 257:5 261:3 265:8,11
  272:21 274:10,15,19
  275:16 276:6,7 277:12,16
  278:2,3,18 280:12,15
  286:6 289:25 290:2,3,6,8
  290:12,13 291:11 295:8
August 222:19
automatically 256:25
Avenue 201:19,19
average 261:7
avoid 244:12
aware 152:14 157:14 252:21
  266:22 267:21,25 268:13
  268:23 276:7 278:18
  279:2,19 280:9 290:17,18
  290:19,19,20,21 291:14
  291:17,17,18,21,25
  294:23
awareness 268:15

**B**

babies 175:20
back 150:7 151:16,22,23
  153:16 159:16 177:25
  178:2,18 190:25 192:18
  192:20,20,23 193:21
  199:12,19 200:18 201:23
  202:8 203:13,16,17,20,23
  203:24 204:19,22,23,23
  209:13 216:11,17 218:9
  219:21 220:8,22 221:19
  225:7 227:10 228:3 230:4
  231:17 234:21,24 235:5,6
  235:17 236:16,20 237:6,6
  239:18 240:2,12,21 241:9
  241:25 242:4,4,5,25 243:3
  243:6,14,16,18,18,24,25

245:8,8,18 246:6 247:22
  248:3 251:5 253:6 258:19
  258:20,20 260:9,22,23,25
  262:24 264:17 268:11
  272:2 275:3,6 276:15,19
  278:23 282:23 284:15
  285:9,9,10,10 286:7,9,18
  286:19,22 288:21 295:17
backed 227:21 228:8
background 252:24
backgrounds 290:9
backwards 225:7 231:17
bad 152:17 196:3 292:15
badge 187:2,2,3
balled 171:16
balls 204:23
Bank 146:7
Barclay 146:6,13,16
bars 189:19
base 247:3
basement 221:18 246:2
  247:11
bases 257:14
basically 175:3
basis 265:25
basketball 214:16
Bates 147:13,14,15,16,17,18
  147:19,20,21,22 224:9
  226:18 228:23 231:21,22
  232:25 233:2 235:10,12
  237:17 238:16,19 239:4,5
  240:7,10 244:20
bathroom 175:2 207:10,12
  208:9 260:24
bed 170:7,8,11 175:2
  beg 192:10,10,10
  begging 177:22
  belief 225:23 227:16,23
  263:25 289:19
believe 154:2 171:20,22,22
  176:2,4 178:7,8 181:6,25
  182:3 183:19 186:18
  188:5 196:10 223:5
  224:24 225:3,4,6,6,7,9,18
  225:22 226:6,8 227:13,19
  241:19,21,22,24 246:18
  246:21 266:18 277:21,24
  278:2,3 279:3,5,7,8
  283:12 287:8,8,22 288:18
  288:22 289:9 290:17,18
  290:19,19,20,21 291:14
  291:17,17,18,21,25
  294:23
believed 263:19
believes 213:14
believing 279:15,17
BENJAMIN 146:15
best 188:18 204:21 247:14
  280:7 290:4,4,19
better 193:22 213:9 244:23
  259:16 262:7 270:16
  294:24
beyond 268:21
big 214:21 246:4 261:8
  272:4 276:2 288:10 290:3
bill 222:13
bills 221:24 222:10,16
bin 177:21 233:8
bit 167:3 225:12 247:3
  248:11 254:8 270:15
  281:23 294:23
bkleinman@kilpatricktow...
  146:17

blah 271:15,15,15
blame 282:10,12 294:4
  295:14
blaming 284:4
blatantly 218:10 293:6
bleeding 164:3
blind 229:22 230:2
blocking 243:7
blood 167:14 282:24
blue 195:5 211:2
body 160:14 214:22,23
  215:8 242:15,16
book 171:13,14 184:15
booked 184:19
booking 184:15,22
boom 240:19 283:5,5,5
boot 244:6
bop 251:8,8,8
boss 220:7
bother 199:25
bothered 261:4
bottom 199:14
box 214:22
boys 200:11,12
brain 209:5,6 211:4
break 207:9,14 250:3 262:4
  293:7,10
breathing 160:16,24 167:12
  167:14
bridge 203:2
bridges 202:25
brief 292:10
briefed 291:14
bring 256:6 275:24 278:7
brothers 266:6
brought 157:8 159:22
bruises 170:17
brung 256:6 277:6
buck 188:2
Buffalo 211:10 292:13
bullet 152:18 214:11,23
  217:13 232:13 238:7
  264:8
bullets 163:13 178:21 215:8
  230:11 236:16,22 260:13
bunch 159:14,14 160:15
  164:14 175:18 181:11
  187:13 196:4 200:4 215:9
BURKWIT 146:3,3 182:13
  182:21 183:4 190:3,10
  191:6,19 197:12,14 198:8
  207:7 219:24 222:25
  223:8,14 224:4 229:14,19
  230:22 231:7 244:7 248:8
  248:17,21,24 249:3,8,16
  249:20 250:4 284:24
  289:7,14,23
burkwitesq@aol.com 146:5
burn 202:25
burnt 203:2
bushes 215:16,19,21 227:12
  227:13,25
business 187:14
businesses 205:12,12
bust 205:19,19
butt 175:10,10 185:4 205:20
button 160:16,17 198:13
Byron 190:2,8

**C**

C 145:9 146:9 299:8
cache 274:23,24,25
Cakewalk 259:15

**caliber** 252:7 256:23 260:6,7 261:13 271:10,23 272:17 272:18 273:2,11,16,22
**calibers** 259:9 271:8 273:6,9 273:17
**California** 146:12,16
**call** 161:20,21 173:18 174:22 182:9 183:15,16 185:2,3,7,9,11,12,13 189:17 190:21 194:15 202:21 216:7 252:7 257:16 259:21,25 260:11 261:13 262:23 264:6,9 267:9 273:5 275:12 282:4 285:25 286:4,21 288:6,7 292:18
**called** 148:3 175:17 185:8 193:5 194:10 202:21 260:16 264:3
**calling** 176:10,11 281:8 286:24
**calls** 161:25 178:8 185:13,15 195:20
**camera** 173:6
**cameras** 173:6 204:17 205:9 205:9,11,13
**camp** 244:6
**Campoleito** 146:18 147:4 148:1,5 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1,17,24 183:1,11 184:1 185:1 186:1 187:1 188:1 189:1 190:1,6,14 191:1,16 192:1 192:4 193:1 194:1 195:1 196:1 197:1,13 198:1,4,17 199:1 200:1 201:1 202:1 203:1 204:1 205:1 206:1 207:1,11,14,16,18 208:1 209:1 210:1 211:1 212:1 213:1 214:1 215:1 216:1 217:1 218:1 219:1 220:1,2 221:1 222:1 223:1,2,9,16 224:1,6 225:1 226:1,16,20 227:1 228:1,22,25 229:1 229:16 230:1,3 231:1,3,8 231:20,24 232:1,24 233:1 233:4 234:1,11 235:1,10 235:14 236:1 237:1,15,19 238:1,14,18 239:1,3,7 240:1,5,9 241:1 242:1 243:1 244:1,13,19,22 245:1 246:1 247:1 248:1 248:15,22 249:1,2,6 250:11
**cane** 191:24
**capable** 214:10
**captured** 280:16
**car** 224:16,18,21,24 225:4 225:14 226:6,7,8 227:2,3 227:5,10,13,17,19 228:8,9 228:11,14,15,16,17,19 229:18,20 230:4,5,8,13 231:6 232:8,10,15,16,22 233:8 234:19 238:4,6
**card** 212:19
**care** 186:3 196:25 212:2

276:14 280:25,25 288:10 288:11 294:12 295:22
**careful** 251:14
**Carey** 223:13
**carried** 153:5
**cars** 201:5
**carted** 175:18
**case** 148:19 254:6,7,10 263:15 264:21,24 265:4,5 265:17 266:16,19 269:12 269:13 274:5 275:17 281:15 288:23 289:10 291:8
**cases** 269:2
**casings** 260:14 261:17,18 286:7
**Castro** 155:10 165:4,17,23 166:3,7,14,18,23 167:24 168:4,7,11,14,23,25 169:8 169:19,21 172:18 179:10 179:21 180:7,11,12,15,23 181:16,17 183:12,14,25 181:16,17 182:12,14,25
**catch** 201:6 274:18,19,23
**catches** 257:6
**catching** 214:24
**catheter** 166:21 167:3
**CD** 276:13 277:4,6,8,16 292:18
**cell** 185:4,18,20 187:25 189:11,12,14,15,16,17 189:18,21,23 190:15,17 190:18,19 194:3,4,6,15 287:20
**cells** 194:14
**cement** 187:25 238:2 247:4
**center** 146:15 211:10 216:23
**CEO** 294:2
**certain** 214:20 215:12,14,24 215:25 216:2 265:8,9 277:15 280:16 292:13
**certificate** 147:7,8 297:2 298:2
**certify** 297:4 298:6
**cetera** 254:11
**chains** 196:2
**chair** 184:5 206:10 214:19
**chairs** 168:19
**chance** 180:8 181:13 183:12 200:20 271:16
**change** 215:12 264:7 265:7 265:11 282:5 283:22,24 283:25 285:11,11,11,12 285:25
**changed** 188:6,7,8 264:15 281:3 283:10,23 286:14
**changing** 294:21
**Channel** 173:22 218:10
**charge** 165:6
**charges** 169:14 180:7,13 184:3,4 200:15
**CHARLES** 146:3
**Charlie** 197:13 248:23 249:6
**chased** 230:9
**check** 154:24 164:2 176:12 180:3 192:15 212:19 217:6 249:12 253:2 276:22 285:4
**checked** 192:14
**cheek** 175:10,11
**Chestnut** 146:8
**chick** 170:25
**chief** 173:13,24 218:16,20 219:15,23 220:3,23

**choose** 212:6
**choppy** 234:8
**chores** 207:23 208:3,10 210:9
**Christmas** 288:8
**CHRISTOPHER** 145:7 299:6
**chronic** 217:12,16
**Church** 146:19
**Ciminelli** 145:7 146:21 299:7
**circle** 266:4,13 279:15,16
**circles** 277:20
**city** 145:8 146:19 173:12 202:2,3 204:8,12,12 255:19 285:23 299:7
**civil** 145:11 270:8
**clarification** 249:4
**clarify** 248:8,17,25 270:15
**cleaning** 210:10
**clear** 148:18 153:13 218:18 272:15 273:21 277:3
**clearly** 162:23 211:5
**click** 281:13
**clicked** 171:5
**client** 265:24 281:3 289:3,17 292:5 293:24
**clients** 250:10 281:2
**climb** 215:9
**clip** 260:21 272:21
**clipped** 259:17
**clippings** 173:21
**clips** 274:16
**close** 213:9 272:9 293:8
**closed** 281:15
**closely** 246:25
**closer** 194:15,16,18 227:14 227:20,22 231:2
**closing** 176:14 236:19
**closure** 258:2
**clothes** 150:8 151:10,13 152:12 210:12 239:13 240:14,15,16,17,18,20,21 241:16,17 242:6,9 246:23
**co-workers** 204:24 266:7
**cocktail** 189:7
**cocky** 171:12
**cold** 219:4
**come** 162:4 165:4 168:12 175:16 177:18,25 184:7 192:14,18 195:23 196:20 199:12 201:25 202:18 216:8 250:24 251:11 252:2 255:20 261:10 267:3,7,7 268:4 278:9 280:2,3,5,6,7 283:20 291:15 292:19 293:21 295:9
**comfort** 198:15,15
**coming** 165:23 166:3 180:12 191:14 220:22 258:8 262:6 271:21 282:24
**commanders** 173:13
**commencing** 145:15
**comments** 270:21 271:4
**commissary** 196:13,14
**common** 163:12,14 261:16 289:25
**commotion** 149:16
**communicate** 162:18 168:3 168:6 171:17
**communicated** 162:19
**communicating** 283:3

**communication** 164:18 234:9 268:11,15 287:21
**communications** 263:16 266:22 267:4,4,20,22 268:2,23 284:17,19 285:9 287:4,12 288:20 290:9 294:20
**company** 202:20 208:21 252:14 254:9,9 256:17,17 258:17 259:11,12 277:23 281:12 283:16 290:5
**complained** 175:13
**complaining** 188:17
**complete** 208:17 298:9
**complied** 264:10,11
**computer** 145:22 174:10,14 279:23
**computerize** 256:25
**computers** 174:15
**concerned** 150:4
**conclusion** 175:9
**condition** 160:13 185:25 209:3,10 210:6 213:18
**condoned** 218:25 220:20
**confident** 205:6,13
**confinement** 172:7
**conformity** 298:12
**confused** 272:12
**connected** 167:5 204:16 233:13 245:20 275:19
**connection** 252:21 254:12 264:21,24 265:4,16 266:15,19 269:11 270:11 270:13 274:5,16 275:16 287:6 288:23 289:10
**conscious** 149:7 157:14
**consciousness** 158:23
**consciousnesses** 157:18
**consisted** 190:19
**conspiracy** 257:20 295:15 295:17
**conspired** 263:20,23 264:20 294:2
**conspiring** 282:6 284:19,23
**constant** 187:16
**construction** 221:17
**consultation** 199:5
**contact** 223:7,13,18 253:17 253:18
**contend** 259:20
**continue** 148:15 217:15 249:13,25
**continued** 145:13 299:11
**continuously** 280:16
**contract** 285:21
**contracts** 269:23 283:17
**contribute** 209:21
**conversation** 153:9,12 154:21 158:7,14 183:7
**conversations** 153:24 171:23 177:16
**convicted** 177:20
**cool** 292:24
**COR003861** 147:14 228:23 229:3
**COR003892** 224:9
**COR003900** 147:13 226:18
**COR003901** 147:15 231:21 231:22
**COR003904** 147:16 232:25 233:2
**COR003911** 147:17 235:11 235:12

**COR003913** 147:18 237:16 237:17
**COR003917** 147:19 238:16 238:20
**COR003935** 147:20 239:4,5
**COR003936** 147:21 240:7
**COR003937** 147:22 244:20
**corner** 220:22
**CORPORATION** 146:18
**correct** 148:15 150:2,15 153:6 156:23 157:2 159:9 159:25 160:20 161:5 162:12 167:6,17,25 168:22 169:11 173:9 175:24 192:24 204:6,9 211:11 212:25 213:14 220:17 228:5 229:13 230:6,14 231:18 233:20 234:21 243:12 255:5 257:10 264:9 268:19 270:18 271:3 273:12,23 284:5 298:9,13
**corrected** 259:6
**correctly** 254:21
**couches** 215:11
**counsel** 146:13,16,18 268:13 278:9 279:4,9 292:2 293:22 295:14
**country** 257:13
**countrywide** 257:12
**County** 155:12 164:23 168:17,18 171:24 179:20 183:21,25 184:12,14,20 185:9,19 186:10,11,21 187:7 188:4,5,14,16 190:12 193:10 195:15,17 196:10 210:18,24 211:7 217:2
**couple** 159:20,20 165:22 185:14 187:10,18 222:18 258:5 260:20 262:9 282:9
**course** 150:14 181:22 202:24 209:19 264:22
**court** 145:2 180:20 219:21 220:7 221:3 265:22 277:5 277:7 298:3
**courtroom** 219:8,9,10,11,12 271:25
**cousin** 284:3,4
**cover** 246:7,8 247:13,21 257:21
**covers** 185:5
**crawl** 239:20 243:2,3,21,24 244:5,6 247:15 248:5
**crawled** 245:7 248:3
**crawling** 239:22 244:5,5,5 246:12
**crazy** 185:6 285:20
**criminal** 178:19 209:25 254:15,22 255:3,7,11,12 267:23 268:5,18,22 269:16 270:8,11,17 287:7 291:15
**crowd** 200:14
**crutches** 191:24
**cuff** 150:19,21 170:18
**cuffed** 170:10
**cuffs** 170:3,9,13,21,24 171:15 196:2
**culprit** 176:22
**curious** 175:16
**current** 208:12,12,14
**currently** 210:21

**CURTIN** 146:18
**custody** 181:10 183:21
**cut** 150:8 151:10,13 163:25
  185:15 240:15 241:17
  242:6
**cutting** 152:11
**Cyrus** 191:4

**D**

**D&C** 218:11
**DA** 255:15 271:24 273:14
**dad** 266:6
**daily** 210:4,9
**damn** 204:14 256:16
**Damon** 146:6,13,16
**danger** 258:25
**Darryl** 273:25 274:2 275:17
**date** 160:10 165:11,12,19
  193:3
**dates** 165:14,15,16 191:8
  193:3
**day** 159:20 160:3 165:7
  179:24 185:21,22 189:12
  190:17 194:12,12 195:16
  197:22 201:24 258:5
  261:16,17 267:15 271:13
  271:14 298:21
**days** 160:23,24 163:24
  165:22 179:23,24 185:24
  187:10 217:19 251:6
  267:15
**dead** 209:23,24 239:23,25
  243:7,12,13 247:23,24
  281:5 282:15,15,16,22
  283:2
**deal** 217:17 276:25 281:23
**dealing** 269:19
**decade** 262:2
**December** 145:15 297:12
  298:8 299:12
**decrease** 179:12
**deer** 242:19,20
**Defendants** 145:9 146:9,20
  299:9
**definitely** 177:10,10
**degree** 200:25
**degrees** 278:2,4
**deliver** 221:17
**deliveries** 221:17
**demonstrates** 231:5
**denied** 178:7,8,10 181:6
  182:9 183:19 269:22
**department** 164:22 226:3,10
  226:13 263:21,24 264:12
  264:21 266:24 268:3,12
  268:16,24 270:4 279:19
  284:16,18 287:6,14 294:6
**departments** 281:24
**dependent** 253:8
**depict** 233:7 237:20 245:22
**depicted** 240:19 246:23
**depicts** 235:16
**deposed** 148:9
**deposition** 145:13 198:5
  211:12 222:19 223:22
  224:12 232:18 248:10
  249:22 254:10 298:10
  299:11
**depositions** 201:9 263:14
  288:19 294:3
**depressed** 186:16
**depression** 189:6
**Deputies** 196:11

**deputy** 196:5
**describe** 160:12
**described** 248:9 255:11
  284:11,15
**detect** 251:24 258:11
**detection** 251:25
**deteriorated** 192:16
**determine** 175:22 275:18
**Detron** 227:5 232:4 233:12
  235:5 247:19
**Detron's** 229:10
**diagnosed** 216:23
**die** 156:3 178:11,14,16
  198:22,22,23 281:6
  282:24,25
**died** 280:5
**different** 163:23,24,24,25
  180:14,14 189:3 198:2,3
  214:18 232:2 234:15
  240:4 253:23,23 258:13
  263:2 265:12 269:7 273:7
  273:9 275:15 277:2
  279:12,12,24 282:4
  285:24
**differently** 217:24 218:2
**Dilbert** 209:16,16
**direction** 225:5 245:12
**disadvantage** 190:12
**disappeared** 279:10
**disastrous** 283:8
**discharged** 179:22 184:8,11
**discipline** 220:12,20
**disciplined** 195:12,14,16
  201:3
**discovery** 252:25 267:23,24
  268:5,5 278:10,19 279:4
**discussed** 203:22 250:11
**discussing** 250:19 251:2
**discussion** 266:25
**dishes** 203:13 208:4
**DISTRICT** 145:2,3 298:3,4
**dive** 241:10
**dizzy** 277:20
**doctor** 162:5 186:9,24 187:4
  188:13,13,21 192:11,11
  193:10,12,15 198:6 199:2
  199:4,5,6,9 211:7,9,14,16
  211:24 212:2,4,6 213:4,11
  216:19 221:4,12
**doctors** 157:10 159:14
  161:16 166:5 174:16
  175:18 176:5,14 186:3,4,5
  186:8,8 188:15,16,16
  192:6 193:10,12,13,13,14
  193:14 213:13 216:21
  217:2,3
**documentation** 211:8
  268:14
**dog** 197:23 236:3 245:23,25
**doing** 150:5 171:6 175:8
  197:18 199:18 203:6
  214:10 220:10 251:11
  258:11 264:7 268:8,9
  280:7 287:21
**dollar** 258:17 259:11 277:23
  281:12 283:16,16,17
  286:5 290:5
**dollars** 259:12 281:22
  283:13 286:8
**Donna** 145:23 235:10 297:4
  297:17
**door** 176:15 204:19 206:9
  206:15 228:13 236:19

**243:**3,6,9,9,15,16,16,18
  243:18,21,24,25 245:18
  245:19,23,24,25 246:2,4
  247:8,9,10,16,22
**doors** 188:2 234:15
**dosage** 187:17 188:11
**double** 180:3 233:14,16
**doubt** 274:7,8
**dove** 230:11 238:13,24,25
  239:2,9,19 241:5,6,7,11
  241:20 242:21 243:20,23
  244:14 245:3 246:16
  248:13
**downstairs** 234:3,4
**downtown** 155:4,6
**drag** 212:13,20
**dragged** 239:17 242:3,5,8,11
  246:22
**drink** 176:24
**drive** 221:16 275:25 276:4
  276:18
**driver** 225:18 227:12 228:2
**driveway** 224:16 225:8,10
  227:2,15,21 228:8 229:7,9
  230:12 237:3,5
**driving** 201:5 227:6
**drove** 232:4
**drug** 241:25 242:18,18,19
  242:20
**drugs** 188:23,24 211:3,3,4
**dryer** 247:12
**dude** 171:4 174:7
**due** 213:18
**duly** 148:3
**dumb** 178:5 288:5,5,6
**duplicated** 275:9
**dying** 188:25

**E**

**earlier** 263:19 271:7
**early** 193:3
**earned** 205:18
**East** 145:24 146:4
**Eastern** 145:15
**eat** 196:15
**echoes** 256:14
**effect** 266:25 267:5
**eight** 170:17 179:19 189:2
  249:22
**either** 160:6 171:14 190:20
  193:13 227:22 247:11
  265:15 268:17 269:16
  291:13
**elaborate** 253:11 278:13,17
**eleven** 152:9 280:22
**else's** 178:23
**email** 257:17
**emails** 267:12,20 288:2,3,3
  294:20 295:11
**Embarcadero** 146:15
**emergency** 149:4
**employ** 173:4
**employee** 216:12,13 254:22
  277:11
**employees** 215:17 264:19
  266:24 267:13,13
**employment** 221:5,8,8,10
**ended** 242:25
**engineer** 290:2,8,14
**engineering** 290:7
**engineers** 290:3,6
**entire** 245:24
**entrance** 235:17,24

**episode** 251:22 283:4,7
**equipment** 203:11 259:13
  277:25
**errata** 147:9 298:12 299:11
**especially** 281:8 294:3
**Esq** 146:3,7,11,13,15,16,18
**estimate** 152:3,6
**et** 146:21 254:11
**evening** 148:23
**event** 234:16 254:16
**events** 250:22 251:2,17
  252:22
**eventually** 151:8,16 156:22
  156:25 158:20 159:6
  163:18 172:17 187:6,8,17
**everybody** 157:12 171:8
  179:4 188:2 190:4 208:20
  208:20 218:16 248:19
  251:13 265:5,22 285:6
  294:20
**evidence** 264:24 265:4,16
  266:3,15,19 267:2,2,8
  270:22 271:5,18,20,22
  273:14 278:20 279:3
  288:18,23 289:4,10,12,21
  290:17 291:18 294:8,15
**evident** 276:10
**exact** 157:23 165:11,12
  250:24 256:24 279:13,14
  283:14
**exactly** 253:19 288:12
**Examination** 147:4 148:1,5
  149:1 150:1 151:1 152:1
  153:1 154:1 155:1 156:1
  157:1 158:1 159:1 160:1
  161:1 162:1 163:1 164:1
  169:1 170:1 171:1 172:1
  173:1 174:1 175:1 176:1
  177:1 178:1 179:1 180:1
  181:1 182:1 183:1 184:1
  185:1 186:1 187:1 188:1
  189:1 190:1 191:1 192:1
  193:1 194:1 195:1 196:1
  197:1 198:1 199:1 200:1
  201:1 202:1 203:1 204:1
  205:1 206:1 207:1 208:1
  209:1 210:1 211:1 212:1
  213:1 214:1 215:1 216:1
  217:1 218:1 219:1 220:1
  221:1 222:1 223:1 224:1
  225:1 226:1 227:1 228:1
  229:1 230:1 231:1 232:1
  233:1 234:1 235:1 236:1
  237:1 238:1 239:1 240:1
  241:1 242:1 243:1 244:1
  245:1 246:1 247:1 248:1
  249:1 250:1,6 251:1 252:1
  253:1 254:1 255:1 256:1
  257:1 258:1 259:1 260:1
  261:1 262:1 263:1 264:1
  265:1 266:1 267:1 268:1
  269:1 270:1 271:1 272:1
  273:1 274:1 275:1 276:1
  277:1 278:1 279:1 280:1
  281:1 282:1 283:1 284:1
  285:1 286:1 287:1 288:1
  289:1 290:1 291:1 292:1
  293:1 294:1 295:1 296:1
**examiner** 261:15
**example** 215:23
**examples** 215:15
**excruciating** 150:18 183:8

**excuse** 190:23 234:5 291:20
  291:22
**excused** 262:16
**exhibit** 224:8 226:18,22
  227:9 228:23 230:5
  231:21,22 232:2,25 233:2
  235:10,12 237:16,17
  238:3,15,16,19,23 239:4,5
  240:6,7,10 244:20 246:23
  248:10
**exhibits** 147:12 223:25
**exist** 197:2 276:7,8
**exited** 228:11,13
**expect** 281:11 294:12
**expecting** 178:11
**expeditiously** 148:17
**expenses** 222:16
**experiences** 252:14
**expert** 261:14 266:14
**experts** 266:16,16,17,17,20
  266:18 271:5 288:18,23
  289:10,21 290:17 291:7
  291:11
**fabricating** 289:4
**fabrication** 275:18 276:9
  278:21 289:12
**face** 149:22 150:6,12 158:6
  164:15
**facility** 184:23 211:17
**facing** 247:9
**fact** 159:12 188:12 220:25
  221:2 241:23,24,25
  284:19
**fairly** 148:17
**faith** 285:8
**fake** 287:17,19
**familiar** 172:10 274:2
**family** 161:17,19,20 165:24
  166:2 178:22 202:2,6
  205:3 213:16 265:21
  292:12 295:7
**far** 159:8 216:4 251:22
  256:21 269:19,23 271:14
  293:25
**farther** 225:10,12
**fast** 193:24
**fear** 200:11
**feed** 199:16
**feel** 179:4,9 186:17 196:24
  199:23,24 200:13 205:5,6
  218:8,9 220:23 242:24
  244:3 257:7 272:13
  281:21 282:13 284:2,2,20
  292:11
**feeling** 197:7,7
**feelings** 282:8
**feet** 153:19 175:11 189:15

**F**

**F** 146:3
**fabricate** 267:2,8
**fabricated** 165:6 240:22
  264:24 265:3,16 266:2,15
  266:18 271:5 288:18,23
  289:10,21 290:17 291:7
  291:11

231:5 272:8
**fell** 241:20
**felt** 220:14,19 256:8,16
   257:8 271:2 281:7
**fence** 230:11 238:13,20,23
   238:24,25 239:2,8,19
   240:24 241:4,6,6,7,10,12
   241:20 242:1,20,23,20
   243:23 244:15 245:3,23
   246:16 248:2,14
**Ferrigno** 145:6 146:20
   200:12 218:17,22,22
   239:24 240:2 242:10
   246:21 262:22 271:24
   284:12,12 293:3 299:5
**Ferrigno's** 263:5
**fiasco** 253:7
**Fifteen** 169:17
**fifth** 256:4
**fight** 190:7 191:3,17,21,21
   191:22 194:25 195:8
   294:7
**fighting** 295:5
**fights** 190:9,11,13 194:22
   195:12 196:16
**figure** 251:7 252:9 287:15
**figured** 259:2
**file** 274:20
**files** 275:16,19 276:6,8,9,10
   278:19,20 291:11
**filled** 187:7
**finally** 175:15 285:12
**find** 159:6 173:19 176:20
   186:11,12 206:5,6,13,19
   212:2 260:8,9 274:11
   275:14 276:4 278:5 281:9
   281:9,10,14 283:11,12
   286:22,24 287:15 288:9
   295:12
**finding** 271:4
**fine** 180:5 248:11,24 249:3
**finger** 179:7
**fingers** 160:15
**finish** 176:4 194:20 282:19
**finished** 200:19 220:9
**fire** 291:16
**fired** 201:3 250:23 269:22
   272:22 293:2
**fireworks** 251:11 255:20
**FIRM** 146:3
**first** 173:18 176:23,24
   178:24 188:4 196:3,4,4
   202:14 236:23 237:24
   238:7 250:13,17 252:21
   260:21 283:21 285:6
   293:2
**five** 146:7 174:23 183:14
   188:15 189:15 191:14
   201:12 217:3 254:2 259:8
   272:20,20 293:11 294:22
**five-minute** 293:7
**flesh** 198:2
**floor** 174:24
**floors** 193:7 203:11
**followed** 234:24
**following** 167:7
**follows** 148:4
**food** 160:25
**foot** 170:10 175:5,21
**football** 214:16
**footprint** 287:21
**force** 173:14 220:11 236:15
**foregoing** 297:7

**forensics** 266:17
**forever** 151:23,23 282:23
**form** 182:13,21 183:4 190:3
   190:10 191:6,19 198:8
   222:25 223:8,14 229:14
   229:19 230:22 231:7
**forth** 153:16 251:6 253:6
   264:17 268:11 275:3
   278:23 284:15 285:9,10
   285:10,10 288:21 297:10
**forty-five** 190:22 214:23
   215:2 260:7 261:2,5,6,7
   261:15 272:4,17
**forward** 238:8,11,12
**found** 172:24 179:14 189:18
   254:13 260:10,10,17
   261:9 276:4 286:23
**four** 179:19,19 246:14
   257:11 259:7 260:14,16
   262:25 272:7 280:23
   283:18 286:21 294:22
**four-foot** 247:7
**fourth** 195:2
**frame** 191:23 193:7
**Francisco** 146:16
**fraud** 256:17,17
**free** 186:25 205:25 289:17
**freedom** 295:6
**Friday** 165:10
**friendly** 173:23
**friends** 202:7 265:21
**front** 165:15 173:6 224:17
   227:10 228:18,19 229:12
   230:24 239:22 243:9
   248:5
**Frost** 145:23 297:4,15,17
**funny** 204:25
**further** 225:7 236:13,16,20
   237:4,4,4 241:25 242:4,5
   243:6 249:7 293:16 297:7
**future** 154:4 159:19 213:3

### G

**gabapentin** 217:19
**gain** 197:17
**gained** 203:25
**games** 187:22
**gang** 199:20 218:24,24
**gangster** 219:2,3
**garage** 221:18
**garbage** 208:5 233:8 235:3
**gas** 215:12,23
**gate** 236:2,4,12
**general** 163:6 193:21 194:23
   217:25 218:2 255:9
**Genesee** 256:12,15 269:5
**genius** 260:22
**getting** 171:10 179:17 186:6
   188:25 190:7,13 194:17
   195:19,20,20,22 205:17
   228:14 231:2 244:2
   247:13 253:24 256:12
   278:5 279:16 283:14,16
   294:5
**Giancursio** 145:6 146:20
   200:12 242:10 299:6
**give** 150:8 152:12 176:12
   186:13 197:3 210:4
   221:12 223:24 249:4
   254:16 266:5 276:20
   278:11 290:7,10
**given** 158:22 159:23 163:20
   177:12 274:6 275:16

276:23 278:19 279:8
   288:22
**giving** 157:24 158:2,3
   174:23 189:6,7 196:23,23
   196:25 197:2,24,25
   217:19 277:21 278:8
**glass** 188:2 189:19
**go** 152:15 171:4 175:16
   176:11 178:2 179:17
   184:22 189:13 191:11
   192:20,20,23 195:24
   200:19 201:23,24 202:8
   204:17,17,19 207:12
   209:9,13 211:25 212:7
   213:11,14 218:6,8 225:24
   230:4 234:3,3,3,4 236:14
   237:4,4,6,6 243:14,18
   247:10,11,11 248:10,11
   249:21 250:10 251:5
   256:21 258:8,13,19,20,20
   259:24 260:9,22,23,24
   264:17 266:7,8 269:22
   275:5 276:18 277:9 278:4
   279:13,23 280:5 281:15
   283:11,11,19 285:9 286:3
   286:7,9,18,19,20,22
   287:24 288:10,11,16
   289:11 294:15 295:13
**goal** 178:13
**God** 156:3 189:16
**goes** 216:4 217:15
**going** 148:23,24 149:14,24
   150:22 153:16 157:15,16
   159:23 172:25 175:21
   177:4,16 182:13 190:11
   190:24 191:14 192:13
   195:5 196:7 197:6 200:18
   202:3,4,11 204:25 208:21
   208:22 211:17 212:4
   213:8 214:20 217:6,12,14
   217:16,16 218:7,8 223:4
   223:21,23 224:22 225:23
   225:24 226:14 232:21,24
   236:18 237:3,6,14 240:20
   244:7,17 246:13,24
   249:10,15 250:8 253:6
   255:6 257:9 267:7,24
   275:3,24 276:2,11,20
   277:13,25 281:6,12,22
   283:13 285:9,11 287:18
   287:19,20 289:11 290:12
   291:4 292:20 295:16
**good** 148:6,8 188:24 198:2
   244:10 258:9 266:12
   278:2 286:20 288:17
   291:3
**Google** 178:24
**grace** 185:14
**gray** 229:12 235:19
**Greece** 201:9,10 204:6
   205:3 209:14 210:14,15
**green** 185:4
**Greene** 145:9 146:9 250:8
   255:3,7,10,12,15 256:2
   258:3,4 260:2,3 261:4
   262:10 263:14 265:7,16
   266:23 270:14 271:5,9,15
   271:17,20 272:15 273:10
   273:21 278:7 279:21,25
   284:13 288:20 290:17
   291:7 294:3 295:9 299:8
**ground** 152:13,21 238:2
   239:14 240:17 242:17,25

244:4
**group** 196:4
**grown** 209:23
**guarantee** 192:12
**guards** 194:18
**guess** 167:13 175:17 186:5
   196:9 207:25 217:11
   287:2
**guilty** 169:9,9,10
**gun** 179:7 182:12,20 183:2
   183:10 230:17,23,25,25
   231:2,11,13,14,15,16
   234:20 246:10 251:25
   253:15 261:14,19 262:11
   263:5,8 271:8,10,24,25
   273:6,11
**gunpowder** 153:15 154:24
**guns** 252:7 261:3 271:24
   273:2,9,16,17,22
**gunshot** 260:23,24
**gunshots** 251:12 255:19
   256:19 266:16 269:10
**gunsmith** 261:14
**guy** 219:20 246:10 292:15
**guys** 198:11 224:3

### H

**hair** 204:22
**half** 162:3 178:21 185:21,22
   189:12 202:10,16 217:14
   234:2,3 294:17 295:5
**Hall** 146:19
**hallway** 194:9
**hand** 162:16,19 179:8
**handcuff** 149:22,25
**handcuffed** 184:5
**handcuffs** 170:4,5
**hands** 153:15
**hang** 192:22 212:16 224:2
   237:8,13 243:19 244:14
   244:18 245:2 246:20
**hanging** 214:23
**happen** 253:7 290:11 291:5
**happened** 151:25 152:7
   159:3,6,17 163:14 168:14
   169:21 173:23 183:17
   192:16 219:25,25 245:10
   252:5 253:20,20,25
   256:10 259:6 270:10
   275:12 276:17 287:5
   288:12
**happening** 270:12
**happens** 163:22
**happy** 205:13
**harassed** 204:18,18
**hard** 154:5,6 202:24 275:24
   276:3,18
**Hayward** 201:19,19 207:20
**he'll** 276:24
**head** 150:20 159:15 220:11
**health** 163:6 185:18 186:2
   189:11,20 191:18 192:5
   193:20,23 194:7,22 212:7
   212:8,9,10,12,15,19,21,24
**hear** 176:17 178:5 196:8
   230:21 234:7,10 247:23
   250:21 253:16 256:8
   262:6 281:25 285:14,16
   285:18 286:17
**heard** 150:22 176:18 218:10
   218:10,11 248:13 250:13
   250:16,18 256:19,22
   259:5 260:21 264:13

244:4
**267:4** 268:8,9 282:2,14
   290:19
**hearing** 255:7,19 258:3
**hearings** 176:21
**heart** 160:16 179:3 203:3,5
   259:19 281:21
**heavy** 155:12 203:10,10
**held** 297:5
**helicopter** 259:7 260:11
   294:22
**hell** 172:10 192:2,3 196:7
   218:9
**Hello** 234:5
**help** 198:20 208:2,9,20,22
   208:22,24 210:9 211:2
   212:3 213:22 215:9 253:4
   253:12
**helpful** 249:11
**helping** 210:5
**hereinbefore** 297:9
**Hey** 244:7
**Hi** 250:7
**hiding** 239:25 247:20
**Higgins** 180:18,22
**high** 183:8 194:11 259:13
   261:24
**higher** 216:17
**hired** 213:17
**hit** 214:25 236:23 237:24
   238:7 244:4 246:14
**hitting** 198:12
**holding** 230:18,20
**hole** 232:6,7,13,16
**holes** 152:16
**holy** 187:13 258:23
**home** 200:11,12 221:17
   225:10
**honest** 282:14 292:9,9
**honestly** 290:18 294:22
**honesty** 259:3,4
**hooked** 160:17 188:23
**hop** 243:10
**hope** 178:13 186:18
**hoping** 253:3
**hopped** 227:24 238:4 242:21
**hopping** 175:3 203:9
**hospital** 153:22 154:10,11
   154:14 156:4,19,23 157:2
   157:4,5,6,8,11,21 158:8,9
   159:23 160:7 161:7 162:2
   162:3 163:15 172:14
   174:18,21 177:11 179:12
   179:15,22,25 180:6 181:2
   181:7 184:8,23 186:7
   187:16 188:11 192:24
   197:23,24 198:13,23
   216:22 222:11 283:2
**hour** 190:19,20,21,22,22,23
   195:21
**hours** 179:19,19 181:14
   249:11,21,22,24 266:9
   280:21,23 283:18 286:6
**house** 204:6 209:13,15
   210:15,16 215:10 218:4
   221:19 224:25 225:15
   227:25 232:3 233:10,11
   233:12,14,16 234:2,3,22
   235:6,7,8,24 236:15,19
   239:19,21,22 240:2
   243:11 245:13,21 246:3
   246:12 247:4,10,16,18,20
   247:21 248:6
**houses** 231:18

**hum** 162:23
**humiliating** 188:3
**hundred** 191:14 214:6,8,9
    219:11 221:19 275:5
    282:13 283:13 290:23,24
**hurt** 251:13
**hurting** 177:24

**I**

**ice** 215:6
**idea** 272:4
**identification** 226:19 228:24
    231:23 233:3 235:13
    237:18 238:17 239:6
    240:8 244:21
**idiot** 247:17
**II** 145:6 299:5
**ill** 148:19
**immature** 257:15
**immediately** 184:22 185:3
**Immel** 224:22,25 232:3
    233:19,22,23
**impala** 227:19 228:6,9,18,20
    229:12,17 232:2 234:19
**implied** 263:3
**imply** 262:25
**important** 272:7 283:7
**impossible** 193:11 260:19
**impressions** 251:15
**incidences** 222:19
**incident** 189:25
**incidents** 223:19 270:3,5
**increase** 203:25
**incur** 222:16
**independent** 157:21
**INDEX** 147:2
**indicate** 241:16
**indictments** 165:5
**individual** 190:2,8 191:3
**influence** 177:11
**information** 173:19 206:21
    206:22,23,25 216:21
    232:15 269:15 274:17
    275:21,23 277:18 280:2,4
    280:8,17
**injuries** 196:19
**injury** 218:3 221:21
**inner** 255:19
**innocence** 253:6,9,12 258:3
**inquired** 206:17
**inserted** 160:22
**inside** 157:6 175:21 177:11
    186:3 198:3 205:12
    208:16 209:6 214:24
    274:11
**instances** 222:21
**instructions** 177:13
**insurance** 212:7,8,9,10,12
    212:15,19,22,24
**Integrative** 211:10
**intentionally** 289:4
**interested** 269:25 270:6
**internal** 164:2
**internet** 206:6
**interrogated** 285:13,13,14
**interrogating** 258:7
**interrupt** 287:25 288:15
**intimidate** 200:21
**intimidation** 164:14 200:21
**intubated** 160:19 162:10
**investigation** 255:14
**investigators** 181:14,20
    182:19,22

**involved** 191:3 222:21
    251:20 252:23 253:14
    254:14,18,22 255:22
    258:19 259:10,11 260:12
    270:3,4 281:4,7 284:5
    290:6 292:23 294:19,19
    294:24
**involvement** 252:15
**involves** 270:7
**issue** 217:2
**issued** 222:21,22 223:6,12
**issues** 216:24 217:4,7,10
**IV** 160:17
**IVs** 158:6

**J**

**jail** 178:17 179:20 184:3,4
    184:12,16,18,21,23,23
    185:19 186:3,21,25 187:7
    188:14,16 189:10,16
    190:12 191:8,9 192:13,23
    194:5,7,13 195:14,15,17
    196:11,21 198:7,19,23
    199:2,8,11,13 201:7,15,22
    201:25 202:13,17 203:19
    209:14,18 210:13,18,24
    211:8 212:13 216:22
    217:2 222:13,15 280:6
    284:4,8 285:15,17,19
    294:6,7,16 295:4
**Jessica** 176:9
**job** 203:17 204:17,20 206:9
    206:9,11,15 208:12,17,18
    208:25 209:3,11 212:22
    212:25 215:21 221:10,15
    221:17 265:7,7 286:13
**Joe** 261:7
**John** 145:8,9 146:18 197:12
    207:8 219:24 244:7 248:8
    248:10,12,20 299:7,8
**john.campolieto@cityofro...**
    146:21
**Johnson** 190:2,8
**joke** 271:2
**joking** 176:10
**Jones** 146:11 234:8 249:9
    250:1,2,6,7 251:1 252:1
    253:1 254:1 255:1 256:1
    257:1 258:1 259:1 260:1
    261:1 262:1 263:1 264:1
    265:1 266:1 267:1 268:1
    269:1 270:1 271:1 272:1
    273:1 274:1 275:1 276:1
    277:1 278:1 279:1 280:1
    281:1 282:1 283:1 284:1
    285:1 286:1,25 287:1
    288:1 289:1,8,16 290:1,15
    291:1 292:1 293:1,13,15
    294:1 295:1,22 296:1
**Jordan** 146:11 249:8,23
    250:7 289:7,15
**JOSEPH** 145:6 299:5
**Joshua** 223:6,7
**jtjones@jtrentjoneslaw.com**
    146:13
**judge** 165:4,17,23 166:3,6
    166:14,18,23 167:24
    168:4,6,11,14 169:8,19,21
    200:15 219:10 256:6
    270:12,21 271:3 272:14
**judge's** 270:12
**judged** 171:6,7,20
**judicial** 278:7

**July** 222:20
**jump** 204:15 225:15
**jumped** 230:24 238:6
    243:11
**jurors** 260:4,5,6 261:12
    271:12,13 272:3,11,12
**jury** 261:22,22
**justice** 178:20

**K**

**Kathy** 273:25 274:2
**Katie** 180:18,22
**keep** 171:13 179:7 188:16
    207:23 214:18 218:14
    237:3 246:12 247:5
    261:23 275:11,11 286:24
    288:3
**kept** 156:20 176:10,11,13
    194:11
**kicking** 183:10
**kids** 185:8 199:16,16 201:15
    201:16 203:13 213:24
    214:2,17 247:16 295:7
**kill** 178:18 186:14
**killers** 187:15
**killing** 153:16,19 175:22
**kills** 261:9
**KILPATRICK** 146:11,14
**kind** 155:21 156:10 157:20
    158:22 159:7,24 163:10
    163:14 208:6 243:7 253:8
    260:3 261:21 272:11
**kinds** 208:24
**kitchen** 247:11
**KLEINMAN** 146:15
**knew** 153:18 177:20 202:3,4
    202:5 222:7 246:10
    250:23,25 252:4,4,5,6,13
    273:2 286:2 294:20
**know** 150:10 151:2,21,22,22
    151:25 152:6,8,10 153:13
    153:15,17 154:8,11,17
    155:21 156:12,13 157:3,3
    157:5,5,23 158:6,25 159:3
    160:4,10 164:20 169:13
    171:8,21 172:11 174:4,6,8
    175:8 177:15 178:25
    179:2,3,8 180:3,16 183:9
    186:23,24,25 192:2 193:3
    194:19 195:2,3,3,4,4,5,5,6
    195:7 196:7 203:3,3,4,8
    204:24,24 205:11 207:4
    209:2 210:7 212:18
    214:14 215:18 216:19
    218:18,18 221:13 222:2,4
    222:5,6,7,8,9,12,17
    223:22 229:9 232:5,7,11
    232:12,14,19,20,21,22,22
    233:13,14,15 237:10
    240:16,18 241:22,24,25
    244:11 250:21 251:5,10
    252:24 253:16 254:8
    256:18,21 257:5,6,23,24
    259:9,13,18,18,19,21,22
    260:22 261:2,3 269:14
    271:18 273:25 274:7,8,8,8
    274:9,10,12,13,18 275:3
    276:17 277:11,22 278:4
    280:8,9,24 281:5,24,25
    282:3 283:22 285:2,8,21
    285:24 286:4,10,11,12,12
    286:14,18,19 289:23,24
    290:25 291:15 292:15,22

    292:22 295:15
**knowing** 259:14
**knowledge** 157:22 273:17
    292:4
**known** 251:21 262:2

**L**

**L** 145:7 299:7
**lack** 193:22
**Laden** 177:21
**lady** 170:2 186:14,19,24
**landed** 239:11 240:23
    241:14,19 242:21,22
    243:20,23 244:11,15,16
    245:5,12 246:5 248:2,3,4
**lasted** 162:3
**late** 160:8
**law** 146:3 200:25
**lawyer** 183:9 285:15 291:25
**lawyers** 178:9 252:25
**lay** 152:21
**laying** 151:14 152:13 240:17
    282:23
**lead** 176:12 182:23
**leaking** 152:17 282:25
**leap** 241:5
**leaped** 240:24 241:4,8
**learn** 153:20 217:17 255:8
    268:4 269:4
**learned** 253:13 254:8 255:16
    255:18 268:17,22,25
    269:5,13,13,14,15
**leave** 190:17,18 218:5
    240:20 248:25
**leaving** 179:15,16 254:12
**left** 162:9 166:20 169:19,21
    169:25 171:24 186:7
    192:12,17,23 203:24
    219:10 223:22 237:2,3
    247:3 274:10
**left-hand** 234:22
**leg** 150:18,21 153:16,17,18
    175:5,9,22,22 208:8
    217:13,14 239:20 243:11
    244:2
**legal** 201:8
**legally** 195:22
**legit** 272:14 290:23
**legs** 221:22 241:9 242:14
**lesser** 187:17,17 188:11
**let's** 165:10 213:25 226:15
    238:14 245:8,8 248:25
    250:2 258:24 267:2,2,8
    293:7
**letting** 174:23 278:16
**level** 164:4 179:12 216:17
    261:11
**liar** 259:2
**lie** 272:7
**lies** 201:4
**life** 156:3 178:18,22 198:11
    199:12,19 200:3,7,9 202:6
    204:22 213:23 217:6
    218:2 264:13 280:6 281:4
    281:15 291:4,5 294:7,10
    294:10,23 295:5,5,7,8
**lifestyle** 199:13,14
**lifting** 203:10
**light** 202:4
**limit** 151:22 249:24
**limited** 280:13
**line** 224:16 267:16 299:13
**list** 266:7,8,11,11

**listen** 176:9 198:19 246:25
    258:4 273:19 277:25
    292:12
**listened** 260:20,20 277:4
    280:11
**listening** 220:5 243:14
    254:10 255:14 260:2
    261:23
**literally** 206:8 267:7
**litigation** 254:13 263:11
    268:18,23 269:16 287:7
**little** 167:3 169:17,18 194:4
    194:9 225:12 242:5
    248:11 254:8 255:13
    261:8 270:15 272:4,5
    281:23 292:16 293:10,21
    294:23
**live** 200:3,7,8,16 201:20
    233:14,22
**lived** 199:12 209:19,20
    233:25 234:2,16
**lives** 233:17
**living** 178:21 199:13 201:15
    210:5 255:18 264:4 280:7
**Liz** 180:21
**Lizabeth** 180:17
**LLP** 146:6,11,14
**location** 250:24 252:2,2,8
    256:24 269:7
**locations** 253:23,23,24
    255:20 258:12 259:10
    270:2 279:12
**log** 171:13,14
**long** 151:19 152:2 165:20
    167:2,4,9 169:16 179:21
    185:19 187:9 189:23
    193:22 201:11 212:9
    214:19 266:11
**look** 157:24 165:13 172:5,6
    172:12,17,19,20,22 175:6
    175:7 178:11,19 180:3
    186:20 188:2 224:7
    225:17 226:15 229:2
    231:25 232:4,6 237:14
    245:3 257:19,19 258:9
    261:17,18 265:5 276:19
    290:23 293:8
**looked** 220:13,18 227:9
    243:22 256:11 258:2
**looking** 164:14 178:3 200:9
    213:4 218:13 223:25
    225:13 227:9,20 238:9,10
    245:19 247:19 258:7
    269:5 285:20
**lose** 193:18,18,19
**losing** 178:22
**lost** 157:17 158:23 199:11
    199:17 274:21 295:5,6
**lot** 149:16 179:2,3 187:20,21
    187:22 188:25 199:17,18
    215:2,16 254:9 259:19
**lots** 270:2 288:11
**low** 261:24
**lower** 217:14 261:12,13
**loyalty** 281:23
**lucky** 200:18 219:21 220:8
**lump** 214:23
**lunatic** 247:17
**lung** 167:10,10,11
**lungs** 167:22
**Lyrica** 197:16 217:18

**M**

**M** 145:6 146:15,18 299:5
**machine** 297:5
**mad** 215:15
**main** 145:24 146:4 176:22
191:23 193:7
**making** 197:17 203:17
218:22 262:20 265:23
**man** 170:23 193:3 195:6
200:4,25 201:2,25 203:15
204:23 205:18 206:24
209:23 215:16 218:23
220:12,18,20,21 223:20
246:24,25 256:8 264:2
282:15 285:20 294:10
295:21
**manipulating** 282:7
**manual** 255:24
**manually** 258:13
**map** 251:9
**mark** 145:6 226:16 228:22
231:20 237:15 238:14
239:3 240:5 244:19 299:6
**marked** 224:8 226:19,22
228:24 229:2 231:23
233:3 235:13 237:18
238:17 239:6 240:8
244:21
**marks** 170:16,18
**Marsh** 146:12
**mask** 150:11,11,17 152:4,11
156:20 158:6 159:16,18
**master** 275:8,9,10
**masters** 275:4,6,11,13
**mat** 189:18
**mats** 185:6
**matter** 159:12 213:7 253:25
255:21 256:9 278:6 297:6
299:2
**mayor** 173:25 285:23
**Mazio** 173:25 174:3,4
**mean** 159:8 162:17 163:12
172:22 173:3 174:6 194:8
202:25 208:4 210:25
211:21,22 214:4 217:24
225:13 239:16 244:11
247:17 249:21 253:10,11
266:7,8 267:6,17 274:7,23
280:24 281:5 287:18,24
288:4,5,5,15 294:4,12
**meaning** 174:10 220:21
272:8
**means** 249:21 268:25
**meat** 242:19
**media** 172:11,21
**medical** 149:4 151:4,19
158:8 166:13,16 168:12
184:23 187:6 189:17,17
190:15 192:8 209:3,10
210:6 213:18 216:24,25
217:4,7,10 221:7,11,13,24
222:10,13,16 241:17
**medication** 196:21,22,24
210:14,17,20,21
**medicine** 150:10 158:5
177:22,23 178:7,8 183:8
186:7,12,14 187:11,13,17
187:22 188:6,7,9,11,19
189:3,4,4,6,7 197:4,4,5,19
197:19 198:10,12,13
211:13 217:20,21,22
**medicines** 157:24 158:2
186:9 189:2,3,7,8,9 197:3
197:15,20

**meds** 186:11 195:19
**meet** 165:23 180:8,25
183:13 192:8
**meeting** 202:19
**meetings** 192:6
**members** 161:17 165:24
166:2 168:7
**memory** 190:5 274:25 276:5
280:12,13
**Memphis** 292:13
**Menolo** 146:12
**mental** 185:18 189:11,20
191:18 192:5 193:20,23
194:7,22 196:24
**mention** 177:14 223:4
**mentioned** 151:10 153:8
160:18 167:8 170:12
174:5 175:23 177:12
180:21 185:17 189:11
192:23 194:21 204:4
205:9 211:6
**messed** 294:10,11
**met** 180:23 191:13 216:21
216:22 263:10
**metal** 236:7
**MICHAEL** 145:7 299:7
**military** 257:13,14
**millimeter** 261:5,6
**million** 154:24 258:17
259:11,12 277:22 281:11
281:22 283:15,15,16,17
286:5,8 290:5
**mind** 163:17 207:12 249:19
**minute** 168:16 177:25
207:14
**minutes** 169:17 174:23
183:14 190:22,23 252:3
252:10 254:2 256:20
293:11
**mirror** 229:24,24
**mistaken** 155:20 156:9
**mix** 275:6
**mode** 264:12 283:19,20
**modified** 291:10 298:11
**mom** 266:6
**moment** 150:4 151:5,6,7
153:25 161:25 239:15,16
258:24,24
**Monday** 165:11 181:19
**money** 196:13 203:18
205:19,20,21 257:24
258:21 259:19,20 275:5
**monitoring** 160:16 290:11
**Monroe** 152:12 164:23
168:17,18 171:24 179:20
183:20,25 184:12,14,20
185:9,19 186:10,10,20
187:7 188:4,5,14,16
190:12 193:10 195:15,17
196:10 210:18,24 211:7
217:2
**month** 202:10,10
**months** 170:17 186:4 189:24
190:16 193:23,24 201:12
204:5 251:6 285:17,19
**mop** 210:11
**Morelle** 209:16
**morning** 148:6
**mother** 185:8
**motherboard** 275:24
**motions** 278:6
**motivational** 291:2
**mouth** 160:15,19,21,23

161:3 167:20 290:21
**move** 194:14 199:17,20
200:22,24 201:8,13 207:7
214:18 215:10,10 237:2,2
245:12,19 247:2,3,4,5
275:6
**moved** 151:20 191:12,23
193:6,24 194:2,3,12
201:14,16 209:14 224:24
225:4,5,7 226:6,8 241:21
246:6
**movements** 162:16,19
**moving** 150:20 207:19 216:2
**muddied** 248:25
**multi** 258:16 259:11,12
277:22 281:11 283:15,15
283:16,17 286:5,8 290:5
**Muscato** 145:7 146:21 299:6
**music** 257:5

**N**

**naked** 185:4 188:3
**name** 155:24 169:6 171:8
176:20 186:23 190:5
191:7 195:6 208:15
215:17 250:7 274:2
292:23
**named** 176:9 190:2,8 191:4
213:11 222:23
**names** 157:23 174:17 180:16
180:21 191:5,15 195:3
213:13 218:15 223:4
266:5,9
**naming** 266:9
**nature** 210:6
**nay** 291:13
**necessary** 180:5
**need** 177:23 188:22 189:8,9
208:9,22,22,24 211:3,4
212:7,17 213:22 216:4,9
220:3 248:15,17,22 249:5
252:18 267:10,11 275:4
275:22 276:18,18,21
277:11,12,14,15 286:7
288:4,9,11,14
**needed** 170:8 188:20 195:19
201:15 203:12 217:5
292:10
**needs** 215:21
**neighbor** 233:11
**neighborhood** 251:10
253:22 256:9,19 269:9
**neighborhoods** 264:5
**neighboring** 205:12
**neither** 165:19 211:2 269:6
270:25 275:23
**nerve** 153:20 197:19,20,23
217:22 242:24
**nerves** 175:7,7
**network** 212:5,6
**never** 177:25 190:21 192:16
192:20,21 202:24,25
209:24,24,25 239:18
240:2 246:14,15 251:19
251:20,21 252:4,4,6,11,6
252:18 254:3 256:4,6,21
262:16,16 263:7 264:13
281:14 285:25 286:23
293:6
**new** 145:3,25 146:4,8,20
221:16 297:13 298:4
**news** 172:25 178:14 250:16
251:23 256:11 269:8

**newspapers** 172:5
**night** 148:25 154:25 155:16
160:8 173:24 224:20
236:4,11 237:12 253:4
255:22,24 256:14 258:4
259:5 275:25
**nine** 260:6,25 261:5,6,8,11
261:15 272:5,17 280:22
**noise** 260:11 261:11,24,24
271:17
**normally** 258:15
**North** 201:10
**Notary** 298:22
**notes** 165:13,13,14 177:8
293:8 297:9
**notice** 145:14 214:18 258:10
**noticed** 258:18 259:16 260:3
**notified** 280:20,21,22,23
**November** 148:9
**numb** 211:3,4 214:20 217:15
**number** 261:8,9 272:4,4
**numerous** 157:19 161:10,10
161:19 170:22,22,23,23
172:4 183:23 193:9
251:10 257:16 281:8
283:10,11 290:3
**nurse** 162:5 175:15 176:9,19
177:5 186:22 187:4
**nurses** 157:10 163:24
171:16 176:8,8,16,17
177:13,17,17 179:14
186:8 193:14

**O**

**o'clock** 152:9,9,9
**oath** 298:7
**object** 182:13,21 183:4
190:3,10 191:6,19 198:8
222:25 223:8,14 229:14
229:19 230:22 231:7
284:24
**obviously** 268:13 270:2,4
**occurred** 156:19 159:11
162:7 166:17 169:19
193:2
**offer** 272:16,21,25 273:10
273:21
**office** 155:6 164:25 181:10
**officer** 154:18 155:9,24
171:2 190:25 219:3
230:18,20 231:9 246:21
247:17 253:15 258:25
262:21 281:4 282:14
284:12 293:3
**officers** 154:13 155:18,21
156:5 161:10 164:19,23
171:3,12,14,18,19 174:18
184:2 195:15,17 199:11
214:10 219:11
**oh** 163:23 170:21 171:4
176:18 188:12 196:14
212:23 261:12,24,24
**okay** 148:23 150:4,13
155:14,18 159:17 164:19
169:24 180:19 191:17
193:8 199:8 202:11
206:13 209:10 213:3,25
219:9,25 223:21 224:7,10
224:18 225:17 226:9
227:17 228:21 229:4,11
229:15 232:23 236:17
237:23 240:4,13 241:4,7
241:18 242:3 246:5 248:7

249:2 250:2,4,21,25
251:15 252:20 253:10
254:25 260:10,10,11
262:18,20 263:10,19,23
264:23 265:20 266:10
267:25 268:21 269:11,18
270:10 271:3,7 273:25
274:15 278:23 280:15
281:12 282:18,21 283:22
283:23 284:8,10,15
286:16 287:12 293:7
**once** 172:18,18 181:4 183:9
185:15 195:10 210:25
256:21 262:23 286:15,17
**one's** 248:11
**ones** 171:14
**open** 159:12 164:2 246:15
247:10,22 269:20
**opening** 236:25
**opinion** 292:9,9
**opportunity** 274:7 286:22
**opposite** 231:16
**options** 212:5
**order** 203:11,12 222:21,22
222:23 223:7,13 225:14
275:4 276:12,17 277:12
**ordered** 223:5
**orders** 223:3,3
**organized** 223:24
**original** 180:17 277:19
**outlaw** 219:4
**outlined** 289:14
**outside** 172:6,14 176:14
192:13,20 193:17 197:2
205:7,11 213:20 217:5
247:21 257:12
**Overnight** 185:21
**override** 257:18 281:13
**overwritten** 280:17
**owner** 206:17,19 232:9,15
232:15
**owners** 202:20
**owns** 209:14
**oxygen** 150:8

**P**

**PAGE** 299:13
**paid** 206:4 258:21 259:12
262:2 275:5 283:15,16
295:16
**pain** 150:10,18 160:17 164:4
175:17 177:22 178:7,8
179:12 183:8,8 187:15,15
187:21,25 188:19,25
189:8 192:10 196:21,22
197:18,19,21,23,23 198:2
198:3,3,3,11,13,14,16
199:9 211:10,17 216:23
217:6
**painted** 292:15
**paper** 162:17,25 163:4
273:14
**papers** 171:16,17
**paperwork** 216:8
**paralyzed** 208:7,8,8 239:20
242:24 244:4
**paranoia** 200:16
**paranoid** 202:6
**paraphrase** 196:9
**parents** 183:9,16 185:9,10
196:13
**Park** 146:12
**parked** 157:2 224:21 225:19

**Parker** 224:25 225:21 227:5 232:4 235:5
**Parker's** 233:12
**part** 194:4 226:11 233:11 252:6 271:22 286:10 291:18 295:14,17
**particular** 272:17 273:11,12 278:20
**partner** 246:18,21
**passenger** 248:4,5,13
**patience** 293:9,18
**patient** 161:12
**Paul** 145:9 146:7,9 250:8 255:3,7,12,15 256:2 258:3 258:3 260:2,3 261:4 265:7 278:7 279:21,25 294:3 295:9 299:8
**pay** 206:2 209:20 210:2 218:8 257:25 286:8 293:23
**paying** 256:13 281:21 283:13
**PD** 292:13,13
**pelvis** 192:19 214:11 217:13 217:14 221:21
**penis** 166:22
**people** 153:2,3 156:16 172:8 175:17 179:2,6,6 185:11 185:12 186:17 191:11,12 191:12,14 195:3 196:16 199:6,7,7 200:21 201:4,5 213:16 215:10 218:5,15 221:13,18 251:10 258:13 258:13,14 261:2 264:25 265:18,21 266:2,3,4,13 271:17 277:24 280:3
**percent** 214:6,8,9 221:19 275:5 282:13 290:23,24
**perfect** 262:8
**performance** 209:11
**performed** 163:8,11
**period** 166:6 240:2 292:23
**permanent** 216:24,25 217:4 217:9
**permission** 295:12
**person** 213:7,7,7,8,9 215:7 226:4 257:17,18,19
**personal** 287:20
**personally** 281:19 284:11,23
**personnel** 149:4,25 150:5 151:3,4,19 153:9,24 158:8 168:12 192:9 241:17
**perspective** 289:21
**Phelps** 191:4
**phone** 161:20 172:5 173:17 174:10,15 182:9 185:2,3,7 190:21 195:20 202:21 209:7 216:7,7 256:22 288:8
**phones** 287:20
**Photocopy** 147:13,14,15,16 147:17,18,19,20,21,22 226:18 228:23 231:22 233:2 235:12 237:17 238:16 239:5 240:7 244:20
**photograph** 224:8,11,14 226:21,24 228:18 229:2 233:5,10 234:22 237:14 238:19 239:8 240:11 244:23 246:23
**physical** 198:20
**pick** 213:24,25 214:21

242:16 255:25,25 272:10 275:25
**picked** 253:3 256:15 269:10 285:5,7,7
**picture** 223:22 225:13 226:15 228:20 229:5 231:4 235:16 236:24 237:20 238:9,10 240:4 243:5,17 244:10,24 245:22 247:19 248:12 292:14
**pictures** 223:24 224:23 244:8 271:24
**piece** 155:5 162:25 239:24 242:18 247:7
**pinpoint** 258:12 264:5
**pissed** 257:22 260:2 261:21
**pit** 191:10,11
**place** 194:19 260:22 297:9
**places** 269:21
**Plaintiff** 145:5 146:5 299:4
**plan** 178:13,16 211:24 212:4
**planned** 211:19 213:4
**plans** 236:14
**plant** 202:5,12,12
**planted** 272:2
**plastic** 187:3
**play** 214:16,16,17 215:5 243:13 276:14
**played** 187:21 239:25 243:7 243:12 246:9 247:23,23
**players** 292:21
**playing** 239:23 282:16
**Plaza** 146:7
**plead** 169:8
**pleadings** 289:14
**please** 207:13 219:5 226:16 228:22 239:4 240:6 244:19 247:4 249:20 250:14 255:2 266:5 287:14,17 292:5
**PLLC** 146:3
**Plus** 163:17
**plywood** 236:8,8
**point** 150:13 170:22 181:7 198:9 219:19 226:15 229:22,25,25 254:20,21 270:20 286:7,9,10
**pointed** 235:23
**pointing** 179:7 232:5 233:9 235:19,25 245:4
**police** 149:15 153:3 154:13 154:18,23,23,25 155:9,10 155:12,16,18,21 157:12 161:23 164:22 165:13 171:2,3 172:11 173:4,4,5 173:7,12 174:6 176:12 177:2,4,5,6 178:2 187:2 196:6 200:13 201:2 218:16,20 219:3,15,23 220:4,24 224:16 226:3,10 226:13 228:15,16,17,19 229:18,20 230:18,20 231:6,9 240:16 247:17 250:23 251:5,8,11,25 252:2,6,10 253:15,22 255:19,22 256:9,19 257:21,25 258:4,6,7,19,22 258:23,25 259:8,21 260:12 261:6,14 262:11 262:21 263:20,24 264:11 264:15,20 266:24 267:16 268:3,12,16,24 269:6

270:4 271:23 272:6 279:19 281:7,24,25 283:5 283:7 284:16,18 285:22 286:16,24 287:5,14 292:14,17,17 294:6,24 295:2
**politely** 278:16
**popped** 159:12 169:7
**population** 193:21 194:23
**porch** 233:13 243:6
**position** 208:12,14
**possible** 191:21 278:24
**powder** 261:19
**praised** 253:24
**pray** 246:24
**praying** 156:3
**precise** 278:17 291:6
**prenatal** 175:19
**prescription** 210:20 211:13
**presence** 155:13,16
**present** 168:21,25 182:2
**president** 292:20
**press** 214:22
**pretty** 148:8 149:16 153:3 154:6 165:12 166:8 171:13,21 176:20 184:25 218:7
**previous** 221:21 223:25 227:8 255:18
**previously** 222:18
**primary** 212:2
**prints** 184:25
**prior** 165:23 166:3 184:18 221:22 222:19 228:14 250:18,22 251:15,16 252:15 263:11
**prison** 216:20
**prisoner** 217:8
**private** 161:8,13
**privy** 268:4 288:20
**pro** 259:15 281:24
**probably** 165:14,15 205:3 232:9 249:10 250:16 272:10 281:6 290:4
**problem** 150:17 217:16 251:19 275:10
**problems** 153:18,21 214:21 215:7
**procedure** 159:7 166:12 175:6
**procedures** 166:16,20 167:19,19 176:6
**proceedings** 201:8 297:5
**process** 155:4 183:17 184:22 196:3
**procure** 206:5
**production** 257:5
**professional** 281:11
**professionality** 257:15
**program** 259:16 277:13 290:13
**programs** 259:14
**progress** 194:17
**promoted** 216:13,16
**promotions** 216:10
**proof** 264:2
**propelled** 238:8,10,12
**protection** 218:6 222:22,23 222:24 223:5
**protections** 223:3
**prove** 253:6,8,12,19 258:2 278:14
**provide** 280:8 294:9 295:9

**provided** 277:16 279:4 287:6 294:9
**psanders@barclaydamon....** 146:10
**Public** 298:22
**pudding** 264:2
**pull** 166:21,21 173:23
**pulled** 159:15 174:9,10 179:18 227:14 229:23
**pulling** 167:20 176:7 201:5
**pulses** 277:13
**pump** 167:13
**punishing** 196:11
**purposes** 218:6
**pursuant** 145:14
**pushed** 236:16,21,22
**put** 149:22 150:6,11 152:4 152:16,23,24 153:2,4,5 154:9 156:20 158:11,20 159:2,3,16,17 160:21 170:3,3,6,10 172:11 178:6 179:7 185:3,17 186:15 189:10 194:5,11 195:25 221:18 223:21,23 229:23 236:3 240:16,18 242:9 245:23 276:13,15
**putting** 152:11

| Q |
|---|

**qualified** 193:15
**question** 148:19,20 166:15 169:11,12 176:4 179:6 182:18,25 207:22 210:8 213:20 217:25 226:11 232:20 245:2,11,15 246:20 263:2 265:12 269:3 273:8,19 275:15 276:11 277:2 284:24 288:25 289:2,17 291:7
**questioned** 226:4
**questioning** 202:16 255:15 255:16
**questions** 162:8,9,13,20 163:6,16 164:12,16 171:16 177:3,3 179:8 180:4 197:10 199:24 203:15 249:7 250:9 256:5 262:5,9 280:9 282:9 292:7 293:17
**quiet** 218:25 220:24
**quit** 193:13

| R |
|---|

**R** 146:18
**radar** 251:8
**ran** 185:5,5 218:24,24 230:12 231:2 234:20,21 235:5,7
**rapper** 275:4
**rate** 160:16 203:20,23,24
**read** 165:4 168:16,16 169:13 180:7,13 268:13 269:20 298:7
**ready** 179:17
**real** 152:17 171:6 187:19 197:23 211:3
**realize** 189:2 214:15
**really** 162:13 177:8 253:3 276:21 284:22 294:10,11 294:13
**rearview** 229:24
**reason** 172:20 203:2 204:14 246:11 247:15 267:14

272:13 279:3
**reasons** 176:25
**rec** 193:5,5 194:10 196:16
**recalibrate** 286:19
**recall** 148:8,11,25 149:3,10 151:3,7 152:23,25 153:23 154:2,7,16,21 155:18,24 156:3,5,15 157:21 158:13 158:14,15,16,18 165:7,16 165:17,19,20 168:13 169:6,12 174:11,15,17,21 174:22 179:24 181:3 182:11,12,15,19,20,25 183:2,5,6,7 184:24 187:11 188:8 189:25 190:7 191:3 193:2 195:9 203:8 206:23 207:5,5 216:24 223:3,6,10 223:12,17,20 224:11,18 224:20 235:2,4 236:24 250:25 252:17,25 254:17 254:25 255:10 262:19,20 270:10,12,20,24 273:4
**receive** 156:10 157:20 174:20 209:17 211:13 222:10 257:24
**received** 157:13,22 211:8 216:10
**receiving** 158:5 187:12
**Recess** 207:17 250:5 293:14
**recognize** 227:3 240:11
**recollection** 166:9 271:11
**recommend** 199:6
**recommendations** 213:6,10
**record** 248:9,18,25 249:21 277:12 281:13 286:5 289:7 293:13 298:9,11
**recorded** 220:25 277:8,16 283:9 286:15
**recording** 264:12 271:20 280:17 283:21 286:15
**recordings** 260:8 275:21
**recovery** 155:4
**recreation** 195:21
**recycling** 233:8
**reference** 268:11
**references** 267:20
**referring** 152:18 155:7,14 205:10 219:7 225:21 234:20 238:20 279:18
**refresh** 190:5
**regained** 212:24
**regarding** 213:21 223:18
**regular** 188:10 189:16 192:6 199:19 200:9,21 214:17 215:7,11 216:12,13
**rehired** 212:25
**rekindle** 269:23
**related** 254:18
**relation** 237:24
**relationship** 203:13
**relative's** 204:5
**relatives** 265:21
**released** 179:11,25 191:12 198:7,25 199:8 201:7,22 202:13 209:18 210:13,18 210:23 211:7 216:20 222:15
**relevant** 250:12
**reliable** 254:5
**relying** 253:11
**REMARKS** 299:13
**remember** 150:25 165:9 174:15 176:19 190:4,13

191:5,7,8,15,17,20
reminded 291:2
remove 151:16 265:11
rent 206:16 207:2 209:20
renting 206:20
repeat 148:20 156:24
166:15 221:6 254:19
replica 275:9
reply 150:14
report 297:4
Reported 145:21
Reporter 147:7 297:2
REPORTING 145:22
reports 165:13 172:23
269:20
represent 173:5,9 224:14,20
250:8 290:22 292:10
293:23 295:16
representing 173:15 226:12
271:21
represents 226:25
request 187:23 281:3
requested 184:2 187:23,24
193:9 295:2
requests 161:19 281:2
294:25
requires 215:25
residue 154:24
respect 292:13
respond 149:18 168:9
rest 178:17 280:6 281:14
295:7,8
restrain 149:22
restrained 223:18
restraining 223:7,12
restricted 187:20
restriction 221:13
restrictions 221:5,7,11
return 202:18 204:11,12
returned 203:7 224:22,25
225:10 232:3
reverse 227:8
reversed 200:15
ribs 167:21
rid 275:13
riding 199:21
right 148:7,22 149:14
150:23 154:6,7 155:17
162:11 169:13 170:10
173:9,14 175:9,12 178:3
180:11 200:8 201:20
202:15 204:14 206:8,10
206:11,12,15 207:5,6
208:7 209:2 212:4 214:8,8
216:6 218:21 220:9,12
223:20,23 224:3 226:13
227:23 228:11 229:21
234:13 236:2,25 237:13
238:10 240:19 243:10
244:15 245:20 247:5,5,6,7
247:8 248:12 252:12
253:5 257:22 259:18,19
260:17 263:8,21 266:11
267:14 269:25 272:23
273:3 274:10 277:20
280:13 282:3,5,8 289:5
292:3,11 294:11 295:21
right-hand 228:12 230:6
233:9
Riley 180:18,22
RNews 173:22
road 146:12 201:10 225:11
roast 288:9,10,12

roasts 288:8
ROBERT 145:7 299:6
Rochestarians 285:2
Rochester 145:8,25 146:4,8
146:20 164:22,24 199:22
204:8,12,13 226:3,10,12
250:17 263:20,24 264:11
264:20 266:24 268:3,12
268:16,24 270:4 279:19
284:17 285:3,22 287:5,14
292:16 294:5 297:13
299:7
roll 251:13
rolled 157:13
room 146:19 161:8,8,11,12
161:13,14,16 162:5,7
164:11,19 165:18 166:18
166:24 167:24 168:4,12
169:16,23 170:2,7 171:19
171:24 172:14 174:16,24
176:14 179:11,22 183:14
183:15 186:15 193:15
277:24 288:6
roommate 194:3
rooms 209:22
rooters 266:7
rough 293:21
RPD 155:12,22,23 161:10
161:15 164:11 168:7,12
168:15,18 170:2,9,12,23
171:4,8,8,24 172:4,8
173:8,9 175:13,23 176:2,5
176:16 178:25 181:9
199:21 202:3,11 237:19
257:24 260:5,11 265:6,9
267:11,17,20 268:2
271:14,25 273:5,8 275:11
279:11,14,22,23 283:2
292:12 294:4
run 170:5 214:15 215:3,3
225:15 235:8 236:11,11
236:12,12,14 242:23,23
243:25 244:2 259:12
276:2
runaround 277:19
running 199:18 235:9,18,22
277:20
rush 179:13,17

S

S 145:4,13 148:1,2 149:1
150:1 151:1 152:1 153:1
154:1 155:1 156:1 157:1
158:1 159:1 160:1 161:1
162:1 163:1 164:1 165:1
166:1 167:1 168:1 169:1
170:1 171:1 172:1 173:1
174:1 175:1 176:1 177:1
178:1 179:1 180:1 181:1
182:1 183:1 184:1 185:1
186:1 187:1 188:1 189:1
190:1 191:1 192:1 193:1
194:1 195:1 196:1 197:1
198:1 199:1 200:1 201:1
202:1 203:1 204:1 205:1
206:1 207:1 208:1 209:1
210:1 211:1 212:1 213:1
214:1 215:1 216:1 217:1
218:1 219:1 220:1 221:1
222:1 223:1 224:1 225:1
226:1 227:1 228:1 229:1
230:1 231:1 232:1 233:1
234:1 235:1 236:1 237:1

238:1 239:1 240:1 241:1
242:1 243:1 244:1 245:1
246:1 247:1 248:1 249:1
250:1 251:1 252:1 253:1
254:1 255:1 256:1 257:1
258:1 259:1 260:1 261:1
262:1 263:1 264:1 265:1
266:1 267:1 268:1 269:1
270:1 271:1 272:1 273:1
274:1 275:1 276:1 277:1
278:1 279:1 280:1 281:1
282:1 283:1 284:1 285:1
286:1 287:1 288:1 289:1
290:1 291:1 292:1 293:1
294:1 295:1 296:1 299:4
S/Donna 297:15
safe 204:18,24,24 205:4,5
safer 195:24
safest 196:18
salary 203:25
sales 209:6 216:17 221:15
salesman 208:16 216:16
Sam 242:10
SAMUEL 145:6 299:5
San 146:16
SANDERS 146:7
sat 188:21 288:19
satisfied 283:24,25
Saturday 165:10
save 205:19,20 258:24
279:14,14
saved 198:10 281:7
saving 252:3
saw 230:13,18,20 231:11,13
231:15 234:20 246:13
263:13 288:20
saying 149:10 150:25 151:4
183:22 184:3 188:8 192:3
194:19 196:8,10 203:4
218:14 220:18 262:14,20
266:10 268:10,14 271:9
271:12,19 272:22,25
273:4,9 276:13 277:6
288:4 291:12 292:16
295:15
says 285:6 287:14
scale 164:7
scared 201:25 202:2,11
204:11
scene 149:4 155:3 200:13
250:17
sciatic 153:18,20 242:24
scientifically 271:2 272:14
screen 223:21 237:3
script 186:9,11 187:7 193:18
scroll 244:8
se 176:18 177:15
searching 246:3
seat 228:4,5
second 192:22 212:16
223:24 237:13 243:19
244:14 260:17
seconds 224:2 255:21
256:10 260:20 286:8,9,10
sedate 156:21
see 161:19 164:25 165:10
170:18 171:5 173:16,21
175:20 185:10 188:13,15
188:23 192:11 193:9,12
194:16 198:6 199:2,5,6,6
199:7,9 200:16 201:15
202:3 203:4 206:16 211:9
211:25 212:4 213:6,8,8,12

213:14 218:19 220:8
224:3 226:21 227:12,17
228:14,16,17,19 229:5,6,7
229:8,18,20 230:25 231:6
233:5 235:8 239:24 243:9
243:15 251:12 256:9
257:8,9 258:3 265:6 269:3
275:17 277:9 281:3 290:9
290:10
seeing 188:17 204:18 224:11
255:19
seen 159:13 199:4 211:6,17
221:12 222:13 230:17,19
230:23 235:9 246:3
256:19
sell 209:7,8,8 216:7
send 178:17 217:4
sending 288:3
sense 163:12,14 204:22,23
226:14 228:3 261:16
289:25
sensors 269:9 280:12
sent 184:22 196:16 269:6
288:2
separate 149:24 251:18
sequences 277:15
serious 265:23
service 145:22 188:17
269:23
session 249:14
set 225:23,24 226:6 297:9
seventy-two 280:21 286:6
sex 175:20
shack 236:8,9
shackles 196:2
shape 149:21
share 284:18
Sharon 209:16
shattered 192:19
shed 236:9 239:23,24 241:2
243:6 245:4,19,20 246:6,8
246:8,9,22 247:9,13 248:5
sheet 147:9 236:7 298:12
299:11
shell 260:14 261:17,18 286:7
sheriff 155:22 170:10
171:24 174:9 184:20
sheriff's 155:6 174:17
181:10
sheriffs 155:3,12 164:23,25
165:3 168:15,18,18,20
169:25 170:3 171:11
172:9,19 173:19 175:15
183:21,25 184:14 185:9
187:23 196:5,10
shifts 163:23
shirt 214:12
shit 187:13 258:23
shocked 279:25
shoes 151:11 199:23
shoot 200:22 220:6 246:13
247:22 261:16 282:11
shooting 150:18 190:24
218:3 220:20 221:20
250:18 252:22 253:14
254:16 255:23 256:12
257:21 258:22,24 260:22
269:12 281:4,8 282:10,12
283:7 292:17 294:18
295:6
shootings 269:5 270:3,5
short 185:15 210:3
shorter 249:14

shorthand 297:5
shortly 160:7
shot 148:25 149:3,5 151:23
152:2,7 155:2,9 156:2,2
163:13,15 165:10 171:10
173:24 178:20 184:6
190:25 191:25 198:11,22
199:10,11,21 203:16
214:4,10 215:4 218:17,18
219:20 227:24 230:9
236:15,19,20,23 237:4,5,7
237:9,21 240:3 241:9,11
242:23 243:10 246:13,15
246:17 247:13,14,14,18
247:24 252:19 253:15
260:17 261:10,10 262:11
263:7 264:8 267:10,11
271:10 272:17 282:14
287:15,16,17,19 288:4
293:2 294:5,18
shots 250:23 252:8,8 253:3
256:8 260:3,8,16,21
262:21 264:5 271:9
272:20,22 273:3 286:3,4
286:16,18,21,23,23,24
Shotspotter 145:8 146:9
249:14 250:8,14,15 251:3
251:4,16,19,20,21 252:7,9
252:19,21 253:2,2,8,12,25
254:4,14,17,21,22 255:4,8
255:10,17,21,24 256:13
256:16,23,23 257:9,12,16
257:22,23 258:4,6,10,23
260:4 261:23,25 263:11
263:15,17,20 264:14,20
264:23 265:2,3,6,13,14,15
265:19 266:2,15,18,23,23
267:12,13,13,18,21 268:2
268:8,9,12,16,24 269:4,6
269:20,22,22 270:2,13,22
271:2,5,17,18,20,21,22
273:15,16 274:5,9,10
277:11 280:20,22 281:18
282:10,11,12 283:3,4,5
284:4,9,10,16,18 285:2,4
285:5,6,7,14,16,22 286:15
286:17 287:5 288:19,24
289:9 291:16 292:2,18,25
293:3,5 294:8,9,18,19,24
295:9 299:8
shoulders 200:10
shouted 271:23
show 173:23 193:13 239:8
239:11,13 240:13,23
244:10,23 251:8,9 256:9
256:20 275:22 283:5
showed 150:7 155:2,6
172:16 174:11,12 181:20
183:18,25 271:24 273:15
shower 190:20 209:22
shown 231:18 238:23 273:15
shows 178:25 235:16
shut 164:16 168:10 171:15
177:2,5,7,9
side 173:14 179:4,5 208:7
225:18 227:13 228:12
230:6 233:9,22 234:14,14
234:22 235:18 236:2
239:25 247:18,20 281:25
sides 234:15 255:15
sidewalk 245:21 247:7
sign 206:16 216:8
signing 283:17

**Silver** 236:7
**Silvon** 145:4,13 147:3 148:2
 178:24,25 201:6 244:9
 248:13 249:20 267:8
 269:19,24 289:23 298:6
 299:4,11
**similar** 272:11
**Simmons** 145:4,13 147:3,12
 148:1,2,6,18,25 149:1
 150:1 151:1 152:1 153:1
 154:1 155:1 156:1 157:1
 158:1 159:1 160:1 161:1
 162:1 163:1 164:1 165:1
 166:1 167:1 168:1 169:1
 170:1 171:1 172:1 173:1,2
 174:1 175:1 176:1 177:1
 178:1,24,25 179:1 180:1
 181:1 182:1 183:1 184:1
 185:1 186:1 187:1 188:1
 189:1 190:1 191:1 192:1
 193:1 194:1 195:1 196:1
 197:1,9,9 198:1,25 199:1
 200:1,5 201:1,6,7 202:1,8
 203:1 204:1 205:1 206:1,3
 207:1,19 208:1 209:1
 210:1 211:1 212:1 213:1
 214:1,7,13 215:1 216:1
 217:1 218:1 219:1 220:1
 221:1,4,25 222:1 223:1,10
 224:1,7 225:1 226:1,17,18
 226:21,22 227:1 228:1,23
 229:1 230:1 231:1,20,22
 231:25,25 232:1,25 233:1
 233:2,5 234:1,5 235:1,12
 235:15 236:1 237:1,13,15
 237:17 238:1,14,16 239:1
 239:3,5 240:1,5,7,11
 241:1 242:1 243:1,19
 244:1,14,20 245:1,3,11
 246:1,5,18,21 247:1 248:1
 248:9 249:1,11,16,22
 250:1,7 251:1 252:1 253:1
 254:1 255:1 256:1 257:1
 258:1 259:1 260:1 261:1
 262:1 263:1 264:1 265:1
 266:1 267:1,3,9 268:1
 269:1,19,24 270:1 271:1
 272:1 273:1 274:1 275:1
 276:1,23 277:1 278:1,9,16
 279:1 280:1,11 281:1
 282:1 283:1 284:1,7 285:1
 286:1 287:1 288:1,13
 289:1,3 290:1 291:1,6,22
 291:24 292:1,2 293:1,2,16
 294:1 295:1 296:1 298:6
 299:4,12
**simple** 251:7
**single** 194:3,4
**sir** 148:10 156:2 164:21,24
 182:5 205:18 216:18
 221:23 233:6 241:13,15
 263:6,9,12,18 268:20
 270:8 272:19,24 284:14
**sisters** 266:6
**sit** 214:19
**sites** 221:18
**sitting** 193:14 206:10 240:19
**situation** 186:17 204:19,21
 217:12 252:5,15 256:10
 257:2,7 258:16,18 268:7,9
 269:8 270:25 280:5
 283:18 291:14 292:21,22
 292:23

**situations** 256:18
**six** 170:17 201:12 217:19
**skate** 215:6
**skill** 290:22
**skin** 214:25
**skipped** 181:11
**slab** 238:2
**sleeping** 150:9
**slept** 209:22
**slick** 196:6
**smack** 281:16
**smart** 164:13 246:25
**snatched** 181:14
**snatching** 167:21
**soap** 196:15
**society** 178:23
**sole** 153:18 175:11
**solitary** 172:7
**somebody** 149:13,15 150:19
 150:22 159:15 161:8
 163:21 177:21 178:23
 195:6 201:16 213:22
 264:3,5 267:14 276:3
 285:4 290:2,7,11 292:20
**son** 177:21
**sonogram** 175:5,19
**soon** 181:18 184:2 201:22
 201:24 202:8 246:12
 282:24
**sorry** 151:6,9 173:2 182:4
 197:13 205:19 222:3
 223:11,25 238:5 241:22
 252:17 254:19 277:14
 259:24 282:19,20 287:24
 288:15 291:17
**sound** 261:13 272:6 274:13
 274:13 277:13,24
**sounded** 261:20
**sounds** 263:4 265:7 271:8
 272:5,10,20 273:12,23
 274:20 276:2 284:17
 292:19
**space** 247:7,23
**speak** 160:20 161:2 162:10
 162:22,23 180:6 182:5
 255:7 258:3 278:16
**speaker** 277:9,10 291:2
**speaking** 290:18
**special** 185:18 208:19
**specific** 218:15 250:9 262:5
**specifically** 155:14,17
 219:16 220:17 273:4
**spend** 193:22
**spending** 204:5
**spoke** 181:25
**spoken** 263:13
**spool** 275:8 276:5 277:19
 279:10,11,18
**sports** 215:5
**spot** 202:21 264:4
**spotlight** 229:21,22,24,25
 230:2,14,17,19,24,24
 231:14
**spread** 185:16
**squad** 149:17
**squelch** 264:12 283:19,20
**SST** 145:8 146:9 299:8
**stabbing** 177:24
**staff** 149:13 159:14 186:21
 188:4,5
**stamped** 224:9 231:21
 232:25 235:11 238:20
 239:4 240:10

**Standard** 145:16
**standing** 218:21
**Star** 146:7
**stared** 164:15
**start** 148:23 154:4 160:22
 194:20 198:21 199:18
 214:20 235:9 250:3
**started** 183:10 184:2 194:14
 209:21 239:23 243:3
 244:4 255:13
**starting** 194:17
**state** 259:13
**statement** 264:3
**statements** 270:13
**States** 145:2 292:20 298:3
**stay** 162:2,3 181:7 185:19
 189:23 194:7 201:11
 218:4
**stayed** 169:23 170:2 174:25
 189:11 246:7,8
**stenographic** 297:8
**stenotype** 297:5
**step** 154:25
**sticking** 134:24
**STOCKTON** 146:11,14
**stomach** 159:12,13 163:19
 164:2 221:21
**stone** 219:4
**stop** 164:16 168:10 177:2
 197:10 213:25 218:23
 219:5 220:10,15,24 244:9
**stopped** 156:23 196:20,23
 197:15,16
**store** 224:22 227:6 229:13
 232:4
**stories** 173:16 201:4
**story** 172:13,24 173:20
 178:12 182:23 258:6,8
 267:16 282:2 285:12,14
 286:20
**straight** 196:5 251:7
**straightened** 148:21
**street** 145:24 146:4,8,19
 199:21 200:23,24 224:22
 225:2 227:17,20,22
 228:15 229:11 231:5
 232:3 233:19,23,23
 256:16
**stretcher** 149:23 152:22,23
 152:24 153:2,4 157:4,13
**strike** 151:9 208:13
**strings** 176:7
**strong** 192:12 198:10 214:3
 214:3
**structure** 233:17,19 234:16
 235:19,20,23
**stuck** 214:11 261:24
**stuff** 149:22 150:9 160:15,15
 160:22 164:13 169:15
 181:12 183:10 194:17
 196:6,17,25 197:5 199:18
 200:4 209:25 214:9,17,20
 214:20 215:2,9,11,12,14
 215:15,16,24 216:8 219:2
 221:18 243:4 251:7
 252:24 256:2,5 259:15
 264:5 274:19 276:21
 279:15,24 281:9,9,10
 285:16,25 286:17 288:21
**style** 202:6
**subpoenas** 278:7
**Subscribed** 298:20
**successful** 258:16

**sucked** 186:3 187:24
**sudden** 260:12
**sued** 292:5
**suffered** 260:16
**suggest** 244:8 271:4 278:20
**suggested** 244:17 276:9
**suggesting** 273:22
**suggestion** 249:13
**suicidal** 189:6
**suicide** 185:4 186:15 189:16
**suing** 174:7
**suit** 185:5
**Suite** 145:24 146:4,15
**Sunday** 165:11 181:18
**supervision** 174:25
**supervisor** 202:19
**supplied** 280:3
**support** 265:18
**supposed** 169:14 173:20
 178:12 179:14,16 184:4
 186:6 187:14 192:18
 193:16 195:22 196:18
 197:16 199:15,16,17
 217:22 239:18 243:4,4,5
 245:10 251:9 252:9 253:4
 253:5,13,14 255:25
 256:25 258:11 259:21,22
 259:23 261:10,18 272:3
 280:24 283:9,10
**supposedly** 169:14 172:13
 272:2
**sure** 149:16 153:3,14 158:3
 159:12 161:5,11,12,12
 166:8 169:20,22 171:13
 171:16,21 172:21 176:20
 184:25 201:21 207:11
 212:11,19 218:7 254:20
 274:22 277:25 283:14
 284:7 293:20
**surgeries** 166:16
**surgery** 159:8,13,24 163:7
 163:10,18,19,22 166:19
**surgical** 166:12
**SUV** 184:20
**swab** 153:14
**swarm** 255:19
**sweep** 203:11 210:11
**Swift** 176:11
**swim** 215:6
**switch** 257:18
**switched** 168:19 170:9
 180:13 216:13,15
**sworn** 148:3,11 298:20
**system** 186:3 251:24,25
 252:14 255:10 257:13
 259:23 262:8,8 264:8
 267:16 270:13 272:10
 274:9 277:14 278:5 280:3
 282:5 285:2 286:5,19
**systems** 279:12

---

**T**

**tablet** 187:2
**tag** 214:17
**take** 150:19 151:11 167:9
 174:23 190:20 192:13
 197:16 207:9,14 210:20
 210:25 211:2 224:7
 226:15 229:2 231:25
 243:14 247:19 250:2
 260:22 274:13 293:7,10
 295:16,22
**taken** 145:13 151:8 152:5,20

**154:8,14 155:15 157:7
 170:12 184:10,12,13
 207:17 210:23 250:5
 293:14 297:9 298:7
 299:12
**talk** 150:14,20 161:20,25
 166:2,5 172:5,6 173:5,17
 176:14 178:2 181:13
 192:11 209:6 219:4
 245:14 257:6 270:6
 271:16 289:17 290:10,20
**talked** 171:25 173:12 175:17
 177:17 222:18 267:17
 271:7 272:21
**talking** 150:16 155:17
 158:15 168:10 173:7,8,11
 177:9,9 178:3 179:5
 205:24 217:25 226:2,9
 250:22 251:17 252:22
 259:3 262:13 274:18,25
 275:2 279:20
**tanks** 215:12,23
**tasks** 208:18
**Taylor** 176:10,11
**team** 175:17 196:5
**technician** 278:3,3
**tell** 148:13 150:20 152:8
 153:14,15 163:7 170:19
 170:24 176:17 177:5
 178:3,12 180:12 193:11
 196:13,14 203:6 217:9
 218:23,25 219:5 220:24
 222:8 224:15 225:5
 226:24 235:15 237:9
 244:9 245:10 246:24
 250:13 251:13 252:7,20
 254:13 256:23 258:10
 259:22 261:16 263:4
 264:6 265:6 267:10 273:5
 281:9 282:4,14 284:21
 286:3,6,13 289:23 291:3,4
 291:17
**telling** 164:16 176:5,8,16,23
 177:6 179:15 182:11,15
 182:19 183:2 218:19
 220:6 221:2 237:11
 280:14 282:2 292:8
**ten** 152:9 164:7,8,9,9 199:11
 207:14 219:14 231:5
 272:8 280:22
**ten-minute** 250:3
**term** 193:22
**terms** 217:25 218:2 270:12
 275:15
**terrible** 194:21 188:4
**testified** 148:4 262:10 271:9
 272:16 273:10 279:21
**testify** 262:10 288:21 291:15
 294:4 295:10
**testimony** 254:11 270:14
 272:16,22,25 273:10,22
 280:11 298:7
**text** 288:7
**thank** 148:8 207:15 293:12
 293:17 295:19
**theory** 282:17
**therapy** 198:20
**thing** 178:24 183:24,24
 189:20 196:14 200:13
 208:6 221:14 230:25
 247:12 251:4 258:14
 259:25 279:14,24 281:20
 283:6 284:25 285:6,24

288:7 290:3 292:24
293:19,25
**things** 150:6 158:10,12
162:20 163:17 172:4
192:15 208:21,22,24
209:7,7,8 213:17 215:18
215:22,25 257:25 264:7
265:8,9 274:12 275:6
277:15 283:8 291:3
**think** 154:4,6 185:14 198:5
203:22 205:3 209:5 210:2
214:5,25 225:12,14,25
248:17 249:7 250:9
257:14 258:22 261:7,8
262:7 263:3,14 266:12
272:14 273:20 277:2
281:18,20,22 289:21
291:7,10,13 293:8,22,25
294:2,4 295:17
**thinking** 211:5 281:6
**third** 249:14
**thirty** 190:22 249:10,15
**thirty-six** 207:15
**thought** 228:2 239:20 251:4
251:7 253:17,17 254:3,4
258:23 259:4 261:3
272:25 282:15 285:22,24
286:2,14
**thoughts** 251:16
**thousand** 164:6 191:14
212:5 283:13
**threat** 219:22 220:11,14
**threaten** 219:16,17 220:12
**threatened** 200:14 218:15
218:20 219:20 284:11
**threats** 218:10,18,22 220:15
220:19
**three** 189:24 190:16,25
193:23,24 214:5,10 215:2
238:12 241:11 246:14,17
257:10 259:7,7 260:13
262:24 264:11 267:10
282:4 286:10 294:5,22
**threw** 199:11
**throat** 166:21,25 167:5,16
167:18,23 177:8 181:13
181:15,20
**throw** 160:24
**Thursday** 145:14 299:12
**ties** 178:22 199:17
**tight** 170:3,9,15,16,19,21,24
224:2
**tightened** 171:15
**tighter** 171:5
**time** 145:16 149:7,19 151:14
151:22,25 152:2,2,3,4
153:17 155:9,10,14
156:15 157:4,14,17,18
159:21 162:4 164:4,10
166:6,11,13,14,17,17
169:6 171:10,11 172:9,20
177:7 178:24 179:10,11
179:21 180:4 184:3,4,7
186:21 187:25 189:18
190:17 191:13 192:10,18
193:4,6 195:2,5 196:20
198:12,14 200:6,10,19
202:14,14 203:21 204:2
210:3 217:5 219:2,5,21
220:9,21 222:11 232:21
242:11 249:12 252:3
266:20,21 278:10 280:16
286:9,10 293:9,17 295:20

297:9
**times** 152:7,8 157:19 163:25
170:23 180:10,25 183:23
190:25 192:17,23 193:9
195:8 214:5,11 215:2
238:12 241:11 246:14,14
246:17 251:10 257:11,17
264:11 267:10 281:9
282:4 283:10,11 294:5
**TIMOTHY** 146:18
**tiny** 247:3 272:5
**today** 148:15 201:20 249:13
249:17,18,23 270:6
**toilet** 189:20
**told** 149:13 163:12,25
170:22 171:15 172:15,16
177:2 183:5 188:21
195:22 200:17 211:12
215:15 216:25 217:3,18
220:5,21 232:19 263:23
264:15,19,23,25 265:2,3
265:13,15 266:2,14,18
273:15
**tonight** 282:5
**Tools** 259:15
**top** 175:10
**Tops** 288:10
**tore** 246:2
**totally** 164:17 257:3 269:7
**town** 292:19
**TOWNSEND** 146:11,14
**toy** 235:2 237:23,24
**track** 277:9,9
**transaction** 193:18
**transcript** 297:7 298:7,8
**transcription** 297:8
**transcripts** 176:20
**transferred** 181:9 186:10
193:21
**Transmissions** 215:24
**trapped** 227:24
**trazodone** 189:5
**treat** 176:19 177:13,18,19
**treated** 185:25 186:5 284:5
**treating** 177:20 186:2
198:24
**treatment** 152:12 156:10
157:20,22 174:21 176:12
176:17 187:24 193:17
284:3,8
**treatments** 213:4
**trees** 215:9
**TRENT** 146:11
**trial** 176:21 217:20 254:15
254:23 255:4,7,11,12,14
256:12 257:8 263:7
267:23 268:5,6,18,22
269:8,16 270:11,18
274:16 287:7 291:15
**tricked** 261:21 272:11,12
**trickery** 273:18,20
**tricks** 261:12
**tried** 158:10 168:8 175:2
178:17,18,19 185:9
186:17 198:15 239:19,20
243:25 248:4 261:4
**Tron** 233:11
**troxodone** 189:5
**truck** 203:10 216:2 221:16
**true** 199:4 221:2 290:21
297:7 298:9,12
**trust** 212:3
**truth** 148:13 218:19

**try** 148:17 175:22 210:2
214:14 215:18 217:6
218:7 223:23 247:15
248:5 250:10 251:6 256:2
257:21 258:8,9,12 264:9
287:15 290:22 291:16
**trying** 149:21,25 150:6,8,9
150:11,19,19,20 152:4
153:14,15 155:5 156:20
162:8 171:17 175:6,7
176:13,14 177:3 179:7
182:23 188:18 193:11
199:25 237:9 242:22,25
244:6,12 247:14 249:3
251:17 252:13 253:16
254:11 260:3,9 265:24
269:4 278:14 281:9 282:3
284:7,22 287:3
**tube** 160:23 167:4,10 177:7
181:12,15
**tubes** 160:14,14,18,19,21
161:2 166:21,25 167:2,8,9
167:12,20,21,23 179:18
181:19
**turn** 230:16 276:22 277:13
**turned** 155:11 171:11
172:18,18 253:7
**turning** 168:17 236:18,21
**TV** 172:7,12,17,19,20,23
174:13,14 194:15,16,18
272:8
**twelve** 152:9 191:9,10
207:15 280:23
**twenty** 231:5
**twice** 232:19
**two** 146:15 160:3,14,18,21
167:12 178:6,6 180:13,21
181:13,14,20 185:24
189:24 192:17,23 193:24
194:11 197:20 223:18
224:2 234:14,15 249:10
249:10,15,21,24 266:9
269:2 272:9 279:11,12
**two-hour** 249:14
**Tylenol** 187:18,19,19 210:25
**type** 178:20 186:16,23,24
197:20 199:13 200:13
208:21 214:20 216:8
256:23,24 257:24 259:9
279:15 290:12,13

---

U

**uncomfortable** 177:23
**undecided** 261:22
**understand** 162:24 174:2
207:22 216:15 247:25
252:12,13 254:11,20
262:6,7,15 263:3 264:16
264:17 265:24 266:10
273:7,8,20 274:22 276:5
278:24 279:11 280:12,14
280:15,18,19,20 282:8
284:3,3 287:3 288:25
289:2,20 290:16 293:22
**understanding** 210:8 254:17
268:15,17
**understands** 248:19
**understood** 163:2 273:2
**unemployment** 221:9
**uniform** 171:9
**union** 173:12 174:7
**unit** 191:18,22 192:5 193:20
193:23 194:7,9,9,22

195:25 196:18
**United** 145:2 292:20 298:3
**unpaid** 221:25
**unprofessional** 286:12
**updated** 172:13 173:19
**upgrade** 264:7
**upgraded** 262:24,24
**upkeep** 207:20 208:10
213:21
**upset** 294:13
**upstate** 191:11
**use** 187:19,20 207:10,12
242:13 261:15
**usually** 257:10

---

V

**vehicle** 215:22 235:2 237:23
237:24
**vehicles** 215:12,20
**velocity** 236:21
**verbally** 168:3,6 172:15,16
**versus** 272:17
**vest** 185:4 188:3
**Vicodin** 197:25
**videoconference** 145:14
**view** 229:11
**visit** 192:20,21
**visitors** 195:23
**visits** 192:13 195:23,24
**vs-** 145:5 299:5

---

W

**wait** 218:19
**waiting** 201:5 218:12 247:21
**wake** 163:19
**walk** 170:5,8,8 174:24 175:2
175:3 179:18 186:25
190:18 191:25 196:2
205:7 217:11,12 247:10
248:5
**walked** 189:14 194:12
195:16 271:25
**walker** 174:23
**walking** 281:16
**want** 154:15 160:25 167:2
174:22 178:20 185:8,21
186:13 187:10 188:23
189:24 191:2 200:3,7,9,10
200:15 205:7 206:5
212:20,21 244:9 245:11
247:24 248:21,24 249:4
259:2 262:5,15 273:21
277:3 278:12,17 288:9
289:20 293:8,17 295:19
**wanted** 186:14 201:24
209:13 249:9 260:24
261:23 262:6 278:25
**wants** 289:18
**ward** 189:17
**wash** 203:13 210:12
**washer** 247:12
**washing** 208:4
**wasn't** 167:18 170:4 172:12
172:21 173:18,21,21
174:13 175:6,9 179:13
186:2 190:23 193:14,15
196:17,22 197:17 198:20
209:23 210:16 216:12
239:17 243:10 256:15,20
282:13,19,22 283:2,6,10
283:23,25 289:25
**wasting** 278:21
**watch** 185:4 200:18 219:21

**watching** 171:10 204:17
**water** 176:24,24
**waved** 163:21
**waves** 277:14
**way** 149:18 155:2 156:4
175:11 179:20 191:21
197:7 200:14 209:4
217:11 218:17 220:14,19
225:25 231:16 234:24
236:12,14 237:4 246:2,9
247:10 251:23 262:14
264:7 265:9 284:11,20
294:9
**ways** 214:18 216:2 274:11
**we'll** 148:20 177:25 231:20
250:3,10 252:12 276:25
278:10
**we're** 155:17 225:21 227:20
232:24 237:14 240:20
245:19 270:6 277:21,22
278:5 281:12
**we've** 250:19,22 251:2,17
252:22 254:13 276:23
**weaned** 188:24
**weapon** 230:18,19,20
**weapons** 272:9
**web** 269:21
**week** 191:11
**weeks** 187:18 194:11 251:6
258:5 267:15
**weighs** 179:2,3
**weight** 197:17 210:2
**wellbeing** 192:15
**wellness** 211:10,17 216:23
**well** 155:4,6 175:2 184:24
187:15,21 188:10 192:2,3
198:19 199:13 201:4
203:18 205:18 211:9
212:12 217:3 227:25
231:16,17 245:18 257:3,3
257:20 259:6,7 262:23
282:17 285:3 294:6,16
**weren't** 149:25 150:13
175:24 284:5
**WESTERN** 145:3 298:4
**Wetzel** 145:7 146:21 299:7
**whatnot** 251:13
**whatsoever** 164:18 257:3
**wheelchair** 191:24
**white** 170:25 171:2 225:17
**Wholesalers** 206:11
**Wiater** 145:6 146:21 299:6
**wide** 269:3
**window** 204:16 225:16
**winging** 281:4
**wires** 244:6
**wise** 159:8
**wish** 199:23
**withdraw** 182:18
**witness** 147:8 148:3 182:15
182:22 183:5 190:4,11
191:7,20 197:15 198:9
207:9,12,15 218:5 223:15
224:5 229:15,20 230:23
234:10 244:12 248:19
249:18 284:25 289:22,24
298:2
**witnesses** 263:16 266:14
271:14
**woke** 159:13,19 160:3,4,9,10
160:12 161:7,16 162:4
163:14 164:5,7,10 165:3

165:20 166:6,13,17,20
167:20 171:4 181:19
282:25
**wondering** 227:23
**words** 168:19 252:20 279:25
**work** 197:19 201:23 202:9
202:18 203:7 204:16
205:5,6,8,18 208:14 209:6
209:8,8 215:11,20 216:4,5
216:6,10 217:20,20,22
221:13 251:22 255:21
256:14 257:2,7 259:14
265:19 269:6 277:24
282:5
**worked** 197:21,21,22 198:12
198:14 217:21 253:21
257:3 285:21
**worker** 202:24
**working** 209:21 244:3,3
253:21 274:9 275:25
**works** 191:9
**world** 197:2
**worry** 252:18
**worst** 194:4
**wouldn't** 161:18 164:17
171:15 172:4 176:11
199:24 225:19 233:14,15
243:16 251:20 257:15
258:16 281:11 284:21,21
289:2 294:16 295:4
**wound** 198:2
**wounds** 152:18
**wrist** 167:5 170:3
**wrists** 170:13
**write** 162:17,20,20,25
**writing** 160:22 177:8
**written** 180:2
**wrong** 202:25 209:5 218:6,8
234:21 257:4 292:11

**X**

**X** 145:4,10 299:3,9
**x-ray** 192:17,17,18
**x-rays** 192:14

**Y**

**y'all** 173:14,14 174:7 178:11
179:6 204:25 225:23,23
226:2,9,12 246:3,3 251:22
251:22,24 253:4,4,18
254:5 256:16 257:6,14,23
257:25 258:2,12,14,14,15
258:16,21 259:2,4,9,13,17
259:20,21,22,22 260:7,8,9
260:9,15,19,20,21,23,24
262:24 264:2,4,4,6,7,7,9
264:10,10,10,10,12,15
265:8,10,10 267:10,16
269:8 273:5,5 274:18,21
274:21 275:2,8,10,11,12
275:12,13,23,24,25 276:4
276:20,22 277:6,7,12,12
277:21,22 279:13,22
280:6,7,8,8,9,20,23,24,24
280:25,25 281:2,3,7 282:3
282:12,13 283:11 285:10
285:12,17,18,25 286:2,5,5
286:6,11,13,19,19,21,22
286:23,24 290:4,5,10,10
290:22,23 294:12 295:11
**yard** 150:7 151:17 178:18
235:17 236:16,20 239:18
240:2,12,21 242:2,4 272:2

276:15 282:23
**yards** 231:17
**yay** 291:13
**yeah** 148:12 154:7 167:12
170:16,21 171:25 172:24
177:10 182:22 183:23
188:12 194:8 209:23
221:16 238:4 252:18
267:6 275:2
**year** 178:21 202:16 294:16
295:4
**years** 199:12 250:15 255:18
258:12
**Yeomas** 223:6,7
**York** 145:3,25 146:4,8,20
297:13 298:4

**Z**

**zoom** 288:6

**0**

**1**

**1-20** 145:8 299:7
**10** 145:15 147:14 173:22
228:23 298:8 299:12
**100** 146:8
**1080** 146:12
**11** 147:15 231:21,22 232:2
**11:10** 145:15
**11th** 180:2
**12** 147:16 232:25 233:2
**12th** 180:2
**13** 147:17 173:22 235:10,12
**13th** 222:20
**14** 147:18 237:16,17 238:3
**14604** 146:8
**14614** 145:25 146:4,20
**148** 147:4
**15** 147:19 238:15,16,19,23
**16** 145:24 146:4 147:20
239:4,5
**16th** 189:25
**17** 147:21 240:6,7,10
**17-CV-6176-MAT-MWP**
145:11
**18** 147:22 244:20 246:23
**18th** 191:2
**1900** 146:15
**19th** 148:9
**1st** 148:24 159:24 160:4,6
182:12 183:3 224:21

**2**

**2000** 146:7
**2013** 222:20
**2015** 222:20
**2016** 148:24,24 159:25
182:12 183:3 224:21
**2018** 199:2
**2020** 145:15 148:9 297:12
298:8,21 299:12
**21-30** 145:9 299:8
**226** 147:13
**228** 147:14
**231** 147:15
**233** 147:16
**235** 147:17
**237** 147:18
**238** 147:19
**239** 147:20
**240** 147:21

**244** 147:22
**29** 297:12
**295** 147:4
**296** 147:7
**297** 147:8
**298** 147:9
**2nd** 148:24 160:5,9,11 165:8

**3**

**30** 146:19
**316** 201:19
**325-3170** 145:25
**3936** 240:10
**3937** 248:13
**3rd** 160:11 165:8 222:20

**4**

**400A** 146:19
**450** 146:4

**5**

**5** 233:23
**585** 145:25

**6**

**691** 201:10

**7**

**7** 145:24 233:19,22 234:4

**8**

**8** 173:22 218:10 224:8 230:5

**9**

**9** 147:13 224:22,25 226:17
226:18,22 232:3
**94025** 146:12
**94111** 146:16