

# City of Rochester
# Emergency Communications Department
### Equal Opportunity Employer

State of New York  )
County of Monroe  )  ss.:   **Recording Certification**
City of Rochester  )

I,   Stephen Fischer                    hereby certify that I am an employee of the Emergency Communications
Department of the City of Rochester, and that I have recorded this audio file from the original recorder hard drive and that I
have compared the two, and this audio file is an exact copy of the original recording, and that the conversations have in no
way been altered.  The recording was recorded in the regular course of business at the Emergency Communications
Department, and it is part of the regular course of business at the Emergency Communications Department to record
conversations at the time of their occurrence.

This audio file is of radio/ telephone conversations on 4/1/16

From 20:10:07 to 20:11:39 hours on TC16

From 20:11:17 to 20:16:56 hours on PD13

From_____ to_____ hours on_____

From_____ to_____ hours on_____

From_____ to_____ hours on_____

From_____ to_____ hours on_____

From_____ to_____ hours on_____

From_____ to_____ hours on_____

From_____ to_____ hours on_____

From_____ to_____ hours on_____

From_____ to_____ hours on_____

From_____ to_____ hours on_____

From_____ to_____ hours on_____

From_____ to_____ hours on_____
May continue on other side.

This recording pertains to Incident Location: 43 Murray St

CR# 16078010

Signed: _____ Title: **Research Technician**   Date: 5/16/16

Sworn to before me this 17th day of May 2016

_____
Notary Public / Commissioner of Deeds

Allan P. Wenner
Notary Public State of New York
01WE6146859
Qualified in Monroe County
Commission Expires 05/30/2018

(stamp)

```
Incident History for: #CTYP160922862
Case Numbers: $CTYP16078010

Received     04/01/16  20:10:20  BY TC16   8193
Entered      04/01/16  20:10:57  BY TC16   8193
Dispatched   04/01/16  20:11:26  BY PD13   8016
Enroute      04/01/16  20:11:26
Onscene      04/01/16  20:13:38
Closed       04/02/16  00:38:20


Initial Type: SHOTB      Final Type: SHOTB   (SHOTS HEARD - (2 UNITS))
Initial Priority: 1P     Final Priority: 1P
Disposition: 30  88           Source: C     Primary Unit: P91C
Police BLK: RP281B  Fire BLK: RFD200  EMS BLK: 048002
Group: RP1      Beat: 281  Wrecker Zone: 1200   Map Page: 1200   Node:
Loc: 43 MURRAY ST ,ROC  btwn JAY ST & MASSETH ST <000> (V)
Loc Info: STREET BEHIND THIS LOC                     Phone1: CELL
Name: JADARA CLARK          Addr: 160 AVE ,ROC       Phone2: 5857975575

Wireless Latitude: +043.160208 Longitude: -077.642269 Confidence:   090


/2010  (8193  )  ENTRY             3-5 SHOTS HEARD-NOTHING SEEN- UNK TYPE CAR TOOK
                                   OFF
/2011  (8016  )  MISC              ,BC
/2011            DISPER  P91C      #812334 WAGNER, WILLIAM
                                   #812320 GIANCURSIO, PATRICK
/2011            $ASNCAS P91C      $CTYP16078010
/2011  (8193  )  SUPP              NAM: JADARA CLARK,
                                   PHO: CELL,
                                   TXT: SAW PPL ARGUING 10 MIN AGO THEN CAME IN HOU
                                   SE-NO DESC OF PPL ARGUING OR VEH THAT TOOK OFF
/2011            REBID             LAT: +043.160208 LONG: -077.642269 CONF: 090
/2011            SUPP              TXT: POSS AREA OF 10 IMMEL ST PER PICTOMETRY
/2011  (8016  )  ASSTER  251C      [43 MURRAY ST ,ROC]
                                   #812410 GIANCURSIO, SAMUEL
/2012  (8103  )  ASSTER  221C      [43 MURRAY ST ,ROC]
                                   #812476 BOWER, KARYN
/2012            ASSTER  D81D      [43 MURRAY ST ,ROC]
                                   #811958 FERRIGNO, JOSEPH II
/2013  (8016  )  ASSTOS  291C      [IMMEL ST]
                                   #812363 LINDAUER II, JEREMY
/2013  (812476) *ONSCNE 221C
/2015  (8016  )  ASSTER  281C      [43 MURRAY ST ,ROC]
                                   #812523 SCHINDLER, ELISSA
/2016            MISC    291C      ,NBR HEARD SHOTS FROM SOUTH END OF IMMEL TOW JAY
                                   -CKING AREA
/2017  (812334) *ONSCNE P91C
/2017  (812523) *ONSCNE 281C
/2020  (8016  )  NEWLOC  221C      [10 IMMEL ST]
/2020            NEWLOC  251C      [10 IMMEL ST]
/2020            NEWLOC  281C      [10 IMMEL ST]
/2020            NEWLOC  291C      [10 IMMEL ST]
/2020            NEWLOC  D81D      [10 IMMEL ST]
/2020            NEWLOC  P91C      [10 IMMEL ST]
/2023            $PREMPT 221C
/2028  (812363) *MISC   291C      ,BYSTANDERS HEARD SHOTS BUT CAN NOT PINPOINT WHE
                                   RE FROM. NOTHING SHOWING
/2030  (8016  )  $PREMPT 291C
/2031  (8103  )  $PREMPT 281C
/2049  (8016  )  OK      251C
```

```
/2049                 OK      D81D
/2049                 OK      P91C
/2052   (812334)  $PREMPT  P91C
/2053   (812410)  $PREMPT  251C
/2103   (811958)  $PREMPT  D81D
*** New Date: 04/02/16 ***
/0038   (812334)  CLEAR           DSP: 30   88
/0038             CLOSE    P91C
```