UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SILVON S. SIMMONS,

                       *Plaintiff*,

  -vs-

JOSEPH M. FERRIGNO, II, SAMUEL GIANCURSIO, MARK WIATER, CHRISTOPHER MUSCATO, ROBERT WETZEL, MICHAEL L. CIMINELLI, JOHN DOES 1-20, CITY OF ROCHESTER, SHOTSPOTTER, INC., SST, INC., JOHN DOES 21-30, and PAUL C. GREENE,

                       *Defendants*.

**NOTICE OF MOTION**

Civil Action No. 6:17-cv-6176-FPG-MWP

**PLEASE TAKE NOTICE:**

| | |
|---|---|
| **MOTION BY:** | **BARCLAY DAMON LLP**<br>*Attorneys for Defendants*<br>*ShotSpotter, Inc., SST, Inc.,*<br>*and Paul C. Greene*<br>*(the "ShotSpotter Defendants")*<br>Office and Post Office Address<br>2000 Five Star Bank Plaza<br>100 Chestnut Street<br>Rochester, New York 14604 |
| **DATE, TIME AND PLACE OF HEARING:** | Honorable Frank P. Geraci, Jr.<br>United States District Court Judge<br>_____, 2023 at \_\_\_\_ a.m./p.m.<br>*To Be Set by the Court*<br>United States District Court<br>Western District of New York<br>United States Courthouse<br>100 State Street<br>Rochester, New York 14614 |
| **SUPPORTING PAPERS:** | Memorandum of Law, dated December 22, 2022; Rule 56 Statement of Material Facts dated December 22, 2022; and supporting appendix comprising: Declaration of Paul A. |

25083185.1

|  |  |
|---|---|
|  | Sanders, dated December 22, 2022, with attached exhibits; Declaration of Ralph Clark, dated December 22, 2022, with attached exhibits; Declaration of Robert Bresler, dated December 21, 2022, with attached exhibit; Declaration of Paul Greene, dated December 22, 2022 with attached exhibit; and Declaration of Robert C. Maher, Ph.D., P.E., dated December 20, 2022 with attached exhibit. |
| **RELIEF DEMANDED:** | An Order, pursuant to Fed. R. Civ. P. 56, granting summary judgment dismissing Plaintiff's Amended Complaint against the ShotSpotter Defendants, with prejudice, and for such other and further relief as this Court may deem just and proper. |
| **GROUNDS FOR RELIEF:** | Fed. R. Civ. P. 56. |
| **DEMAND FOR ANSWERING PAPERS:** | Per the Local Rules, any opposing papers by Plaintiff are due by January 19, 2023. Reply papers, which the ShotSpotter Defendants plan to file if Plaintiff files opposition papers, are due by February 2, 2023. |
| **DATED:**   December 22, 2022 | **BARCLAY DAMON LLP** |

By:  \_\_\_/s/ *Paul A. Sanders*_____
       Paul A. Sanders

*Attorneys for Defendants*
*ShotSpotter, Inc., SST, Inc.,*
*and Paul C. Greene*
Office and Post Office Address
2000 Five Star Bank Plaza
100 Chestnut Street
Rochester, New York 14604
Telephone: (585) 295-4426
Email: psanders@barclaydamon.com

25083185.1