**BURKWIT LAW FIRM**, PLLC
16 East Main Street, Suite 450
Rochester, NY 14614
Phone (585) 546-1588
Fax (585) 232-2802

All Correspondence to
Rochester Office
Email: Charlie@burkwitlaw.com

Branch Office: 680 Ridge Road,
Webster, NY 14580
By Appointment Only

Robert L. Burkwit, Esq., Of Counsel

Barbara Peck, Paralegal
Email: Barb@burkwitlaw.com

January 31, 2023

Honorable Frank P. Geraci Jr.
U.S. District Court Judge
U.S. Courthouse
100 State Street
Rochester, New York 14614

**RE:**  **Silvon S. Simmons v. Joseph M. Ferrigno, II et al.**
**Civil Action No: 17 -CV-6176**

Dear Judge Geraci:

    Thank you for allowing Plaintiff until February 10, 2023 in which to file opposition papers to Defendants' motions for summary judgment. Please be advised that I made an error in my January 30, 2023 letter to you concerning Defendants' reply paper filing deadline. I meant to request that the Court allow the Defendants until February 24, 2023 in which to file reply papers. I would appreciate it if you could reissue a text order correcting my error.

Respectfully,

Charles F. Burkwit, Esq.

cc:    John M. Campolieto, Esq.
john.campolieto@cityofrochester.gov

Paul A. Sanders, Esq. – via email
Psanders@barclaydamon.com

Jordan Trent Jones, Esq. – via email
jtjones@jtrentjoneslaw.com

Benjamin M. Kleinman, Esq. – via email
bkleinman@kilpatricktownsend.com