AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**WESTERN** DISTRICT OF **NEW YORK**

SILVON S. SIMMONS

V.

JOSEPH M. FERRIGNO, II, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 17-CV-6176

| PRESIDING JUDGE<br>Hon. Frank P. Geraci, Jr. | PLAINTIFF'S ATTORNEY<br>Charles Burkwit | DEFENDANT'S ATTORNEY<br>John M. Campolieto |
|---|---|---|
| TRIAL DATE (S)<br>4/9/2024 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 400 | | | | RPD Incident Report - Zenelovic - 4/1/16 |
| | 401 | | | | RPD Investigative Action Report - Samuel Giancursio - 4/1/16 |
| | 402 | | | | RPD Investigative Action Report - Gary Galetta - 4/1/16 |
| | 403 | | | | RPD Investigative Action Report - Erin Alliet - 4/1/16 |
| | 404 | | | | RPD Investigative Action Report - Christopher Kaltenbach - 4/1/16 |
| | 405 | | | | RPD Field Interview Form - Jeremy Lindauer, II - 4/1/16 |
| | 406 | | | | RPD Investigative Action Report - Jeremy Lindauer, II - 4/1/16 |
| | 407 | | | | RPD Investigative Action Report - Katelyn Bracht - 4/1/16 |
| | 408 | | | | RPD Investigative Action Report - William Gallagher - 4/1/16 |
| | 409 | | | | RPD Investigative Action Report - Christopher Muscato - 4/1/16 |
| | 410 | | | | RPD Investigative Action Report - Cynthia Muratore - 4/1/16 |
| | 411 | | | | RPD Investigative Action Report - Jon Rivers - 4/1/16 |
| | 412 | | | | RPD Investigative Action Report - Michael DiMauro - 4/1/16 |
| | 413 | | | | RPD Investigative Action Report - Joseph Zampatori - 4/1/16 |
| | 414 | | | | RPD Investigative Action Report - Patrick Steiner - 4/1/16 |
| | 415 | | | | RPD Investigative Action Report - Eric Grillo - 4/1/16 |
| | 416 | | | | RPD Investigative Action Report - Amy Bauer - 4/1/16 |
| | 417 | | | | RPD Investigative Action Report - Jason Barton - 4/1/16 |
| | 418 | | | | RPD Investigative Action Report - Dylan Minnick - 4/1/16 |
| | 419 | | | | RPD Investigative Action Report - Steven Mitchell - 4/1/16 |
| | 420 | | | | RPD Investigative Action Report - Whitney Unrath - 4/1/16 |
| | 421 | | | | RPD Investigative Action Report - Kyle Spry - 4/1/16 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**WESTERN** DISTRICT OF **NEW YORK**

SILVON S. SIMMONS

V.

JOSEPH M. FERRIGNO, II, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 17-CV-6176

| PRESIDING JUDGE<br>Hon. Frank P. Geraci, Jr. | PLAINTIFF'S ATTORNEY<br>Charles Burkwit | DEFENDANT'S ATTORNEY<br>John M. Campolieto |
|---|---|---|
| TRIAL DATE (S)<br>4/9/2024 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 422 |  |  |  | RPD Investigative Action Report - Elissa Schindler - 4/1/16 |
|  | 423 |  |  |  | RPD Investigative Action Report - Lucas Burritt - 4/1/16 |
|  | 424 |  |  |  | RPD Investigative Action Report - Karyn Bower - 4/1/16 |
|  | 425 |  |  |  | RPD Investigative Action Report - Catherine Farina - 4/1/16 |
|  | 426 |  |  |  | RPD Investigative Action Report - Adam Radens - 4/1/16 |
|  | 427 |  |  |  | RPD Investigative Action Report - Domenic Borrelli - 4/1/16 |
|  | 428 |  |  |  | RPD Investigative Action Report - Richard Ferguson - 4/1/16 |
|  | 429 |  |  |  | RPD Investigative Action Report - Brian Cala - 4/1/16 |
|  | 430 |  |  |  | RPD Investigative Action Report - Christopher Marsherall - 4/2/16 |
|  | 431 |  |  |  | RPD Prisoner Data Report |
|  | 432 |  |  |  | RPD Property Custody Reports |
|  | 433 |  |  |  | RPD Tow Report |
|  | 434 |  |  |  | RPD Technicians Vehicle Processing Report |
|  | 435 |  |  |  | RPD Notification and Waiver Form |
|  | 436 |  |  |  | Emergency Communication CAD Report |
|  | 437 |  |  |  | RPD Subject Resistance Report - Joe Ferrigno - 4/1/16 |
|  | 438 |  |  |  | Felony Complaint - 4/4/16 |
|  | 439 |  |  |  | RPD Prisoner Data Report |
|  | 440 |  |  |  | RPD Field Interview Form - Mason/Allen |
|  | 441 |  |  |  | RPD Field Interview Form - L. Mastrangelo |
|  | 442 |  |  |  | RPD Incident Report - Jason Vaughn - 8/13/13 |
|  | 443 |  |  |  | Silvon Simmons Criminal History |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**WESTERN** DISTRICT OF **NEW YORK**

SILVON S. SIMMONS

V.

JOSEPH M. FERRIGNO, II, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 17-CV-6176

| PRESIDING JUDGE<br>Hon. Frank P. Geraci, Jr. | PLAINTIFF'S ATTORNEY<br>Charles Burkwit | DEFENDANT'S ATTORNEY<br>John M. Campolieto |
|---|---|---|
| TRIAL DATE (S)<br>4/9/2024 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 444 | | | | Silvon Simmons Interview Form |
| | 445 | | | | RPD Crime/Incident Scene Log - 4/1/16 |
| | 446 | | | | RPD Supporting Deposition - Ivory Golden, Jr. |
| | 447 | | | | RPD Investigative Action Report - Samuel Giancursio - 3/23/16 |
| | 448 | | | | RPD Investigative Action Report - Samuel Giancursio - 3/23/16 |
| | 449 | | | | RPD Supporting Deposition - Shawneequa C. Tillison - 4/2/16 |
| | 450 | | | | Silvon Simmons Rap Sheet |
| | 451 | | | | RPD Investigative Action Report - Mario Correia - 8/13/13 |
| | 452 | | | | RPD Investigative Action Report - Ryan Tauriello - 8/13/13 |
| | 453 | | | | RPD Investigative Action Report - Donald Lodato - 8/16/13 |
| | 454 | | | | SST Detailed Forensic Report Certification |
| | 455 | | | | ShotSpotter Enhanced Incident Report - 4/1/16 |
| | 456 | | | | Emergency Communications CAD Report - 4/1/16 |
| | 457 | | | | GOOGLE Images of 3 - 9 1/2 Immel Street |
| | 458 | | | | Monroe County Crime Lab Report |
| | 459 | | | | RPD Property Custody Report - B. Gotham - 4/1/16 |
| | 460 | | | | RPD Property Custody Report - E. Ferguson - 4/2/16 |
| | 461 | | | | RPD Technicians Evidence Report - A. Pagan - 4/1/16 |
| | 462 | | | | RPD Technicians Evidence Report - 4/1/16 |
| | 463 | | | | RPD Technicians Evidence Report - A. Pagan - 4/1/16 |
| | 464 | | | | Technicians Measurements for 7 Immel Street |
| | 465 | | | | RPD Technicians Evidence Report - E. Ferguson - 4/1/16 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __NEW YORK__

SILVON S. SIMMONS

V.

JOSEPH M. FERRIGNO, II, et al

## EXHIBIT AND WITNESS LIST

Case Number: 17-CV-6176

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Frank P. Geraci, Jr. | Charles Burkwit | John M. Campolieto |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/9/2024 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 466 | | | | RPD Technicians Evidence Report - S. Farbicio - 4/1/16 |
| | 467 | | | | RPD Technicians Evidence Report - B. Gotham - 4/1/16 |
| | 468 | | | | RPD Technicians Evidence Report - S. Rice - 4/1/16 |
| | 469 | | | | RPD Technicians Evidence Report - B. Gotham - 4/1/16 |
| | 470 | | | | RPD Technicians Evidence Report - S. Rice - 4/2/26 |
| | 471 | | | | RPD Technicians Evidence Report - S. Farbicio - 4/1/16 |
| | 472 | | | | RPD Technicians Evidence Report - E. Ferguson - 4/1/16 |
| | 473 | | | | RPD Property Custody Report - Mason - 4/1/16 |
| | 474 | | | | RPD Technicians Evidence Report - A. Pagan - 4/1/16 |
| | 475 | | | | RPD Property Custody Report - E. Ferguson - 4/2/16 |
| | 476 | | | | RPD Property Custody Report - B. Gotham - 4/1/16 |
| | 477 | | | | MCAC Report - Ivory Goldon |
| | 478 | | | | Monroe County Jail Daily Report |
| | 479 | | | | RPD Incident Report - Amy Bauer - 7/3/15 |
| | 480 | | | | Coniglio Emails regarding Ivory Goldon |
| | 481 | | | | Lake Section Wanted Board - 11/3/2020 |
| | 482 | | | | Deposition Transcript of Silvon Simmons |
| | 483 | | | | Continued Deposition Transcript of Silvon Simmons |
| | 484 | | | | 50h Transcript of Silvon Simmons |
| | 485 | | | | Continured 50h Transcript of Silvon Simmons |
| | 486 | | | | Deposition Transcript of Michael Ciminelli |
| | 487 | | | | Deposition Transcript of Paul Greene |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

◎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**WESTERN** DISTRICT OF **NEW YORK**

SILVON S. SIMMONS

V.

JOSEPH M. FERRIGNO, II, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 17-CV-6176

| PRESIDING JUDGE<br>Hon. Frank P. Geraci, Jr. | PLAINTIFF'S ATTORNEY<br>Charles Burkwit | DEFENDANT'S ATTORNEY<br>John M. Campolieto |
|---|---|---|
| TRIAL DATE (S)<br>4/9/2024 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 488 |  |  |  | 7-9 Immel Photos--Amy Bauer |
|  | 489 |  |  |  | Scene and Hospital--Angel Pagan |
|  | 490 |  |  |  | Medical Photos of Simmons |
|  | 491 |  |  |  | Ferrigno Tech Photos after incident |
|  | 492 |  |  |  | Ivory Golden Impala |
|  | 493 |  |  |  | Search of Car Warrant |
|  | 494 |  |  |  | Search of Simmons House Warrant |
|  | 495 |  |  |  | Jay and Orchard Blue Light |
|  | 496 |  |  |  | First ECD Immel Shooting |
|  | 497 |  |  |  | Simmons Jail Calls |
|  | 498 |  |  |  | Scene Photos |
|  | 499 |  |  |  | ECD Immel Shooting |
|  | 500 |  |  |  | Shot Spotter Audio |
|  | 501 |  |  |  | Robert C. Maher Forensic Audio Report |
|  | 502 |  |  |  | Declaration of Robert C. Maher |
|  | 503 |  |  |  | ShotSpotter Rule 26 Expert Disclosure |
|  | 504 |  |  |  | Reports regarding Silvon Simmons' prior Arrests |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages