UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

———————————————————————

SILVON S. SIMMONS,

Plaintiff,

vs.

JOSEPH M. FERRIGNO II, SAMUEL GIANCURSIO,
AND THE CITY OF ROCHESTER,

Defendants.

———————————————————————

**VERDICT FORM**

Case # 17-CV-6176

We the Jury, return the following verdict in <u>Silvon S. Simmons v. Joseph M. Ferrigno II, Samuel Giancursio, and the City of Rochester</u>, Case No. 17-CV-6176:

## LIABILITY

<u>FIRST CLAIM: FALSE ARREST</u>

1.   Do you find, by a preponderance of the evidence, that, on or about April 1, 2016, within the Western District of New York, Defendant Joseph M. Ferrigno II, while acting under color of state law, subjected Plaintiff Silvon S. Simmons to an unlawful arrest in violation of Plaintiff's Fourth Amendment rights?

Yes _____          No _____✓_____

2.   Do you find, by a preponderance of the evidence, that, on or about April 1, 2016, within the Western District of New York, Defendant Samuel Giancursio, while acting under color of state law, subjected Plaintiff Silvon S. Simmons to an unlawful arrest in violation of Plaintiff's Fourth Amendment rights?

Yes _____          No _____✓_____



SECOND CLAIM: EXCESSIVE FORCE

3.   Do you find, by a preponderance of the evidence, that, on or about April 1, 2016, within the Western District of New York, Defendant Joseph M. Ferrigno II, while acting under color of state law, subjected Plaintiff Silvon S. Simmons to excessive force in violation of Plaintiff's Fourth Amendment rights?

Yes _____          No ___✓_____

4.   Do you find, by a preponderance of the evidence, that, on or about April 1, 2016, within the Western District of New York, Defendant Samuel Giancursio, while acting under color of state law, subjected Plaintiff Silvon S. Simmons to excessive force in violation of Plaintiff's Fourth Amendment rights?

Yes _____          No ___✓_____

THIRD CLAIM: MALICIOUS PROSECUTION (§ 1983)

5.   Do you find, by a preponderance of the evidence, that, on or about April 1, 2016, within the Western District of New York, Defendant Joseph M. Ferrigno II, while acting under color of state law, maliciously prosecuted Plaintiff Silvon S. Simmons in violation of Plaintiff's Fourth Amendment rights?

Yes _____          No ___✓_____

6.   Do you find, by a preponderance of the evidence, that, on or about April 1, 2016, within the Western District of New York, Defendant Samuel Giancursio, while acting under color of state law, maliciously prosecuted Plaintiff Silvon S. Simmons in violation of Plaintiff's Fourth Amendment rights?

Yes _____          No ___✓_____

FOURTH CLAIM: DENIAL OF THE RIGHT TO A FAIR TRIAL

7.    Do you find, by a preponderance of the evidence, that, on or about April 1, 2016, within the Western District of New York, Defendant Joseph M. Ferrigno II, while acting under color of state law, deprived Plaintiff Silvon S. Simmons's of his right to a fair trial in violation of Plaintiff's Fourteenth Amendment rights?

Yes _____        No ___✓_____

8.    Do you find, by a preponderance of the evidence, that, on or about April 1, 2016, within the Western District of New York, Defendant Samuel Giancursio, while acting under color of state law, deprived Plaintiff Silvon S. Simmons of his right to a fair trial in violation of Plaintiff's Fourteenth Amendment rights?

Yes _____        No ___✓_____

FIFTH CLAIM: BATTERY

9.    Do you find, by a preponderance of the evidence, that, on or about April 1, 2016, within the Western District of New York, Defendant Joseph M. Ferrigno II committed the tort of battery against Plaintiff Silvon S. Simmons?

Yes _____        No ___✓_____

10.    Do you find, by a preponderance of the evidence, that, on or about April 1, 2016, within the Western District of New York, Defendant Samuel Giancursio committed the tort of battery against Plaintiff Silvon S. Simmons?

Yes _____        No ___✓_____

SIXTH CLAIM: ASSAULT

11.     Do you find, by a preponderance of the evidence, that, on or about April 1, 2016, within
the Western District of New York, Defendant Joseph M. Ferrigno II committed the tort of
assault against Plaintiff Silvon S. Simmons?

Yes _____          No _____✓_____

12.     Do you find, by a preponderance of the evidence, that, on or about April 1, 2016, within
the Western District of New York, Defendant Samuel Giancursio committed the tort of
assault against Plaintiff Silvon S. Simmons?

Yes _____          No _____✓_____

SEVENTH CLAIM: MALICIOUS PROSECUTION (NEW YORK STATE LAW)

13.     Do you find, by a preponderance of the evidence, that, on or about April 1, 2016, within
the Western District of New York, Defendant Joseph M. Ferrigno II committed the tort of
malicious prosecution against Plaintiff Silvon S. Simmons?

Yes _____          No _____✓_____

14.     Do you find, by a preponderance of the evidence, that, on or about April 1, 2016, within
the Western District of New York, Defendant Samuel Giancursio committed the tort of
malicious prosecution against Plaintiff Silvon S. Simmons?

Yes _____          No _____✓_____

**DAMAGES**:

If you answered "yes" to <u>any of</u> Question 1–14, please answer Question 15.  If you answered "no" to <u>all of</u> Questions 1–14, please proceed to Question 18.

COMPENSATORY OR NOMINAL DAMAGES

15.     What amount of compensatory or nominal damages will fairly and adequately compensate Plaintiff Silvon S. Simmons for the injuries or other damages that were proximately caused by Defendant(s)?

      Compensatory Damages          $ _____

      or

      Nominal Damages               $ _____

Only if you find that Plaintiff Silvon S. Simmons is entitled to receive compensatory or nominal damages, proceed to answer Question 16.  If otherwise, proceed to Question 18.

16.     What amount, if any, of punitive damages is Plaintiff Silvon S. Simmons entitled to recover for the acts of Defendant Joseph M. Ferrigno II?

      Punitive Damages              $ _____

17.     What amount, if any, of punitive damages is Plaintiff Silvon S. Simmons entitled to recover for the acts of Defendant Samuel Giancursio?

      Punitive Damages              $ _____

18.   Was your verdict unanimous?

Yes ___✓_____          No _____

I certify the above verdict to be true and accurate.

___4/25/2024_____
Date

**Foreperson Name Redacted**