AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| SILVON S. SIMMONS </br> *Plaintiff* </br> v. </br> JOSEPH M. FERRIGNO, II, SAMUEL GIANCURSIO and CITY OF ROCHESTER </br> *Defendant* | ) ) ) ) ) ) Civil Action No. 6:17-CV-6176-FPG-MWP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: the Defendants did not, by a preponderance of the evidence, violate the Plaintiff's Liability Claims, and no Damages are awarded.

This action was *(check one)*:

☒ tried by a jury with Judge   Frank P. Geraci, Jr.   presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date:   04/26/2024

*CLERK OF COURT*

s/Mary C. Loewenguth

*Signature of Clerk or Deputy Clerk*